JAMES Y. PAK (SBN 304563)
SKADDEN, ARPS,
  SLATE, MEAGHER & FLOM LLP
525 University Avenue
Palo Alto, California  94301-1908
Telephone:     (650) 470-4500
Facsimile:     (650) 470-4570
james.pak@skadden.com

DOUGLAS R. NEMEC
(*pro hac vice forthcoming*)
SKADDEN, ARPS,
  SLATE, MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001
Telephone:     (212) 735-3000
Facsimile:     (212) 735-2000
douglas.nemec@skadden.com

Attorneys for Defendants,
NGINX, Inc. (BVI), NGINX Software, Inc., and
F5 Networks, Inc.

## UNITED STATES DISTRICT COURT

### FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| LYNWOOD INVESTMENTS CY LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>MAXIM KONOVALOV, IGOR SYSOEV, ANDREY ALEXEEV, MAXIM DOUNIN, GLEB SMIRNOFF, ANGUS ROBERTSON, NGINX, INC. (BVI), NGINX SOFTWARE, INC., NGINX, INC. (DE), BV NGINX, LLC, RUNA CAPITAL, INC., EVENTURE CAPITAL PARTNERS II LLC and F5 NETWORKS, INC.,<br><br>Defendants. | CASE NO.: 3:20-cv-03778-SK<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS AND CORPORATE DISCLOSURE STATEMENT FOR DEFENDANTS NGINX, INC. (BVI), NGINX SOFTWARE, INC., AND F5 NETWORKS, INC.**<br><br>Judge: Magistrate Sallie Kim<br><br>Complaint Filed: June 8, 2020 |

**CERTIFICATION**                                                    **3:20-CV-03778-SK**

Defendants NGINX, Inc. (BVI), NGINX Software, Inc., and F5 Networks, Inc. ("F5") disclose the following information for the limited purpose of complying with Rule 7.1 of the Federal Rules of Civil Procedure and Civil L.R. 3-15 of the Northern District of California:

Pursuant to Federal Rule of Civil Procedure 7.1, F5 is a publicly traded corporation. No publicly-held corporation owns 10% or more of F5's stock. NGINX, Inc. (BVI) and NGINX Software, Inc. are both 100% wholly owned by F5. Therefore, more than 10% of NGINX, Inc. (BVI)'s stock is owned by F5. Likewise more than 10% of NGINX Software, Inc.'s stock is owned by F5. No other corporation owns more than 10% of NGINX, Inc. (BVI) or NGINX Software, Inc.'s stock.

Pursuant to Civil L.R. 3-15, no other persons, associations of persons, firms, partnerships or corporations have (i) a financial interest of any kind in the subject matter in controversy or in a party to this proceeding or (ii) any other kind of interest that could be substantially affected by the outcome of the proceeding.

DATED:  July 16, 2020                           SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By:      /s/ James Y. Pak
         James Y. Pak

JAMES Y. PAK (SBN 304563)
525 University Avenue
Palo Alto, California  94301-1908
Telephone:     (650) 470-4500
Facsimile:     (650) 470-4570
james.pak@skadden.com

DOUGLAS R. NEMEC
(*pro hac vice forthcoming*)
One Manhattan West
New York, New York 10001
Telephone:     (212) 735-3000
Facsimile:     (212) 735-2000
douglas.nemec@skadden.com

Attorneys for Defendants,
NGINX, Inc. (BVI), NGINX Software, Inc., and
F5 Networks, Inc.

1

**CERTIFICATION**                                                          **3:20-CV-03778-SK**
631174-PALSR01A - MSW