Douglas W. Dal Cielo (SBN 157109)
ddalcielo@bwslaw.com
Brian M. Affrunti (SBN 227072)
baffrunti@bwslaw.com
**BURKE, WILLIAMS & SORENSEN, LLP**
60 South Market Street, Suite 1000
San Jose, CA 95113
Telephone: (408) 606-6300
Fax: (408) 606-6333

Patricia L. Peden (SBN 206440)
ppeden@bwslaw.com
**BURKE, WILLIAMS & SORENSEN, LLP**
1901 Harrison Street, Suite 900
Oakland, CA 94612-3501
Telephone: 510.273.8780
FAX: 510.839.9104

Alexander D. Pencu (*pro hac vice*)
adp@msf-law.com
Christopher J. Major (*pro hac vice*)
cjm@msf-law.com
Jeffrey P. Weingart (*pro hac vice*)
jpw@msf-law.com
**MEISTER SEELIG & FEIN LLP**
125 Park Avenue, 7th Floor
New York, NY 10017
Telephone: (212) 655-3500
Fax: (646) 539-3649

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNWOOD INVESTMENTS CY LIMITED,<br><br>Plaintiff,<br><br>vs.<br><br>MAXIM KONOVALOV, IGOR SYSOEV, ANDREY ALEXEEV, MAXIM DOUNIN, GLEB SMIRNOFF, ANGUS ROBERTSON, NGINX, INC. (BVI), NGINX SOFTWARE, INC., NGINX, INC. (DE), BV NGINX, LLC, RUNA CAPITAL, INC., EVENTURE CAPITAL PARTNERS II LLC and F5 NETWORKS, INC.,<br><br>Defendants. | Case No. 3:20-CV-03778-SK<br><br>**NOTICE OF APPEARANCE OF COUNSEL** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that Patricia L. Peden of Burke, Williams & Sorensen, LLP, and as a member admitted to the bar of this Court, hereby appears as counsel of record for Plaintiff Lynwood Investments CY Limited in the above referenced action.

Effective immediately, please add Patricia L. Peden to the service list of this action.

Dated: August 6, 2020

By: */s/ Patricia L. Peden*

Patricia L. Peden (SBN 206440)
ppeden@bwslaw.com
**BURKE, WILLIAMS & SORENSEN, LLP**
1901 Harrison Street, Suite 900
Oakland, CA 94612-3501
Telephone: 510.273.8780
FAX: 510.839.9104

Douglas W. Dal Cielo (SBN. 157109)
ddalcielo@bwslaw.com
Brian M. Affrunti (SBN. 227072)
baffrunti@bwslaw.com
**BURKE, WILLIAMS & SORENSEN, LLP**
60 South Market Street, Suite 1000
San Jose, CA 95113
Telephone: (408) 606-6300
Fax: (408) 606-6333

Alexander D. Pencu (*pro hac vice*)
adp@msf-law.com
Christopher J. Major (*pro hac vice*)
cjm@msf-law.com
Jeffrey P. Weingart (*pro hac vice*)
jpw@msf-law.com
**MEISTER SEELIG & FEIN LLP**
125 Park Avenue, 7th Floor
New York, NY 10017
Telephone: (212) 655-3500
Fax: (646) 539-3649

*Attorneys for Plaintiff*