```
COOLEY LLP
PATRICK P. GUNN (172258) (pgunn@cooley.com)
KRISTINE A. FORDERER (278745)
(kforderer@cooley.com)
EVAN SLOVAK (319409) (eslovak@cooley.com)
101 California Street
5th Floor
San Francisco, California  94111-5800
Telephone:    +1 415 693 2000
Facsimile:    +1 415 693 2222
```

Attorneys for Defendants
BV NGINX, LLC and EVENTURE CAPITAL
PARTNERS II, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNWOOD INVESTMENTS CY LIMITED,<br><br>          Plaintiff,<br><br>     v.<br><br>MAXIM KONOVALOV, IGOR SYSOEV, ANDREY ALEXEEV, MAXIM DOUNIN, GLEB SMIRNOFF, ANGUS ROBERTSON, NGINX, INC. (BVI), NGINX SOFTWARE, INC., NGINX, INC. (DE), BV NGINX, LLC, RUNA CAPITAL, INC. EVENTURE CAPITAL PARTNERS II LLC and F5 NETWORKS, INC.,<br><br>          Defendant. | Case No. 3:20-cv-03778-SK<br><br>**NOTICE OF APPEARANCE OF KRISTINE A. FORDERER FOR DEFENDANTS, BV NGINX, LLC AND EVENTURE CAPITAL PARTNERS II, LLC** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**

**PLEASE TAKE NOTICE** that Defendants BV NGINX, LLC and EVENTURE CAPITAL PARTNERS II, LLC ("eVenture") files this Notice of Appearance and hereby notifies the Court and all parties that Patrick P. Gunn of the law firm Cooley LLP, 101 California Street, Fifth Floor, San Francisco, CA 94111, hereby enters his appearance as counsel of record for eVenture in the above-referenced matter.

All pleadings, discovery, correspondence, and other materials should be served upon counsel at:

Kristine A. Forderer (kforderer@cooley.com)
Cooley LLP
101 California Street, 5th Floor
San Francisco, CA 94111
Telephone:   (415) 693-2000
Facsimile:   (415) 693-2222

Dated: August 24, 2020                COOLEY LLP


By: */s/ Kristine A. Forderer*
Kristine A. Forderer (278745)

Attorneys for Defendants
**BV NGINX, LLC AND EVENTURE CAPITAL PARTNERS II, LLC**

232621428