AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
### for the
### Northern District of California

| | |
|---|---|
| LYNWOOD INVESTMENTS CY LIMITED, | ) |
| *Plaintiff* | ) |
| v. | )  Case No.    3:20-cv-03778-SK |
| MAXIM KONOVALOV, et al. | ) |
| *Defendant* | ) |

### APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

RUNA CAPITAL, INC.                                                                                                    .

Date:     09/09/2020

*/s/ Jayvan E. Mitchell*
*Attorney's signature*

Jayvan E. Mitchell - SBN:  322007
*Printed name and bar number*

WILLKIE FARR & GALLAGHER LLP
One Front Street, 34th Floor
San Francisco, CA  94111

*Address*

jmitchell@willkie.com
*E-mail address*

(415) 858-7400
*Telephone number*

(415) 858-7599
*FAX number*

Print     Save As...                                                                    Reset