United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LYNWOOD INVESTMENTS CY LIMITED,<br><br>    Plaintiff,<br><br>  v.<br><br>MAXIM KONOVALOV, et al.,<br><br>    Defendants. | Case No. 20-CV-03778-LHK<br><br>**ORDER GRANTING MOTION TO EXPEDITE AND MOTION TO STAY DISCOVERY**<br><br>Re: Dkt Nos. 103, 104 |

  Before the Court are the motions of Defendants F5 Networks, Inc., NGINX, Inc. (BVI), and NGINX Software, Inc. to stay discovery, ECF No. 103, and to shorten time for briefing and hearing on the motion to stay discovery, ECF No. 104.  Having considered the complaint, the parties' submissions on the motion to shorten time and the motion to stay discovery, Plaintiff's response to the Court's order regarding case narrowing, the relevant law, and the record in this case, the Court hereby GRANTS the motion to shorten time for briefing and hearing on the motion to stay discovery and GRANTS the motion to stay discovery. Discovery is stayed until ordered otherwise.

1

1  **IT IS SO ORDERED.**

3  Dated: November 3, 2020

4  _Lucy H. Koh_
_____
5  LUCY H. KOH
United States District Judge

2
Case No. 20-CV-03778-LHK
ORDER GRANTING MOTION TO EXPEDITE AND MOTION TO STAY DISCOVERY