1  Douglas W. Dal Cielo (CA Bar No. 157109)
2  ddalcielo@bwslaw.com
   Patricia L. Peden (CA Bar No. 206440)
3  ppeden@bwslaw.com
   Brian M. Affrunti (CA Bar No. 227072)
4  baffrunti@bwslaw.com
   **BURKE, WILLIAMS & SORENSEN, LLP**
5  60 South Market Street, Suite 1000
   San Jose, CA  95113
6  Telephone: (408) 606-6300
7  Fax: (408) 606-6333

8  Alexander D. Pencu (*pro hac vice*)
   adp@msf-law.com
9  Christopher J. Major (*pro hac vice*)
   cjm@msf-law.com
10 Jeffrey P. Weingart (*pro hac vice*)
11 jpw@msf-law.com
   **MEISTER SEELIG & FEIN LLP**
12 125 Park Avenue, 7th Floor
   New York, NY 10017
13 Telephone: (212) 655-3500
   Fax: (646) 539-3649
14

15 *Attorneys for Plaintiff*

16
                    **UNITED STATES DISTRICT COURT**
17                  **NORTHERN DISTRICT OF CALIFORNIA**

18

| LYNWOOD INVESTMENTS CY LIMITED, | Case No. 5:20-CV-03778-LHK |
|---|---|
| Plaintiff, | **DECLARATION OF ALEXANDER D. PENCU IN OPPOSITION TO DEFENDANTS MAXIM KONOVALOV, IGOR SYSOEV, ANDREY ALEXEEV, MAXIM DOUNIN, GLEB SMIRNOFF, AND ANGUS ROBERTSON'S MOTION TO DISMISS (ECF 106)** |
| vs. | |
| MAXIM KONOVALOV, *et al.*, | |
| Defendants. | |
| | Date:  February 18, 2021 |
| | Time:  1:30 p.m. |
| | Courtroom 8, 4th Floor |
| | The Honorable Lucy H. Koh |

DECLARATION OF ALEXANDER D. PENCU IN OPPOSITION TO DEFENDANTS MAXIM KONOVALOV, IGOR SYSOEV, ANDREY ALEXEEV, MAXIM DOUNIN, GLEB SMIRNOFF, AND ANGUS ROBERTSON'S MOTION TO DISMISS (ECF 106), Case No. 5:20-CV-03778-LHK

0= 19384/2/8003341.v1

I, Alexander D. Pencu, declare under penalty of perjury as follows:

1. I am a partner of Meister Seelig & Fein LLP, one of the attorneys for Plaintiff, Lynwood Investments CY Limited ("Plaintiff"), and I am admitted *Pro Hac Vice* in the above-captioned action. I am duly authorized and licensed to practice law before all courts in the State of New York and the State of Connecticut, the Southern and Eastern District Courts of New York, and the District of Connecticut. I submit this declaration in opposition to Defendants Maxim Konovalov ("Konovalov"), Igor Sysoev ("Sysoev"), Andrey Alexeev ("Alexeev"), Maxim Dounin ("Dounin"), Gleb Smirnoff ("Smirnoff"), and Angus Robertson's ("Robertson") Motion to Dismiss (ECF 106) (the "Motion").

2. Attached hereto as **Exhibit 1** is a true and correct copy of Maxim Konovalov: Mind Litter blogposts, dated March 6, 2019 and October 14, 2020 and available at: http://maxim.int.ru/b/archives/2019/03/06/untitled/index.html (last visited December 10, 2020). A certified translation of the blogposts is included with this Exhibit.

3. Attached hereto as **Exhibit 2** is a true and correct copy of "A Letter to F5 Employees from CEO Francois Locoh-Donou Announcing NGINX Acquisition" dated March 11, 2019, and available at: https://www.f5.com/company/blog/letter-to-f5-employees-from-ceo-francois-locoh-donou-announcing-nginx-acquisition (last visited December 10, 2020).

4. Attached hereto as **Exhibit 3** is a true and correct copy of the September 18, 2013 opinion in *VTB Capital plc v. Nutritek International Corp., et al.*, Claim No. BVIHC (COM) 103 of 2011, decided by the Eastern Caribbean Supreme Court, Territory of the Virgin Islands.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 10th day of December 2020 in Stamford, Connecticut.

        /s/ Alexander D. Pencu
ALEXANDER D. PENCU

SJ - San Jose #4840-2735-5348 v1

2
DECLARATION OF ALEXANDER D. PENCU IN OPPOSITION TO DEFENDANTS MAXIM KONOVALOV, IGOR SYSOEV, ANDREY ALEXEEV, MAXIM DOUNIN, GLEB SMIRNOFF, AND ANGUS ROBERTSON'S MOTION TO DISMISS (ECF 106), Case No. 5:20-CV-03778-LHK

0= 19384/2/8003341.v1