Brian M. Affrunti (SBN 227072)
E-mail: baffrunti@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
60 South Market Street, Suite 1000
San Jose, California 95113
Telephone: (408) 606-6300
Facsimile: (408) 606-6333

Alexander D. Pencu (*Admitted via Pro Hac Vice*)
E-mail: adp@msf-law.com
MEISTER SEELIG & FEIN LLP
125 Park Avenue, 7th Floor
New York, New York 10017
Telephone: (212) 655-3500
Fax: (646) 359-3649

Attorneys for Defendant
*LYNWOOD INVESTMENTS CY LIMITED*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNWOOD INVESTMENTS CY LIMITED,<br><br>Plaintiff,<br><br>vs.<br><br>MAXIM KONOVALOV, IGOR SYSOEV, ANDREY ALEXEEV, MAXIM DOUNIN, GLEB SMIRNOFF, ANGUS ROBERTSON, NGINX, INC. (BVI), NGINX SOFTWARE, INC., NGINX, INC. (DE), BV NGINX, LLC, RUNA CAPITAL, INC., EVENTURE CAPITAL PARTNERS II LLC and F5 NETWORKS, INC.,<br><br>Defendants. | Case No. 3:20-cv-03778-LHK<br><br>**PARTIES' JOINT STATEMENT REGARDING ALTERNATIVE DISPUTE RESOLUTION**<br><br>Hon: Lucy H. Koh<br><br>Complaint Filed: June 8, 2020<br>Trial Date: None Set |

1   On March 30, 2021, the Court issued its Case Management Order (ECF 136), which directed "the parties to meet and confer regarding alternative dispute resolution." ECF 136, p. 2. The Court further ordered the parties to "file a joint statement by April 2, 2021 addressing whether they are willing to engage in alternative dispute resolution, in what form, and within what deadline." *Id*.

In accordance with the Case Management Order, the parties met and conferred by telephone on April 1 and by email on April 2.

All parties are willing to engage in a mediation before a private mediator to be conducted on a mutually convenient day during May 2021.

DATED: April 2, 2021          By: /s/ Brian M. Affrunti

BURKE, WILLIAMS & SORENSEN, LLP
60 South Market Street, Suite 1000
San Jose, California 95113
Telephone: (408) 606-6300
Facsimile: (408) 606-6333

MEISTER SEELIG & FEIN LLP
125 Park Avenue, 7th Floor
New York, New York 10017
Telephone: (212) 655-3500
Fax: (646) 359-3649

*Attorneys for Plaintiff*
Lynwood Investments CY Limited

DATED: April 2, 2021          By: /s/ Michael A. Jacobs

MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105
Telephone: (415) 268-7670
Facsimile: (415) 268-7522

*Attorneys for Defendants*
F5 Networks, Inc., NGINX, Inc. (BVI), and NGINX Software, Inc.

| | | |
|---|---|---|
| 1 | DATED:  April 2, 2021 | By: /s/ *Bruce W. Baber* |
| 2 | | KING & SPALDING LLP |
| | | 101 Second Street, Suite 2300 |
| 3 | | San Francisco, California 94105 |
| | | Telephone: (415) 318-1200 |
| 4 | | Facsimile: (415) 318-1300 |

*Attorneys for Defendants*
Maxim Konovalov, Igor Sysoev,
Andrey Alexeev, Gleb Smirnoff,
Maxim Dounin and Angus Robertson

DATED:  April 2, 2021        By: /s/ *Benedict Y. Hur*

WILLKIE FARR & GALLAGHER LLP
One Front Street, 34th Floor
San Francisco, California 94111
Telephone: (415) 858-7401
Facsimile: (415) 858-7599

*Attorneys for Defendant*
Runa Capital, Inc.

DATED:  April 2, 2021        By: /s/  *Patrick Gunn*

COOLEY LLP
101 California Street, 5th Floor
San Francisco, California 94111
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

*Attorneys for Defendants*
E.Venture Capital Partners II, LLC and
BV NGINX, LLC

- 2 -

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
OAKLAND

PARTIES' JOINT STATEMENT REGARDING
ALTERNATIVE DISPUTE RESOLUTION

CASE NO.: 3:20-CV-03778-LHK

## **ATTESTATION CLAUSE**

I, Brian M. Affrunti, am the ECF user whose identification and password are being used to file the foregoing Parties' Joint Statement Regarding Alternative Dispute Resolution. In compliance with Rule 5-1(i)(3) of the Local Civil Rules, I hereby attest that all of the above signatories have concurred in the filing of this document.

Dated: April 2, 2021                                                          */s/ Brian M. Affrunti*
                                                                                         Brian M. Affrunti