UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LYNWOOD INVESTMENTS CY LIMITED,<br><br>    Plaintiff,<br><br>        v.<br><br>MAXIM KONOVALOV, et al.,<br><br>    Defendants. | Case No. 20-CV-03778-LHK<br><br>**ORDER REFERRING PARTIES TO PRIVATE MEDIATION** |

On April 2, 2021, the parties filed a status report, which stated that they were willing to engage in private mediation in May 2021. ECF No. 137. The Court refers the parties to private mediation with a completion deadline of June 1, 2021. The parties shall file a stipulation of dismissal or a joint settlement status report by June 8, 2021.

**IT IS SO ORDERED.**

Dated: April 6, 2021

_____
LUCY H. KOH
United States District Judge

1

Case No. 20-CV-03778-LHK
ORDER REFERRING PARTIES TO PRIVATE MEDIATION