MICHAEL A. JACOBS (CA SBN 111664)
JESSICA L. GRANT (CA SBN 178138)
ERIC AKIRA TATE (CA SBN 178719)
JOYCE LIOU (CA SBN 277720)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  415.268.7000
Facsimile:  415.268.7522
MJacobs@mofo.com; JGrant@mofo.com
ETate@mofo.com; JLiou@mofo.com

BENJAMIN J. FOX (CA SBN 193374)
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, California 90017-3543
Telephone:  213.892.5200
Facsimile:  213.892.5454
BFox@mofo.com

*Attorneys for Defendants*
F5 NETWORKS, INC., NGINX, INC. (BVI)
and NGINX SOFTWARE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNWOOD INVESTMENTS CY LIMITED,<br><br>Plaintiff,<br><br>vs.<br><br>MAXIM KONOVALOV, IGOR SYSOEV, ANDREY ALEXEEV, MAXIM DOUNIN, GLEB SMIRNOFF, ANGUS ROBERTSON, NGINX, INC. (BVI), NGINX SOFTWARE, INC., NGINX, INC. (DE), BV NGINX, LLC, RUNA CAPITAL, INC., EVENTURE CAPITAL PARTNERS II LLC and F5 NETWORKS, INC.,<br><br>Defendants. | No. 20-CV-03778-LHK<br><br>**JOINT SETTLEMENT STATUS REPORT**<br><br><br>Judge: The Honorable Lucy H. Koh<br><br>Complaint Filed: June 8, 2020 |

Pursuant to the Court's Order Referring Parties to Private Mediation (ECF 138), plaintiff Lynwood Investments CY Limited and defendants F5 Networks, Inc.; NGINX Software Inc.; NGINX, Inc. (BVI); Maxim Konovalov; Igor Sysoev; Maxim Dounin; Andrey Alexeev; Gleb Smirnoff; Angus Robertson; E.venture Capital Partners II, LLC; BV NGINX, LLC; and Runa Capital, Inc., through their respective counsel, submit this Joint Settlement Status Report:

On May 27, 2021, the parties held a mediation before the Hon. Suzanne Segal (Ret.). The matter did not resolve.

Dated: June 3, 2021          MORRISON & FOERSTER LLP

By:   /s/ Jessica L. Grant
      Jessica L. Grant

Attorneys for Defendants
F5 NETWORKS, INC., NGINX, INC. (BVI),
and NGINX SOFTWARE, INC.

Dated: June 3, 2021          KING & SPALDING LLP

By:   /s/ Quyen L. Ta
      Quyen L. Ta

Attorneys for Defendants
MAXIM KONOVALOV, IGOR SYSOEV
ANDREY ALEXEEV, MAXIN DOUNIN
GLEB SMIRNOFF and ANGUS ROBERTSON

| | | |
|---|---|---|
| 1 | Dated: June 3, 2021 | COOLEY LLP |
| 2 | | |
| 3 | | By: /s/ Patrick P. Gunn |
| 4 | | Patrick P. Gunn |
| 5 | | Attorneys for Defendants BV NGINX, LLC and E.VENTURE CAPITAL PARTNERS II, LLC |
| 6 | | |
| 7 | Dated: June 3, 2021 | WILLKIE FARR & GALLAGHER LLP |
| 8 | | |
| 9 | | By: /s/ Benedict Y. Hur |
| 10 | | Benedict Y. Hur |
| 11 | | Attorneys for Defendant RUNA CAPITAL, INC. |
| 12 | | |
| 13 | | |
| 14 | Dated: June 3, 2021 | MEISTER SEELIG & FEIN LLP |
| 15 | | |
| 16 | | By: /s/ Christopher J. Major |
| 17 | | Christopher J. Major |
| 18 | | Attorneys for Plaintiff LYNWOOD INVESTMENTS CY LIMITED |

## **ECF ATTESTATION**

I, Jessica L. Grant, hereby attest pursuant to Local Rule 5-1(i)(3) that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: June 3, 2021                           By: */s/ Jessica L. Grant*