**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LYNWOOD INVESTMENTS CY LIMITED,<br><br>Plaintiff,<br><br>vs.<br><br>MAXIM KONOVALOV, IGOR SYSOEV, ANDREY ALEXEEV, MAXIM DOUNIN, GLEB SMIRNOFF, ANGUS ROBERTSON, NGINX, INC. (BVI), NGINX SOFTWARE, INC., NGINX, INC. (DE), BV NGINX, LLC, RUNA CAPITAL, INC., EVENTURE CAPITAL PARTNERS II LLC and F5 NETWORKS, INC.,<br><br>Defendants. | Case No. 3:20-cv-03778-LHK<br><br>**STIPULATION OF DISMISSAL OF REMAINING CLAIMS**<br><br>Hon: Maxine M. Chesney<br><br>Complaint Filed: June 8, 2020<br>Trial Date: None Set |

### STIPULATION OF DISMISSAL OF REMAINING CLAIMS

Plaintiff Hemma Investments CY Limited f/k/a Lynwood Investments CY Limited ("Plaintiff"), on the one hand, and Defendants F5, Inc. f/k/a F5 Networks, Inc., NGINX Software Inc., NGINX, Inc. (BVI), Maxim Konovalov, Igor Sysoev, Maxim Dounin, Andrey Alexeev, Gleb Smirnoff, Angus Robertson, Eventure Capital Partners II LLC, BV NGINX, LLC, Runa Capital, Inc. (collectively, "Defendants"), on the other hand, by and through their respective counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby enter into the following stipulation of dismissal:

WHEREAS, Plaintiff and Defendants are all of the parties that have appeared in this action;

WHEREAS, on April 29, 2021, Plaintiff filed an Amended Complaint (ECF No. 141) asserting twenty-five claims for relief;

WHEREAS, pursuant to Court order (ECF No. 107), Plaintiff selected certain claims to litigate in the first instance, namely the First, Second, Fourth, Seventh, Eighth, Ninth, Twelfth, Thirteenth and Fourteenth Claims for Relief asserted in the Amended Complaint (the "Adjudicated Claims");

WHEREAS, the non-selected claims (the "Unadjudicated Claims") were stayed pending resolution of the Adjudicated Claims;

WHEREAS, on May 27, 2021, the Defendants filed a consolidated motion to dismiss the Adjudicated Claims (ECF No. 144);

WHEREAS, on August 16, 2022, the Court granted Defendants' motion to dismiss and dismissed the Adjudicated Claims with prejudice (ECF No. 162);

WHEREAS, Plaintiff wishes to promptly appeal the dismissal of the Adjudicated Claims;

WHEREAS, Plaintiff is willing to dismiss the Unadjudicated Claims with prejudice and with each of the parties to bear its or his own fees and costs in connection with the Unadjudicated Claims; and

WHEREAS, this Stipulation does not affect or limit any issues of fees or costs with respect to the Adjudicated Claims, any arguments that the Defendants may assert in response to Plaintiff's planned appeal, or any issues that the Defendants may choose to make the subject of a cross-appeal.

## STIPULATION OF DISMISSAL

NOW, THEREFORE, it is hereby stipulated between Plaintiff and Defendants, by their undersigned counsel, as follows:

1. In accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Unadjudicated Claims, namely the Third, Fifth, Sixth, Tenth, Eleventh, and Fifteenth through Twenty-Fifth Claims for Relief asserted in the Amended Complaint, and each of them, are hereby dismissed with prejudice; and

2. Each of the parties shall bear its or his own costs and fees in connection with the Unadjudicated Claims.

| | |
|---|---|
| DATED: September 9, 2022 | By: /s/ Alexander D. Pencu |
| | MEISTER SEELIG & FEIN LLP<br>125 Park Avenue, 7th Floor<br>New York, New York 10017<br>Telephone: (212) 655-3500<br>Fax: (646) 359-3649<br>(Admitted *Pro Hac Vice*) |
| | BURKE, WILLIAMS & SORENSEN, LLP<br>60 South Market Street, Suite 1000<br>San Jose, California 95113<br>Telephone: (408) 606-6300<br>Facsimile: (408) 606-6333 |
| | *Attorneys for Plaintiff*<br>Lynwood Investments CY Limited |

| | | |
|---|---|---|
| 1 | DATED: September 9, 2022 | By: /s/ *Jessica L. Grant* |
| 2 | | MORRISON & FOERSTER LLP |
| | | 425 Market Street |
| 3 | | San Francisco, California 94105 |
| | | Telephone: (415) 268-7670 |
| 4 | | Facsimile: (415) 268-7522 |
| 5 | | *Attorneys for Defendants* |
| | | F5, Inc. f/k/a F5 Networks, Inc., NGINX, |
| 6 | | Inc. (BVI), and NGINX Software, Inc. |

DATED: September 9, 2022            By: /s/ *Quyen Ta*

KING & SPALDING LLP
101 Second Street, Suite 2300
San Francisco, California 94105
Telephone: (415) 318-1200
Facsimile: (415) 318-1300

*Attorneys for Defendants*
Maxim Konovalov, Igor Sysoev,
Andrey Alexeev, Gleb Smirnoff,
Maxim Dounin and Angus Robertson

DATED: September 9, 2022            By: /s/ *Benedict Hur*

WILLKIE FARR & GALLAGHER LLP
One Front Street, 34th Floor
San Francisco, California 94111
Telephone: (415) 858-7401
Facsimile: (415) 858-7599

*Attorneys for Defendant*
Runa Capital, Inc.

DATED: September 9, 2022            By: /s/ *Patrick Gunn*

COOLEY LLP
101 California Street, 5th Floor
San Francisco, California 94111
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

*Attorneys for Defendants*
E.Venture Capital Partners II, LLC and
BV NGINX, LLC

## ATTESTATION CLAUSE

I, Alexander D. Pencu, am the ECF user whose identification and password are being used to file the foregoing Stipulation.  In compliance with Rule 5-1(i)(3) of the Local Civil Rules, I hereby attest that all of the above signatories have concurred in the filing of this document.

Dated:  September 9, 2022             /s/ Alexander D. Pencu
                                      Alexander D. Pencu