Alexander D. Pencu
Jeffrey Weingart
Christopher J. Major
MEISTER SEELIG & FEIN LLP
125 Park Avenue, 7th Floor
New York, New York 10017
Telephone: (212) 655-3500
Fax: (646) 359-3649
(Admitted *Pro Hac Vice*)

Douglas W. Dal Cielo
Patricia L. Peden
Brian M. Affrunti
BURKE, WILLIAMS & SORENSEN, LLP
60 South Market Street, Suite 1000
San Jose, California 95113
Telephone: (408) 606-6300
Facsimile: (408) 606-6333

*Attorneys for Plaintiff-Appellant*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LYNWOOD INVESTMENTS CY LIMITED,<br><br>Plaintiff,<br><br>vs.<br><br>MAXIM KONOVALOV, IGOR SYSOEV, ANDREY ALEXEEV, MAXIM DOUNIN, GLEB SMIRNOFF, ANGUS ROBERTSON, NGINX, INC. (BVI), NGINX SOFTWARE, INC., NGINX, INC. (DE), BV NGINX, LLC, RUNA CAPITAL, INC., EVENTURE CAPITAL PARTNERS II LLC and F5 NETWORKS, INC.,<br><br>Defendants. | Case No. 3:20-cv-03778-MMC<br><br>**NOTICE OF APPEAL (with Circuit Rule 3-2 Representation Statement attached)** |

**NOTICE OF APPEAL**

Plaintiff in the above-captioned action, Hemma Investments CY Limited f/k/a Lynwood Investments CY Limited ("Plaintiff-Appellant"), by its undersigned counsel, hereby appeals to the United States Court of Appeals for the Ninth Circuit (the "Ninth Circuit") from the final Judgment in a Civil Case (the "Judgment") entered in this action by the United States District

1

1    Court for the Northern District of California (the "District Court") on September 9, 2022 (ECF

2    No. 168).

3          A Ninth Circuit Local Rule 3-2 Representation Statement is attached below.

4          Plaintiff is simultaneously paying the filing fee for this Notice of Appeal and the appellate

5    docket fee pursuant to Ninth Circuit Local Rule 3-1.

6    DATED:  September 14, 2022              By: /s/  *Alexander D. Pencu*

7                                           MEISTER SEELIG & FEIN LLP
                                            125 Park Avenue, 7th Floor
8                                           New York, New York 10017
                                            Telephone: (212) 655-3500
9                                           Fax: (646) 359-3649
                                            (Admitted *Pro Hac Vice*)
10

11                                          BURKE, WILLIAMS & SORENSEN, LLP
                                            60 South Market Street, Suite 1000
12                                          San Jose, California 95113
                                            Telephone: (408) 606-6300
13                                          Facsimile: (408) 606-6333

14                                          *Attorneys for Plaintiff-Appellant*

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**NINTH CIRCUIT LOCAL RULE 3-2 REPRESENTATION STATEMENT**

2

Plaintiff-Appellant is represented by:

3

4

Alexander D. Pencu
David F. Geneson
Jeffrey P. Weingart
Susan M. Schlesinger
Christopher J. Major
Austin D. Kim
Leah Ariel Henry
MEISTER SEELIG & FEIN LLP
125 Park Avenue, 7th Floor
New York, New York 10017
Telephone: (212) 655-3500
Fax: (646) 359-3649
(Admitted *Pro Hac Vice*)

5

6

7

8

9

10

and

11

12

Douglas W. Dal Cielo
Patricia L. Peden
Brian M. Affrunti
BURKE, WILLIAMS & SORENSEN, LLP
60 South Market Street, Suite 1000
San Jose, California 95113
Telephone: (408) 606-6300
Facsimile: (408) 606-6333

13

14

15

16

*Attorneys for Plaintiff-Appellant*
Hemma Investments CY Limited
f/k/a Lynwood Investments CY Limited

17

18

19

20

21

22

23

24

25

26

27

28

3

Defendants-appellees F5, Inc. f/k/a F5 Networks, Inc., NGINX, Inc. (BVI), and NGINX Software, Inc. are represented by:

Michael A. Jacobs
Jessica L. Grant
Cooper J. Spinelli
Eric A. Tate
Joyce Liou
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105
Telephone: (415) 268-7670
Facsimile: (415) 268-7522

and

Benjamin J. Fox
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Suite 6000
Los Angeles, California 90017

*Attorneys for Defendants-Appellees*
F5, Inc. f/k/a F5 Networks, Inc.,
NGINX, Inc. (BVI), and
NGINX Software, Inc.


Defendants-appellees Maxim Konovalov, Igor Sysoev, Andrey Alexeev, Gleb Smirnoff, Maxim Dounin and Angus Robertson are represented by:

Quyen Le Ta
Samuel R. Diamant
KING & SPALDING LLP
101 Second Street, Suite 2300
San Francisco, California 94105
Telephone: (415) 318-1200
Facsimile: (415) 318-1300

and

David Shane Brun
Matthew H. Dawson
KING & SPALDING LLP
601 S. California Avenue
Suite 100
Palo Alto, California 94304
Telephone:  (415) 318-1245
Facsimile:  (415) 318-1200

and

Bruce W. Baber
KING & SPALDING LLP
1180 Peachtree Street, N.E.
Atlanta, Georgia 30303
Telephone:  (404) 572-4600
Facsimile:  (404) 572-5100

and

Jeanne Adele Fugate
KING & SPALDING LLP
633 W 5th Street, #1600
Los Angeles, California 90017
Telephone:  (213) 443-4355
Facsimile:  (213) 443-4310

*Attorneys for Defendants-Appellees*
Maxim Konovalov, Igor Sysoev,
Andrey Alexeev, Gleb Smirnoff,
Maxim Dounin and Angus Robertson

Defendant-appellee Runa Capital, Inc. is represented by:

Benedict Hur
WILLKIE FARR & GALLAGHER LLP
One Front Street, 34th Floor
San Francisco, California 94111
Telephone: (415) 858-7401
Facsimile: (415) 858-7599

and

Patrick P. Gunn
COOLEY LLP
3 Embarcadero Center, 20th Floor
San Francisco, California 94111
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

*Attorneys for Defendant*
Runa Capital, Inc.

5

Defendants-appellees E.Venture Capital Partners II, LLC and BV NGINX, LLC are represented by:

> Patrick Gunn
> Evan George Slovak
> Kristine Anne Forderer
> COOLEY LLP
> 3 Embarcadero Center, 20th Floor
> San Francisco, California 94111
> Telephone: (415) 693-2000
> Facsimile: (415) 693-2222
>
> *Attorneys for Defendants*
> E.Venture Capital Partners II, LLC
> BV NGINX, LLC

Dated:  September 14, 2022                    /s/ *Alexander D. Pencu*
                                             Alexander D. Pencu

6

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## DECLARATION OF SERVICE BY CM/ECF

I, Alexander D. Pencu, declare as follows:

     1.    I have been admitted pro hac vice in the District Court for this action, and I am counsel to Plaintiff-Appellant in this action.  I am over the age of 18 years and not a party to the action.  My business address is Meister Seelig & Fein LLP, 125 Park Avenue, 7th Floor, New York, New York 10017.

     2.    I caused the foregoing document, entitled NOTICE OF APPEAL (with Ninth Circuit Local Rule 3-2 Statement of Representation attached) on the interested parties in this action by causing the NOTICE OF APPEAL to be filed via the Case Management/Electronic Case Filing System of the United States District Court for the Northern District of California.

     3.    All participants in this case are registered CM/ECF users such that service will be accomplished by that system.

     I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated:  September 14, 2022         /s/ Alexander D. Pencu
                       Alexander D. Pencu