MICHAEL A. JACOBS (CA SBN 111664)
JESSICA L. GRANT (CA SBN 178138)
ERIC AKIRA TATE (CA SBN 178719)
JOYCE LIOU (CA SBN 277720)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522
MJacobs@mofo.com; JGrant@mofo.com
ETate@mofo.com; JLiou@mofo.com

BENJAMIN J. FOX (CA SBN 193374)
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, California 90017-3543
Telephone: 213.892.5200
Facsimile: 213.892.5454
BFox@mofo.com

*Attorneys for Defendants*
F5 NETWORKS, INC., NGINX, INC. (BVI)
and NGINX SOFTWARE, INC.

(Additional Parties and Counsel Listed on Signature Pages)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNWOOD INVESTMENTS CY LIMITED,<br><br>Plaintiff,<br><br>vs.<br><br>MAXIM KONOVALOV, IGOR SYSOEV, ANDREY ALEXEEV, MAXIM DOUNIN, GLEB SMIRNOFF, ANGUS ROBERTSON, NGINX, INC. (BVI), NGINX SOFTWARE, INC., NGINX, INC. (DE), BV NGINX, LLC, RUNA CAPITAL, INC., EVENTURE CAPITAL PARTNERS II LLC and F5 NETWORKS, INC.,<br><br>Defendants. | No. 20-cv-03778-MMC<br><br>**STIPULATION TO EXTEND BRIEFING SCHEDULE FOR DEFENDANTS' MOTIONS FOR ATTORNEY'S FEES PURSUANT TO 17 U.S.C. § 505; and [PROPOSED] ORDER**<br><br>Judge: The Honorable Maxine M. Chesney<br><br>Current Due Date: Sept. 23, 2022<br><br>New Proposed Date: Sept. 30, 2022 |

1  Pursuant to Civil Local Rules 6-2, 7-12, and 54-5, Plaintiff Lynwood Investments CY
2  Limited ("Plaintiff") and Defendants F5, Inc., NGINX Software Inc., and NGINX, Inc. (BVI);
3  Defendants Maxim Konovalov, Igor Sysoev, Maxim Dounin, Andrey Alexeev, Gleb Smirnoff, and
4  Angus Robertson; Defendants Eventure Capital Partners II LLC and BV NGINX, LLC; and
5  Defendant Runa Capital, Inc. (collectively, "Defendants") stipulate to an extended briefing
6  schedule in connection with any motions for an award of attorney's fees and costs brought by
7  Defendants pursuant to 17 U.S.C. § 505 and Local Rule 54-5;

8  WHEREAS, the Court granted Defendants' Consolidated Motion to Dismiss Plaintiff's
9  Amended Complaint (ECF 144) and dismissed Plaintiff's First, Second, Fourth, Seventh, Eighth,
10 Ninth, Twelfth, Thirteenth, and Fourteenth Claims, including Plaintiff's claim for direct copyright
11 infringement, with prejudice (ECF 162);

12 WHEREAS, by stipulation of the parties, Plaintiff's remaining claims were dismissed with
13 prejudice and judgment was entered on September 9, 2022 (ECF 166, 168);

14 WHEREAS, pursuant to 17 U.S.C. § 505 and Local Rule 54-5, Defendants intend to move
15 for an award of attorney's fees and costs incurred in defending against Plaintiff's claim of direct
16 copyright infringement and related claims that were dismissed by the Court's order ECF 162
17 ("Motions for Fees");

18 WHEREAS, Defendants requested a one-week extension to prepare and file motions and
19 submit papers that are not duplicative of one another's and that will streamline the issues for the
20 Court's consideration;

21 WHEREAS, Plaintiff requested two additional weeks to prepare opposition papers to
22 address what the parties anticipate will be multiple fee requests, and Defendants requested an
23 additional week to coordinate or streamline their replies;

24 WHEREAS, there have been three other extensions granted in this case (ECF 29, 68, and
25 143) and no prior extension regarding any motion for an award of attorney's fees and costs; and

26 WHEREAS, the requested time modification would have no other effect on the schedule
27 for the case, as judgment has already been entered (ECF 168);

28 NOW THEREFORE, pursuant to Civil Local Rule 6-2, it is stipulated and agreed between

Plaintiff and Defendants, through their undersigned counsel, as follows:

1. The time within which Defendants may file their Motions for Fees is extended to September 30, 2022;

2. The deadline for Plaintiff to file any opposition to the Motions for Fees is extended to October 28, 2022;

3. The deadline for Defendants to file any replies in support of their Motions for Fees is extended to November 11, 2022.

This stipulation is without prejudice to the right of any party to seek a further adjustment to the opposition date based on future or unforeseen developments.

**IT IS SO STIPULATED.**

Dated: September 21, 2022         MORRISON & FOERSTER LLP


                                  By:  /s/ Michael A. Jacobs
                                       Michael A. Jacobs

                                       Attorneys for Defendants
                                       F5 INC., NGINX, INC. (BVI),
                                       and NGINX SOFTWARE, INC.


Dated: September 21, 2022         KING & SPALDING LLP


                                  By:  /s/ Bruce W. Baber
                                       Bruce W. Baber

                                       Attorneys for Defendants
                                       MAXIM KONOVALOV, IGOR SYSOEV
                                       ANDREY ALEXEEV, MAXIN DOUNIN
                                       GLEB SMIRNOFF and ANGUS ROBERTSON

| | | |
|---|---|---|
| 1 | Dated: September 21, 2022 | COOLEY LLP |
| 2 | | |
| 3 | | By: /s/ *Patrick P. Gunn* |
| 4 | | Patrick P. Gunn |
| 5 | | Attorneys for Defendants BV NGINX, LLC and E. VENTURES CAPITAL PARTNERS II, LLC |
| 6 | | |
| 7 | Dated: September 21, 2022 | WILLKIE FARR & GALLAGHER LLP |
| 8 | | |
| 9 | | By: /s/ *Benedict Y. Hur* |
| 10 | | Benedict Y. Hur |
| 11 | | Attorneys for Defendant RUNA CAPITAL, INC. |
| 12 | | |
| 13 | | |
| 14 | Dated: September 21, 2022 | MEISTER SEELIG & FEIN LLP |
| 15 | | |
| 16 | | By: /s/ *Christopher J. Major* |
| 17 | | Christopher J. Major |
| 18 | | Attorneys for Plaintiff LYNWOOD INVESTMENTS CY LIMITED |

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Dated: September  , 2022

By: _____
The Honorable Maxine M. Chesney
United States District Judge

# ECF ATTESTATION

I, Michael A. Jacobs, hereby attest pursuant to Local Rule 5-1(i)(3) that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated:  September 21, 2022          By:  */s/ Michael A. Jacobs*
                                         Michael A. Jacobs