MICHAEL A. JACOBS (CA SBN 111664)
JESSICA L. GRANT (CA SBN 178138)
ERIC AKIRA TATE (CA SBN 178719)
JOYCE LIOU (CA SBN 277720)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522
MJacobs@mofo.com; JGrant@mofo.com
ETate@mofo.com; JLiou@mofo.com

BENJAMIN J. FOX (CA SBN 193374)
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, California 90017-3543
Telephone: 213.892.5200
Facsimile: 213.892.5454
BFox@mofo.com

*Attorneys for Defendants*
F5 NETWORKS, INC., NGINX, INC. (BVI)
and NGINX SOFTWARE, INC.

(Additional Parties and Counsel Listed on Signature Pages)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNWOOD INVESTMENTS CY LIMITED,<br><br>Plaintiff,<br><br>vs.<br><br>MAXIM KONOVALOV, IGOR SYSOEV, ANDREY ALEXEEV, MAXIM DOUNIN, GLEB SMIRNOFF, ANGUS ROBERTSON, NGINX, INC. (BVI), NGINX SOFTWARE, INC., NGINX, INC. (DE), BV NGINX, LLC, RUNA CAPITAL, INC., EVENTURE CAPITAL PARTNERS II LLC and F5 NETWORKS, INC.,<br><br>Defendants. | No. 20-cv-03778-MMC<br><br>**STIPULATION TO EXTEND BRIEFING SCHEDULE FOR DEFENDANTS' MOTIONS FOR ATTORNEY'S FEES PURSUANT TO 17 U.S.C. § 505; and [PROPOSED] ORDER**<br><br>Judge: The Honorable Maxine M. Chesney<br><br>Current Due Date: Sept. 23, 2022<br><br>New Proposed Date: Sept. 30, 2022 |

1  Pursuant to Civil Local Rules 6-2, 7-12, and 54-5, Plaintiff Lynwood Investments CY Limited ("Plaintiff") and Defendants F5, Inc., NGINX Software Inc., and NGINX, Inc. (BVI); Defendants Maxim Konovalov, Igor Sysoev, Maxim Dounin, Andrey Alexeev, Gleb Smirnoff, and Angus Robertson; Defendants Eventure Capital Partners II LLC and BV NGINX, LLC; and Defendant Runa Capital, Inc. (collectively, "Defendants") stipulate to an extended briefing schedule in connection with any motions for an award of attorney's fees and costs brought by Defendants pursuant to 17 U.S.C. § 505 and Local Rule 54-5;

WHEREAS, the Court granted Defendants' Consolidated Motion to Dismiss Plaintiff's Amended Complaint (ECF 144) and dismissed Plaintiff's First, Second, Fourth, Seventh, Eighth, Ninth, Twelfth, Thirteenth, and Fourteenth Claims, including Plaintiff's claim for direct copyright infringement, with prejudice (ECF 162);

WHEREAS, by stipulation of the parties, Plaintiff's remaining claims were dismissed with prejudice and judgment was entered on September 9, 2022 (ECF 166, 168);

WHEREAS, pursuant to 17 U.S.C. § 505 and Local Rule 54-5, Defendants intend to move for an award of attorney's fees and costs incurred in defending against Plaintiff's claim of direct copyright infringement and related claims that were dismissed by the Court's order ECF 162 ("Motions for Fees");

WHEREAS, Defendants requested a one-week extension to prepare and file motions and submit papers that are not duplicative of one another's and that will streamline the issues for the Court's consideration;

WHEREAS, Plaintiff requested two additional weeks to prepare opposition papers to address what the parties anticipate will be multiple fee requests, and Defendants requested an additional week to coordinate or streamline their replies;

WHEREAS, there have been three other extensions granted in this case (ECF 29, 68, and 143) and no prior extension regarding any motion for an award of attorney's fees and costs; and

WHEREAS, the requested time modification would have no other effect on the schedule for the case, as judgment has already been entered (ECF 168);

NOW THEREFORE, pursuant to Civil Local Rule 6-2, it is stipulated and agreed between

Plaintiff and Defendants, through their undersigned counsel, as follows:

1. The time within which Defendants may file their Motions for Fees is extended to September 30, 2022;

2. The deadline for Plaintiff to file any opposition to the Motions for Fees is extended to October 28, 2022;

3. The deadline for Defendants to file any replies in support of their Motions for Fees is extended to November 11, 2022.

This stipulation is without prejudice to the right of any party to seek a further adjustment to the opposition date based on future or unforeseen developments.

**IT IS SO STIPULATED.**

Dated: September 21, 2022     MORRISON & FOERSTER LLP

By:  /s/ *Michael A. Jacobs*
        Michael A. Jacobs

Attorneys for Defendants
F5 INC., NGINX, INC. (BVI),
and NGINX SOFTWARE, INC.

Dated: September 21, 2022     KING & SPALDING LLP

By:  /s/ *Bruce W. Baber*
        Bruce W. Baber

Attorneys for Defendants
MAXIM KONOVALOV, IGOR SYSOEV
ANDREY ALEXEEV, MAXIN DOUNIN
GLEB SMIRNOFF and ANGUS ROBERTSON

STIPULATION TO EXTEND BRIEFING SCHEDULE;
AND [PROPOSED] ORDER
No. 20-CV-03778-MMC

| | | |
|---|---|---|
| 1 | Dated: September 21, 2022 | COOLEY LLP |
| 2 | | |
| 3 | | By: /s/ Patrick P. Gunn |
| 4 | | Patrick P. Gunn |
| 5 | | Attorneys for Defendants BV NGINX, LLC and E. VENTURES CAPITAL PARTNERS II, LLC |
| 6 | | |
| 7 | Dated: September 21, 2022 | WILLKIE FARR & GALLAGHER LLP |
| 8 | | |
| 9 | | By: /s/ Benedict Y. Hur |
| 10 | | Benedict Y. Hur |
| 11 | | Attorneys for Defendant RUNA CAPITAL, INC. |
| 12 | | |
| 13 | | |
| 14 | Dated: September 21, 2022 | MEISTER SEELIG & FEIN LLP |
| 15 | | |
| 16 | | By: /s/ Christopher J. Major |
| 17 | | Christopher J. Major |
| 18 | | Attorneys for Plaintiff LYNWOOD INVESTMENTS CY LIMITED |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | **PURSUANT TO STIPULATION, IT IS SO ORDERED**. | |
| 23 | | |
| 24 | Dated: September 22, 2022 | |
| 25 | | By: [signature] |
| 26 | | The Honorable Maxine M. Chesney United States District Judge |
| 27 | | |
| 28 | | |

## **ECF ATTESTATION**

I, Michael A. Jacobs, hereby attest pursuant to Local Rule 5-1(i)(3) that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: September 21, 2022        By: */s/ Michael A. Jacobs*
                                      Michael A. Jacobs