SHANE BRUN (SBN #179079)
sbrun@kslaw.com
QUYEN L. TA (SBN #229956)
qta@kslaw.com
JEANNE A. FUGATE (SBN #236341)
jfugate@kslaw.com
SAMUEL R. DIAMANT (SBN #288738)
sdiamant@kslaw.com
MATTHEW H. DAWSON (SBN #307350)
mdawson@kslaw.com
KING & SPALDING LLP
50 California St., Suite 3300
San Francisco, California 94111
Telephone: (415) 318-1200
Facsimile: (415) 318-1300

BRUCE W. BABER (*Admitted Pro Hac Vice*)
bbaber@kslaw.com
KING & SPALDING LLP
1180 Peachtree Street, N.E.
Atlanta, GA 30303-1763
Telephone: (404) 572-4600
Facsimile: (404) 572-5100

*Attorneys for Defendants*
Maxim Konovalov, Igor Sysoev,
Andrey Alexeev, Maxim Dounin,
Gleb Smirnoff, and Angus Robertson

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNWOOD INVESTMENTS CY LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>MAXIM KONOVALOV, IGOR SYSOEV, ANDREY ALEXEEV, MAXIM DOUNIN, GLEB SMIRNOFF, ANGUS ROBERTSON, NGINX, INC. (BVI), NGINX SOFTWARE, INC., NGINX, INC. (DE), BV NGINX, LLC, RUNA CAPITAL, INC., EVENTURE CAPITAL PARTNERS II LLC and F5 NETWORKS, INC.,<br><br>Defendants. | Case No. 3:20-cv-03778-MMC<br><br>**DEFENDANTS MAXIM KONOVALOV, IGOR SYSOEV, ANDREY ALEXEEV, MAXIM DOUNIN, GLEB SMIRNOFF AND ANGUS ROBERTSON'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Date:  N/A<br>Time:  N/A<br><br>The Honorable Maxine M. Chesney |

INDIVIDUAL DEFENDANTS' ADMIN. MOTION TO FILE UNDER SEAL     CASE NO.  3:20-cv-03778-MMC

Pursuant to this Court's Amended Order of December 20, 2022 (ECF No. 184), Defendants Maxim Konovalov, Igor Sysoev, Andrey Alexeev, Maxim Dounin, Gleb Smirnoff, and Angus Robertson have filed a Supplemental Submission Regarding Amount of Attorneys' Fees (ECF No. 185) and an accompanying Declaration of Bruce W. Baber (ECF No. 185-1).  Attached to the Declaration as Exhibits A through T are the time records underlying the movants' fee request.

In its Amended Order, the Court granted the movants permission to file those records under seal.  *See* Am. Order (ECF No. 184) at 15 n.12.  Accordingly, the movants hereby submit Exhibits A through T to the Baber Declaration under seal in accordance with the Court's prior order.[1]

Dated:  January 17, 2023

Respectfully submitted,

KING & SPALDING LLP

By:  /s/  *Matthew H. Dawson*

BRUCE W. BABER
SHANE BRUN
QUYEN L. TA
JEANNE A. FUGATE
SAMUEL R. DIAMANT
MATTHEW H. DAWSON

*Attorneys for Defendants*
Maxim Konovalov, Igor Sysoev,
Andrey Alexeev, Maxim Dounin,
Gleb Smirnoff, and Angus Robertson

---

[1]    Given the Court's December 20, 2022 order, the movants need not submit a motion to seal. *See* Civil L.R. 79-5(b).  This filing is styled as an administrative motion because—as a practical matter—the CM/ECF system in the Northern District of California only permits parties to file under seal exhibits to such motions.  It does not permit parties to file under seal exhibits to other types of filings.

1