MICHAEL A. JACOBS (CA SBN 111664)
JESSICA L. GRANT (CA SBN 178138)
ERIC AKIRA TATE (CA SBN 178719)
JOYCE LIOU (CA SBN 277720)
COOPER J. SPINELLI (CA SBN 299299)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522
MJacobs@mofo.com; JGrant@mofo.com
ETate@mofo.com; JLiou@mofo.com

BENJAMIN J. FOX (CA SBN 193374)
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, California 90017-3543
Telephone: 213.892.5200
Facsimile: 213.892.5454
BFox@mofo.com

*Attorneys for Defendants*
F5 NETWORKS, INC., NGINX, INC. (BVI),
and NGINX SOFTWARE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNWOOD INVESTMENTS CY LIMITED,<br><br>Plaintiff,<br><br>vs.<br><br>MAXIM KONOVALOV, IGOR SYSOEV, ANDREY ALEXEEV, MAXIM DOUNIN, GLEB SMIRNOFF, ANGUS ROBERTSON, NGINX, INC. (BVI), NGINX SOFTWARE, INC., NGINX, INC. (DE), BV NGINX, LLC, RUNA CAPITAL, INC., EVENTURE CAPITAL PARTNERS II LLC and F5 NETWORKS, INC.,<br><br>Defendants. | No. 5:20-CV-03778-MMC<br><br>**SUPPLEMENTAL DECLARATION OF MICHAEL A. JACOBS IN FURTHER SUPPORT OF THE F5 ENTITIES' MOTION FOR ATTORNEY'S FEES** |

I, Michael A. Jacobs, state and declare:

1.       I am a partner at Morrison & Foerster LLP, counsel of record for defendants F5 Inc., NGINX, Inc. (BVI), and NGINX Software, Inc. (together, the "F5 Entities") in this action.  I have personal knowledge of the facts stated in this declaration or have been informed of these facts by members of my team and based on review of the pleadings and correspondence from this litigation and the invoices paid by our client.  I would testify competently to the facts stated in this declaration if called as a witness.

2.       In further support of the F5 Entities' Motion for Attorney's Fees (ECF 173), we are submitting Morrison & Foerster's itemized billing invoices of fees incurred and paid by our client in defending against Lynwood's lawsuit from July 2020 through April 2022.  The invoices reflect the firm's contemporaneous time records for this period.  Copies of these invoices, partially redacted and annotated as described below, are attached as **Exhibit A through Exhibit T** and include the following months:  July 2020, August 2020, September 2020, October 2020, November 2020, December 2020, January 2021, February 2021, March 2021, May 2021, June 2021, July 2021, August 2021, September 2021, October 2021, November 2021, December 2021, January 2022, March 2022, and April 2022.

3.       As explained in my previous declaration (ECF 173-1), the rates charged to F5 are comparable to prevailing rates in the community for like-skilled professionals.  Morrison & Foerster also conducts thorough reviews of each invoice before sending it to the F5 Entities to confirm that each entry reflects time appropriately charged to the F5 Entities.

4.       For ease of reference, we have color coded the time records in the attached invoices to correspond to the categories of fees for which the F5 Entities seek an award.  The time entries highlighted in blue are for fees incurred directly in response to Lynwood's claim for direct copyright infringement.  The entries highlighted in green are for fees incurred in response to claims that were dismissed with prejudice and related to the claim for direct copyright infringement (the "Related Claims," as described in our underlying motion for fees (ECF 137 at 14, 18)).  The time records highlighted in yellow are for fees incurred on tasks that needed to be performed regardless of the specific case theory or claim for relief (described in our motion at pages 16-17).

SUPPLEMENTAL DECL. OF M. JACOBS ISO F5'S MOTION FOR ATTORNEY'S FEES
No. 5:20-CV-03778-MMC

1

5.      Regarding redactions, before submitting these invoices we asked Lynwood to stipulate that it would not argue our submission of detailed time entries constituted a waiver of attorney-client privilege or work product.  Lynwood declined.  Accordingly, we have redacted names of clients, third-party witnesses, and other limited sensitive information that in our judgment is needed to preserve privilege and protect attorney work product.  We have left unredacted the nature of the work and the time spent.

6.      As my previous declaration explained, my firm charged the F5 Entities a flat fee for our work on the first motion to dismiss and reply, a pro-rated portion of which we seek in fees (*see* ECF 137-1 at ¶ 31).  For these flat-fee invoices, and for invoices being submitted to establish the total fees incurred on this matter beyond those sought in the F5 Entities' fee request, we have attached the first page and last two pages of the relevant invoices.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed on January 17, 2023, in San Francisco, California.

 /s/  Michael A. Jacobs
Michael A. Jacobs

sf-5352802