| | |
|---|---|
| 1 | Douglas W. Dal Cielo (CA Bar No. 157109) |
| 2 | ddalcielo@bwslaw.com |
|   | Patricia L. Peden (CA Bar No. 206440) |
| 3 | ppeden@bwslaw.com |
|   | Brian M. Affrunti (CA Bar No. 227072) |
| 4 | baffrunti@bwslaw.com |

Douglas W. Dal Cielo (CA Bar No. 157109)
ddalcielo@bwslaw.com
Patricia L. Peden (CA Bar No. 206440)
ppeden@bwslaw.com
Brian M. Affrunti (CA Bar No. 227072)
baffrunti@bwslaw.com
**BURKE, WILLIAMS & SORENSEN, LLP**
60 South Market Street, Suite 1000
San Jose, CA  95113
Telephone: (408) 606-6300
Fax: (408) 606-6333

Alexander D. Pencu (*pro hac vice*)
adp@msf-law.com
Christopher J. Major (*pro hac vice*)
cjm@msf-law.com
Jeffrey P. Weingart (*pro hac vice*)
jpw@msf-law.com
**MEISTER SEELIG & FEIN PLLC**
125 Park Avenue, 7th Floor
New York, NY 10017
Telephone: (212) 655-3500
Fax: (646) 539-3649

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNWOOD INVESTMENTS CY LIMITED,<br><br>Plaintiff,<br><br>vs.<br><br>MAXIM KONOVALOV, *et al.*,<br><br>Defendants. | Case No. 3:20-CV-03778-LHK<br><br>**DECLARATION OF ALEXANDER D. PENCU IN SUPPORT OF PLAINTIFF'S SUPPLEMENTAL OPPOSITION TO DEFENDANTS MAXIM KONOVALOV, IGOR SYSOEV, ANDREY ALEXEEV, MAXIM DOUNIN, GLEB SMIRNOFF, AND ANGUS ROBERTSON'S MOTION FOR ATTORNEYS' FEES (ECF 174)**<br><br>The Honorable Maxine M. Chesney |

DECLARATION OF A. PENCU ISO PLAINTIFF'S SUPPLEMENTAL OPPOSITION TO DEFENDANTS MAXIM KONOVALOV, IGOR SYSOEV, ANDREY ALEXEEV, MAXIM DOUNIN, GLEB SMIRNOFF, AND ANGUS ROBERTSON'S MOTION FOR ATTORNEYS' FEES (ECF 174), Case No. 3:20-CV-03778-MMC

I, Alexander D. Pencu, declare under penalty of perjury as follows:

1. I am a partner of Meister Seelig & Fein PLLC, one of the attorneys for Plaintiff, Hemma Investments CY Limited f/k/a Lynwood Investments CY Limited ("Lynwood"), and I am admitted *Pro Hac Vice* in the above-captioned action. I am duly authorized and licensed to practice law before all courts in the State of New York and the State of Connecticut, the Southern and Eastern District Courts of New York, and the District of Connecticut. I submit this declaration in support of Lynwood's supplemental opposition to Defendants Maxim Konovalov, Igor Sysoev, Andrey Alexeev, Maxim Dounin, Gleb Smirnoff, and Angus Robertson's (together the "Individual Defendants") Motion for Attorneys' Fees (ECF 174) (the "Motion").

2. On December 20, 2022, the Court ordered Individual Defendants to submit contemporaneous time records, finding that "absent submission of contemporaneous time records, the Court is unable to determine the appropriate amount of attorneys' fees to be awarded." (ECF 184, pp. 14-15).

3. On January 17, 2023, Individual Defendants submitted their supplemental submission regarding amount of attorneys' fees (ECF 185) and Declaration of Bruce W. Baber (ECF 185-1) attaching Exhibits A to T, which Individual Defendants submit are chronological invoices that include all fees requested by Individual Defendants.

4. Upon receipt, Lynwood reviewed Individual Defendants' time records to respond to Individual Defendants' supplemental submission. Lynwood opposes Individual Defendants' fee motion in its entirety. In further support of its opposition Lynwood identified several categories of fees identified on Individual Defendants' time records that Lynwood contends are improper and should be excluded from any fee award. For the Court's convenience, Lynwood submits the following exhibits which contain relevant excerpts from Individual Defendants' chronological invoices.

5. Attached hereto as **Exhibit A** is an excerpted collection from Individual Defendants' time records containing all time entries entered by King & Spalding attorney Bruce W. Baber.

---

DECLARATION OF A. PENCU ISO PLAINTIFF'S SUPPLEMENTAL OPPOSITION TO DEFENDANTS MAXIM KONOVALOV, IGOR SYSOEV, ANDREY ALEXEEV, MAXIM DOUNIN, GLEB SMIRNOFF, AND ANGUS ROBERTSON'S MOTION FOR ATTORNEYS' FEES (ECF 174), Case No. 3:20-CV-03778-MMC

6. Attached hereto as **Exhibit B** is an excerpted collection from Individual Defendants' time records containing time entries that Lynwood is challenging as improper block-billed time entries.

7. Attached hereto as **Exhibit C** is an excerpted collection from Individual Defendants' time records containing time entries that Lynwood is challenging for improper redactions.

8. Attached hereto as **Exhibit D** is an excerpted collection from Individual Defendants' time records containing time entries that Lynwood is challenging as impermissibly vague.

9. Attached hereto as **Exhibit E** is an excerpted collection from Individual Defendants' time records containing all time entries entered by King & Spalding attorney Quyen L. Ta.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 7th day of February 2023 in Stamford, Connecticut.

    /s/ Alexander D. Pencu
ALEXANDER D. PENCU

DECLARATION OF A. PENCU ISO PLAINTIFF'S SUPPLEMENTAL OPPOSITION TO DEFENDANTS MAXIM KONOVALOV, IGOR SYSOEV, ANDREY ALEXEEV, MAXIM DOUNIN, GLEB SMIRNOFF, AND ANGUS ROBERTSON'S MOTION FOR ATTORNEYS' FEES (ECF 174), Case No. 3:20-CV-03778-MMC

3