Douglas W. Dal Cielo (CA Bar No. 157109)
ddalcielo@bwslaw.com
Patricia L. Peden (CA Bar No. 206440)
ppeden@bwslaw.com
Brian M. Affrunti (CA Bar No. 227072)
baffrunti@bwslaw.com
**BURKE, WILLIAMS & SORENSEN, LLP**
60 South Market Street, Suite 1000
San Jose, CA  95113
Telephone: (408) 606-6300
Fax: (408) 606-6333

Alexander D. Pencu (*pro hac vice*)
adp@msf-law.com
Christopher J. Major (*pro hac vice*)
cjm@msf-law.com
Jeffrey P. Weingart (*pro hac vice*)
jpw@msf-law.com
**MEISTER SEELIG & FEIN PLLC**
125 Park Avenue, 7th Floor
New York, NY 10017
Telephone: (212) 655-3500
Fax: (646) 539-3649

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNWOOD INVESTMENTS CY LIMITED,<br><br>Plaintiff,<br><br>vs.<br><br>MAXIM KONOVALOV, *et al.*,<br><br>Defendants. | Case No. 3:20-CV-03778-MMC<br><br>**CERTIFICATE OF SERVICE**<br><br>The Honorable Maxine M. Chesney |

1. I am over 18 years of age and not a party to the within action.

2. I am employed with the law firm of Meister Seelig & Fein PLLC, whose address is 125 Park Avenue, 7th Floor, New York, NY 10017.

3. On February 7, 2023, I caused to be served a true copy of **EXHIBITS A through E to the DECLARATION OF ALEXANDER D. PENCU IN SUPPORT OF PLAINTIFF'S SUPPLEMENTAL OPPOSITION TO DEFENDANTS MAXIM KONOVALOV, IGOR SYSOEV, ANDREY ALEXEEV, MAXIM DOUNIN, GLEB SMIRNOFF, AND ANGUS ROBERTSON'S MOTION FOR ATTORNEYS' FEES (ECF 174)**

☒ **BY ELECTRONIC MAIL**: I caused the document(s) to be sent to the person(s) at their e-mail address(es) listed below. I did not receive, within a reasonable amount of time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

Rea, Jason Jon C. JRea@mofo.com

Alexander D. Pencu adp@msf-law.com

Benedict Y. Hur bhur@willkie.com

Brian Affrunti baffrunti@bwslaw.com

Christopher J. Major cjm@msf-law.com

Douglas Dal Cielo ddalcielo@bwslaw.com

Kristine Forderer kforderer@cooley.com

Patrick Gunn pgunn@cooley.com

Bruce Baber bbaber@kslaw.com

Sam Diamant SDiamant@KSLAW.com

Matt Dawson MDawson@KSLAW.com

Shaina Butler SButler@KSLAW.com

Fox, Benjamin J. Bfox@mofo.com

Jacobs, Michael A. MJacobs@mofo.com

Spinelli, Cooper J. CSpinelli@mofo.com

1  Grant, Jessica JGrant@mofo.com

2  I declare under penalty of perjury that the foregoing is true and correct. Executed this 8th

3  day of February 2023 in New York, New York.

PAUL GUSAK