**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

<u>CIVIL MINUTES</u>

| **Date:** March 7, 2025 | **Time:** 10:31 – 12:18 = 1 hour 47 minutes | **Judge:** MAXINE M. CHESNEY |
|---|---|---|
| **Case No.:** 20-cv-03778-MMC | **Case Name:** Lynwood Investments CY Limited v. Maxim Konovalov et al | |

**Attorney for Plaintiff:** Alexander Pencu, Austin Kim, Jeffrey Weingart, Patricia Peden
**Attorney for Defendant (Individual Defendants):** Bruce Baber
**Attorney for Defendant (NGINX, F5 Defendants):** Benjamin Fox

**Deputy Clerk:** Tracy Geiger            **Zoom Recording**

**PROCEEDINGS**

**Further Case Management Conference – hearing held via Zoom.**

**REFERRALS:**

**(X)  Case previously referred to Private Mediation.  If first phase dispositive motion is denied, the parties are to again engage in Private Mediation.**

**PRETRIAL SCHEDULE:**

**Deadline to File Second Amended Complaint: April 7, 2025**

**Deadline to File Response to Second Amended Complaint: May 19, 2025**

<u>**Initial Phase Deadlines (Limited to whether any NGINX Plus code was written by defendant Sysoev or other former Rambler employees during their employment by Rambler before the end of 2011):**</u>

**Initial Phase of Fact Discovery Begins: May 19, 2025**

**Initial Phase of Fact Discovery Ends: March 19, 2026**

**Initial Phase Dispositive Motion filing deadline: April 20, 2026**

**Initial Phase Dispositive Motion hearing: May 29, 2026 at 9:00 a.m.**

**Further Status Conference Statement: February 5, 2027**

**Further Status Conference: February 12, 2027 at 10:30 a.m.**

**<u>Deadlines for any remaining issues:</u>**

**Completion of All Fact Discovery: January 15, 2027**

**Expert Disclosure: February 26, 2027**

**Expert Rebuttal: March 19, 2027**

**Expert Discovery cutoff: May 19, 2027**

**Dispositive Motion to be filed by: June 18, 2027**

**Dispositive Motion Hearing: July 23, 2027 at 9:00 a.m.**

**Final Pretrial Conference: October 19, 2027 at 10:00 a.m.**

**Trial: November 1, 2027 a**t **9:00 a.m.,  by (X) Jury  ( ) Court**

**Order to be prepared by:**
( )     Plaintiff             ( )     Defendant             (X)     Court

**Notes:**