Douglas W. Dal Cielo (CA Bar No. 157109)
ddalcielo@bwslaw.com
Brian M. Affrunti (CA Bar No. 227072)
baffrunti@bwslaw.com
**BURKE, WILLIAMS & SORENSEN, LLP**
60 South Market Street, Suite 1000
San Jose, CA 95113
Telephone: (408) 606-6300
Fax: (408) 606-6333

Patricia L. Peden (CA Bar No. 206440)
ppeden@bwslaw.com
**BURKE, WILLIAMS & SORENSEN, LLP**
1901 Harrison Street, Suite 900
Oakland, CA 94612-3501
Telephone: (510) 273-8780
Fax: (510) 839-9104

Alexander D. Pencu (*pro hac vice*)
adp@msf-law.com
Christopher J. Major (*pro hac vice*)
cjm@msf-law.com
Jeffrey P. Weingart (*pro hac vice*)
jpw@msf-law.com
**MEISTER SEELIG & FEIN PLLC**
125 Park Avenue, 7th Floor
New York, NY 10017
Telephone: (212) 655-3500
Fax: (646) 539-3649

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNWOOD INVESTMENTS CY LIMITED,<br><br>Plaintiff,<br><br>vs.<br><br>MAXIM KONOVALOV, IGOR SYSOEV, ANDREY ALEXEEV, MAXIM DOUNIN, GLEB SMIRNOFF, ANGUS ROBERTSON, NGINX, INC. (BVI), NGINX SOFTWARE, INC., NGINX, INC. (DE), BV NGINX, LLC, RUNA CAPITAL, Inc., EVENTURE CAPITAL PARTNERS II, LLC and F5 NETWORKS, INC.,<br><br>Defendants. | Case No. 3:20-CV-03778<br><br>**PLAINTIFF'S SECOND AMENDED CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>**[FRCP RULE 7.1 and CIVIL L.R. 3-15]** |

Pursuant to Federal Rules of Civil Procedure Rule 7.1 and Civil L.R. 3-15, Plaintiff HF Investments CY Limited f/k/a Lynwood Investments CY Limited ("Plaintiff" or "Lynwood") makes the following certification:

1    Pursuant to Federal Rules of Civil Procedure Rule 7.1, no publicly held corporation owns 10% of more of Lynwood's stock.  Lynwood is 100% owned by Alpha Global (PTC) Limited, a company organized and existing in accordance with the laws of the British Virgin Islands.

Further, Pursuant to Civil L.R. 3-15, the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: Rambler Internet Holding LLC, a company organized and existing in accordance with the law of the Russian Federation, has a financial interest in the subject matter in controversy.

Dated:   April 7, 2025                             BURKE, WILLIAMS & SORENSEN, LLP

By:  /s/  Brian M. Affrunti
Douglas W. Dal Cielo
Brian M. Affrunti

*Attorneys for Plaintiff*