Patricia L. Peden (State Bar No. 206440)
WARREN KASH WARREN LLP
20-3778@cases.warrenlex.com
patricia@warrenkashwarren.com
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile

*Attorneys for Plaintiff Lynwood Investments CY Limited*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LYNWOOD INVESTMENTS CY LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>MAXIM KONOVALOV, IGOR SYSOEV, ANDREY ALEXEEV, MAXIM DOUNIN, GLEB SMIRNOFF, ANGUS ROBERTSON, NGINX, INC. (BVI), NGINX SOFTWARE, INC., NGINX, INC. (DE), BV NGINX, LLC, RUNA CAPITAL, INC., EVENTURE CAPITAL PARTNERS II LLC, and F5 NETWORKS, INC.,<br><br>Defendant. | Case No. 3:20-cv-03778-MMC<br><br>**STIPULATION AND ORDER SUBSTITUTING ATTORNEYS** |

Notice is hereby given that, subject to the approval by the Court, Plaintiff Lynwood Investments CY Limited, hereby substitutes Warren Kash Warren LLP, by and through its attorney, Patricia L. Peden, as counsel of record in place of the law firm Burke, Williams & Sorensen, LLP and its attorneys Douglas W. Dal Cielo and Brian M. Affrunti.

Date: July 15, 2025

| Consent of Outgoing Attorneys: | Consent of Incoming Attorney: |
|---|---|
| **BURKE, WILLIAMS & SORENSEN, LLP** | **WARREN KASH WARREN LLP** |

Douglas W. Dal Cielo (State Bar No. 157109)
Brian M. Affrunti (State Bar No. 227072)
ddalcielo@bwslaw.com
baffrunti@bwslaw.com
BURKE WILLIAMS & SORENSEN, LLP
60 South Market Street, Suite 1000
San Jose, California, 95113
+1 (408) 606-6333
+1 (408) 606-6333 facsimile

Patricia L. Peden (State Bar No. 206440)
patricia@warrenkashwarren.com
WARREN KASH WARREN LLP
20-3778@cases.warrenlex.com
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile

Dated: July 15, 2025

*Consent of Plaintiff Lynwood Investments CY Limited*

_____,

on behalf of Lynwood Investments CY Limited

Dated: July 15, 2025

**IT IS SO ORDERED.**

_____
Hon. Maxine M. Chesney
Senior District Judge