Sonal N. Mehta (SBN 222086)
sonal.mehta@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Joseph Taylor Gooch (SBN 294282)
taylor.gooch@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
50 California Street, Suite 3600
San Francisco, CA 94111
Telephone: (628) 235-1002
Facsimile: (628) 235-1001

*Attorneys for Non-Party
Netflix, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA,**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| LYNWOOD INVESTMENTS CY LIMITED,<br>  Plaintiff,<br>v.<br>MAXIM KONOVALOV, IGOR SYSOEV, ANDREY ALEXEEV, MAXIM DOUNIN, GLEB SMIRNOFF, ANGUS ROBERTSON, NGINX, INC. (BVI), NGINX SOFTWARE, INC., NGINX, INC. (DE), BV NGINX, LLC, RUNA CAPITAL, Inc., EVENTURE CAPITAL PARTNERS II, LLC and F5 NETWORKS, INC.,<br>  Defendants. | Case No. 3:20-cv-03778-MMC (KAW)<br><br>**JOINT STIPULATION EXTENDING TIME TO OPPOSE LYNWOOD'S MOTION TO COMPEL AND FOR LYNWOOD TO REPLY TO NETFLIX'S OPPOSITION PURSUANT TO CIVIL L.R. 6-1(b)**<br><br>Judge: Hon. Kandis A. Westmore<br>Date:  October 16, 2025<br>Time: 1:30 P.M. |

|   |   |
|---|---|
| 1 | Pursuant to Civil Local Rule 6-1(b), Plaintiff Lynwood Investments CY Limited ("Lynwood") and Non-Party Netflix, Inc. ("Netflix") by and through their undersigned counsel, hereby agree and stipulate to the following: |

Pursuant to Civil Local Rule 6-1(b), Plaintiff Lynwood Investments CY Limited ("Lynwood") and Non-Party Netflix, Inc. ("Netflix") by and through their undersigned counsel, hereby agree and stipulate to the following:

WHEREAS, On June 10, 2025 Lynwood served a Subpoena for the Production of Documents (the "Subpoena") on Netflix;

WHEREAS, On August 29, 2025 Lynwood filed a motion to compel Netflix to produce information pursuant to the Subpoena (ECF No. 228);

WHEREAS, Per Civil Local Rule 7-3(a), Netflix's deadline to file an opposition to Lynwood's motion to compel is September 12, 2025, and Per Civil Local Rule 7-3(c) Lynwood's deadline to file a reply to Netflix's opposition is September 19, 2025;

WHEREAS, On August 29, 2025 the Court referred Lynwood's motion to a Magistrate Judge (ECF No. 231);

WHEREAS, on September 4, 2025 Lynwood's motion to compel was assigned to the Honorable Kandis A. Westmore;

WHEREAS, on September 4 Judge Westmore set the hearing on Lynwood's motion to compel for October 16, 2025 and ordered that the "briefing schedule remains in effect" (ECF No. 232);

WHEREAS, counsel for Netflix is traveling internationally during the week of September 8, and has multiple depositions and hearings scheduled during that time;

WHEREAS, counsel for Lynwood and counsel for Netflix have agreed to a mutual one-week extension of the briefing schedule for the opposition and reply to Lynwood's motion to compel, such that Netflix's opposition would be due September 19, 2025 and Lynwood's reply would be due on September 26, 2025;

WHEREAS, this extension will not require the court to alter its scheduled October 16, 2025 hearing date for Lynwood's motion to compel, or any other deadline already fixed by Court order;

WHEREAS, this is the first extension sought by Lynwood and Netflix;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for Lynwood and Netflix, that the deadline for Netflix's opposition to Lynwood's motion to compel is extended to September 19, 2025 and the deadline for Lynwood's reply to Netflix's opposition is extended to September 26, 2025.

Dated: September 10, 2025

Respectfully submitted,

*/s/ Taylor Gooch*

Joseph Taylor Gooch (SBN 294282)
taylor.gooch@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
50 California Street, Suite 3600
San Francisco, CA 94111
Telephone: (628) 235-1002
Facsimile: (628) 235-1001

Sonal N. Mehta (SBN 222086)
sonal.mehta@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

*Attorneys for Non-Party Netflix, Inc.*

Dated: September 10, 2025

*/s/ Christopher J. Major*

Alexander D. Pencu (*pro hac vice*)
adp@msf-law.com
Christopher J. Major (*pro hac vice*)
cjm@msf-law.com
Jeffrey P. Weigart (*pro hac vice*)

| | |
|---|---|
| 1 | jpw@msf-law.com |
| 2 | MEISTER SEELING & FEIN PLLC |
|   | 125 Park Avenue, 7th Floor |
| 3 | New York, NY 10017 |
|   | Telephone: (212) 655-3500 |
| 4 | Facsimile: (646) 539-3649 |

Patricia L. Peden (SBN 206440)
patricia@warrenkashwarren.com
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, CA 94114
Telephone: (415) 895-2940
Facsimile: (415) 895-2964

*Attorneys for Plaintiff*
*Lynwood Investments CY Limited*

**IT IS SO ORDERED.**

Dated: _____

_____
Hon. Kandis A. Westmore
United States Magistrate Judge

**FILER'S ATTESTATION**

I, Taylor Gooch, am the ECF user whose identification and password are being used to file the parties Stipulation Extending Time To Oppose Lynwood's Motion to Compel and For Lynwood to Reply to Netflix's Opposition.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that all signatories hereto concur in this filing.

/s/ Taylor Gooch
Joseph Taylor Gooch