SHANE BRUN (SBN #179079)
sbrun@kslaw.com
KING & SPALDING LLP
50 California Street, Suite 3300
San Francisco, CA 94111
Telephone: (415) 318-1200
Facsimile: (415) 318-1300

BRUCE W. BABER (*Admitted Pro Hac Vice*)
bbaber@kslaw.com
ELLEN Y. MIN (*Admitted Pro Hac Vice*)
emin@kslaw.com
KING & SPALDING LLP
1180 Peachtree Street, N.E.
Atlanta, GA 30303-1763
Telephone: (404) 572-4600
Facsimile: (404) 572-5100

*Attorneys for Defendants*
Maxim Konovalov, Igor Sysoev,
Andrey Alexeev, Maxim Dounin,
Gleb Smirnoff, and Angus Robertson

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNWOOD INVESTMENTS CY LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>MAXIM KONOVALOV, IGOR SYSOEV, ANDREY ALEXEEV, MAXIM DOUNIN, GLEB SMIRNOFF, ANGUS ROBERTSON, NGINX, INC. (BVI), NGINX SOFTWARE, INC., NGINX, INC. (DE), BV NGINX, LLC, RUNA CAPITAL, INC., EVENTURE CAPITAL PARTNERS II LLC and F5 NETWORKS, INC.,<br><br>Defendants. | Case No. 3:20-cv-03778- MMC<br><br>**STATEMENT OF DEFENDANTS MAXIM KONOVALOV, IGOR SYSOEV, ANDREY ALEXEEV, MAXIM DOUNIN, GLEB SMIRNOFF, AND ANGUS ROBERTSON REGARDING PLAINTIFF'S MOTION TO COMPEL (ECF NO. 228)**<br><br>SECOND AMENDED COMPLAINT FILED: April 7, 2025 |

Maxim Konovalov, Igor Sysoev, Andrey Alexeev, Maxim Dounin, Gleb Smirnoff, and Angus Robertson, named as defendants in the above-captioned matter (collectively, the "Individual Defendants"), by and through their undersigned counsel, file this statement regarding "Plaintiff's Motion To Compel Netflix, Inc. To Comply With Plaintiff's Subpoena," filed by plaintiff Lynwood Investments CY Limited on August 29, 2025 (ECF No. 228) ("Lynwood's Motion to Compel").

STATEMENT OF THE INDIVIDUAL DEFENDANTS

Counsel for the Individual Defendants have reviewed Lynwood's Motion to Compel and the papers filed by Lynwood in support thereof, including Lynwood's thirteen-page proposed Order (ECF No. 228-1), which requests, inter alia, that the Court make rulings regarding the meaning of orders entered by Judge Chesney, including rulings regarding what Judge Chesney "intended." The Individual Defendants believe that Lynwood's Motion to Compel and the papers in support thereof do not accurately reflect the state of discovery in this matter or past proceedings in this action.

The Individual Defendants have not participated in any discussions between Lynwood's counsel and counsel for Netflix, Inc. ("Netflix") regarding Lynwood's subpoena to Netflix. The Individual Defendants take no position on the specific issues raised in Lynwood's Motion to Compel.

The Individual Defendants do believe, however, that it is important for the Magistrate Judge to have an accurate understanding of the history and status of this matter, to the extent those subjects are relevant to the issues raised in Lynwood's Motion to Compel or are discussed at the hearing on Lynwood's Motion to Compel scheduled for October 16, 2025. Counsel for the Individual Defendants therefore plan to appear before the Court for the hearing on Lynwood's Motion on October 16, 2025, to be available to participate as needed to ensure that the Court has accurate facts regarding the state of discovery in this matter, past proceedings in this action, and the status of current activities in this action.

| | |
|---|---|
| Dated: September 19, 2025 | Respectfully submitted, |
| | KING & SPALDING LLP |
| | By: /s/ *Bruce W. Baber* |
| | SHANE BRUN (SBN #179079)<br>sbrun@kslaw.com<br>KING & SPALDING LLP<br>50 California Street, Suite 3300<br>San Francisco, CA 94111<br>Telephone: (415) 318-1200<br>Facsimile: (415) 318-1300 |
| | BRUCE W. BABER (*Admitted Pro Hac Vice*)<br>bbaber@kslaw.com<br>ELLEN Y. MIN (*Admitted Pro Hac Vice*)<br>emin@kslaw.com<br>KING & SPALDING LLP<br>1180 Peachtree Street, N.E.<br>Atlanta, GA 30303-1763<br>Telephone: (404) 572-4600<br>Facsimile: (404) 572-5100 |
| | *Attorneys for Individual Defendants*<br>Maxim Konovalov, Igor Sysoev,<br>Andrey Alexeev, Maxim Dounin,<br>Gleb Smirnoff, and Angus Robertson |