1  Sonal N. Mehta (SBN 222086)
   sonal.mehta@wilmerhale.com
2  WILMER CUTLER PICKERING
     HALE AND DORR LLP
3  2600 El Camino Real, Suite 400
   Palo Alto, CA 94306
4  Telephone: (650) 858-6000
   Facsimile: (650) 858-6100
5

6  Joseph Taylor Gooch (SBN 294282)
   taylor.gooch@wilmerhale.com
7  WILMER CUTLER PICKERING
     HALE AND DORR LLP
8  50 California Street, Suite 3600
   San Francisco, CA 94111
9  Telephone: (628) 235-1002
   Facsimile: (628) 235-1001
10

11 *Attorneys for Non-Party*
   *Netflix, Inc.*
12

13

14

15            IN THE UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF CALIFORNIA
16                  SAN FRANCISCO DIVISION

17 LYNWOOD INVESTMENTS CY LIMITED,        Case No. 3:20-cv-03778-MMC (KAW)
18                  Plaintiff,
        v.
19                                         **DECLARATION OF ED BUKOSKI
   MAXIM KONOVALOV, IGOR SYSOEV,          IN SUPPORT OF NETFLIX, INC.'S
20 ANDREY ALEXEEV, MAXIM DOUNIN, GLEB     ADMINISTRATIVE MOTION TO
   SMIRNOFF, ANGUS ROBERTSON, NGINX,      SEAL**
21 INC. (BVI), NGINX SOFTWARE, INC., NGINX,
   INC. (DE), BV NGINX, LLC, RUNA CAPITAL,
22 Inc., EVENTURE CAPITAL PARTNERS II, LLC
   and F5 NETWORKS, INC.,
23                  Defendants.

24

25

26

27

28

I, Ed Bukoski, do hereby declare as follows:

1. I am a Senior Software Engineer on the Engineering Tools team at Netflix, Inc. ("Netflix"). Among other responsibilities, I provide operations support for a wide array of developer tools, including source code management and artifact management.

2. I make this Declaration in support of non-party Netflix, Inc.'s Administrative Motion to Seal in the above-captioned matter.

3. My declaration in support of Netflix's opposition to Plaintiff's motion to compel (the "MTC Declaration") contains Netflix's confidential information regarding its proprietary technology and trade secrets. The MTC Declaration describes Netflix's storage of archived software, the manner in which the archived software is stored, and the process by which to extract and review Netflix's archived software. Examples of such confidential and proprietary information include the various data sets that contain the archived software.

4. This information is not publicly disclosed or publicly available and has been maintained by Netflix as confidential and secret and not disclosed during Netflix's ordinary course of business.

5. If this information was filed on the public docket, Netflix would suffer a clearly defined, substantial, specific harm, including harm from competitors and bad actors. Competitors could use this information to gain an advantage over Netflix with regard to how Netflix stores and archives its technology along with extraction methods.

6. In addition, the MTC Declaration details certain security weaknesses inherent in technologies discussed with that document. Malicious third parties could use that information to gain access to Netflix's data or other information. That could put both Netflix's trade secrets as well as the data of Netflix's users, at risk.

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED this 19th day of September, 2025 in Los Gatos, California.

By: _____/s/ Ed Bukoski_____
Ed Bukoski