1  Sonal N. Mehta (SBN 222086)
   sonal.mehta@wilmerhale.com
2  WILMER CUTLER PICKERING
     HALE AND DORR LLP
3  2600 El Camino Real, Suite 400
   Palo Alto, CA 94306
4  Telephone: (650) 858-6000
   Facsimile: (650) 858-6100
5
6  Joseph Taylor Gooch (SBN 294282)
   taylor.gooch@wilmerhale.com
7  WILMER CUTLER PICKERING
     HALE AND DORR LLP
8  50 California Street, Suite 3600
   San Francisco, CA 94111
9  Telephone: (628) 235-1002
   Facsimile: (628) 235-1001
10
11 *Attorneys for Non-Party*
   *Netflix, Inc.*
12
13              UNITED STATES DISTRICT COURT
14             NORTHERN DISTRICT OF CALIFORNIA,
                  SAN FRANCISCO DIVISION
15

| | |
|---|---|
| 16  LYNWOOD INVESTMENTS CY LIMITED,<br>                              Plaintiff, | Case No. 3:20-cv-03778-MMC (KAW) |
| 17           v. | **[PROPOSED] ORDER GRANTING** |
| 18  MAXIM KONOVALOV, IGOR SYSOEV, | **ADMINISTRATIVE MOTION TO** |
|     ANDREY ALEXEEV, MAXIM DOUNIN, GLEB | **SEAL** |
| 19  SMIRNOFF, ANGUS ROBERTSON, NGINX, | |
|     INC. (BVI), NGINX SOFTWARE, INC., NGINX, | |
| 20  INC. (DE), BV NGINX, LLC, RUNA CAPITAL, | |
|     Inc., EVENTURE CAPITAL PARTNERS II, LLC | |
| 21  and F5 NETWORKS, INC., | |
| 22                              Defendants. | |

23
24
25
26
27
28

This matter comes before the Court pursuant to non-party Netflix, Inc.'s ("Netflix") Administrative Motion to Seal Non-Party Netflix, Inc.'s Opposition to Plaintiff's Motion to Compel and the Declaration of Ed Bukoski In Support of the Opposition.  Having considered the motion, the papers submitted in support thereof, and finding good cause therefore, the Court **GRANTS** Netflix's motion and seals the following materials:

| Document | Portion to Seal |
|---|---|
| Non-Party Netflix, Inc.'s Opposition to Plaintiff's Motion to Compel | Highlighted portions on page 8. |
| Declaration of Ed Bukoski In Support of Non-Party Netflix, Inc.'s Opposition to Plaintiff's Motion to Compel | ¶¶ 3-8. |

**IT IS SO ORDERED.**

Dated: _____

_____
Hon. Kandis Westmore
U.S. Magistrate Judge