Sonal N. Mehta (SBN 222086)
sonal.mehta@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Joseph Taylor Gooch (SBN 294282)
taylor.gooch@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
50 California Street, Suite 3600
San Francisco, CA 94111
Telephone: (628) 235-1002
Facsimile: (628) 235-1001

*Attorneys for Non-Party*
*Netflix, Inc.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| LYNWOOD INVESTMENTS CY LIMITED,<br>        Plaintiff,<br>   v.<br><br>MAXIM KONOVALOV, IGOR SYSOEV, ANDREY ALEXEEV, MAXIM DOUNIN, GLEB SMIRNOFF, ANGUS ROBERTSON, NGINX, INC. (BVI), NGINX SOFTWARE, INC., NGINX, INC. (DE), BV NGINX, LLC, RUNA CAPITAL, Inc., EVENTURE CAPITAL PARTNERS II, LLC and F5 NETWORKS, INC.,<br>        Defendants. | Case No. 3:20-cv-03778-MMC (KAW)<br><br>**[PUBLIC VERSION] DECLARATION OF ED BUKOSKI IN SUPPORT OF NON-PARTY NETFLIX, INC.'S OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL** |

I, Ed Bukoski, do hereby declare as follows:

1. I am a Senior Software Engineer on the Engineering Tools team at Netflix, Inc. ("Netflix"). Among other responsibilities, I provide operations support for a wide array of developer tools, including source code management and artifact management. I make this Declaration in support of non-party Netflix, Inc.'s Opposition to Plaintiff's Motion to Compel Netflix, Inc. to Comply with Plaintiff's Subpoena filed in the above-captioned matter.

2. The facts set forth in this Declaration are true according to my own knowledge except to the extent that they are based on my information and/or belief, in which case I have been expressly informed of the facts by other Netflix employees. If sworn as a witness to testify in this matter, I could and would competently testify to the facts set forth herein.

3. ██████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

4. ██████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

5. ██████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

6. ██████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

1. ████████████████████████████████████████
2. ████████████████████████████████████████
3. ████████████████████████████████████████
4. ████████████████████████████████████████
5. ████████████████████████████████████████
6. ████████████████████████████████████████
7. ██████████

8.    7.   ████████████████████████████████
9. ████████████████████████████████████████
10. ████████████████████████████████████████
11. ████████████████████████████████████████
12. ████████████████████████████

13.    8.   ████████████████████████████████
14. ████████████████████████████████████████
15. ████████████████████████████████████████
16. ████████████████████████████████████████
17. ████████████████████████████████████████
18. ████████████████████████████████████████
19. ████████████████████████████████████████
20. ████████████████████████████████████████
21. ████████████████████████████████████████
22. ████████████████████████████████████████
23. ████████████████████████████████████████
24. ████████████████████████████████████████
25. ████████████████████████████████████████
26. ████████████████████████████████

27.    9.   Conducting the process outlined above would require not only a great deal of

technical skill, but also specialized knowledge of Netflix's prior source code that only a small handful of Netflix employees would likely have.

10. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED this 19th day of September, 2025 in Los Gatos, California.

By: _____
Ed Bukoski