Sonal N. Mehta (SBN 222086)
sonal.mehta@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Joseph Taylor Gooch (SBN 294282)
taylor.gooch@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
50 California Street, Suite 3600
San Francisco, CA 94111
Telephone: (628) 235-1002
Facsimile: (628) 235-1001

*Attorneys for Non-Party
Netflix, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA,**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| LYNWOOD INVESTMENTS CY LIMITED,<br>              Plaintiff,<br>    v.<br>MAXIM KONOVALOV, IGOR SYSOEV, ANDREY ALEXEEV, MAXIM DOUNIN, GLEB SMIRNOFF, ANGUS ROBERTSON, NGINX, INC. (BVI), NGINX SOFTWARE, INC., NGINX, INC. (DE), BV NGINX, LLC, RUNA CAPITAL, Inc., EVENTURE CAPITAL PARTNERS II, LLC and F5 NETWORKS, INC.,<br>              Defendants. | Case No. 3:20-cv-03778-MMC (KAW)<br><br>**[PROPOSED ORDER] REGARDING PLAINTIFF'S MOTION TO COMPEL** |

Plaintiff Lynwood Investments CY, Limited ("Lynwood")'s motion to compel non-party Netflix's, Inc. ("Netflix") to produce documents and information pursuant to Lynwood's June 10, 2025 subpoena came before this Court on October 16, 2025.

Having considered Lynwood's Motion, Netflix's Opposition, Lynwood's Reply and oral argument presented to this Court in support of Lynwood's and Netflix's respective positions on the Motion to Compel on October 16, 2025:

**IT IS ORDERED** that Lynwood's Motion to Compel is **DENIED, WITHOUT PREJUDICE**. Netflix and Lynwood are **FURTHER ORDERED** to meet and confer regarding Lynwood's attempts to collect responsive documents from the Parties, only once Lynwood has ascertained what documents it can, with diligence, reasonably expect to receive from Defendants, and has determined what additional information it believes it can only collect from Netflix.

**SO ORDERED.**

Dated: _____

_____
Hon. Kandis Westmore
U.S. Magistrate Judge

[*IN THE ALTERNATIVE*]

**IT IS ORDERED** that Lynwood's Motion to Compel is **GRANTED-IN-PART** and **DENIED-IN PART, WITHOUT PREJUDICE**. Netflix is **ORDERED** to produce relevant, non-privileged email communications in its custody and control between Netflix on one hand and Maxim Konovalov, Igor Sysoev, Andrey Alexeev, Maxim Dounin, Gleb Smirnoff, or Agnus Robertson on the other, between January 1, 2008 and December 31, 2011. Netflix and Lynwood are **FURTHER ORDERED** to meet and confer regarding Lynwood's attempts to collect

responsive documents from the Parties, only once Lynwood has ascertained what documents it can, with diligence, reasonably expect to receive from Defendants, and has determined what additional information it believes it can only collect from Netflix.

**SO ORDERED.**

Dated: _____

_____
Hon. Kandis Westmore
U.S. Magistrate Judge