1  Sonal N. Mehta (SBN 222086)
   sonal.mehta@wilmerhale.com
2  WILMER CUTLER PICKERING
      HALE AND DORR LLP
3  2600 El Camino Real, Suite 400
4  Palo Alto, CA 94306
   Telephone: (650) 858-6000
5  Facsimile: (650) 858-6100

6  Joseph Taylor Gooch (SBN 294282)
   taylor.gooch@wilmerhale.com
7  WILMER CUTLER PICKERING
      HALE AND DORR LLP
8  50 California Street, Suite 3600
9  San Francisco, CA 94111
   Telephone: (628) 235-1002
10 Facsimile: (628) 235-1001

11
   *Attorneys for Non-Party*
12 *Netflix, Inc.*

13            UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF CALIFORNIA,
14                SAN FRANCISCO DIVISION

15

| 16 | LYNWOOD INVESTMENTS CY LIMITED, | Case No. 3:20-cv-03778-MMC (KAW) |
|---|---|---|
| 17 | Plaintiff, | |
|  | v. | **ORDER GRANTING ADMINISTRATIVE MOTION TO SEAL** |
| 18 | MAXIM KONOVALOV, IGOR SYSOEV, ANDREY ALEXEEV, MAXIM DOUNIN, GLEB SMIRNOFF, ANGUS ROBERTSON, NGINX, INC. (BVI), NGINX SOFTWARE, INC., NGINX, INC. (DE), BV NGINX, LLC, RUNA CAPITAL, Inc., EVENTURE CAPITAL PARTNERS II, LLC and F5 NETWORKS, INC., | |
| 22 | Defendants. | |

This matter comes before the Court pursuant to non-party Netflix, Inc.'s ("Netflix") Administrative Motion to Seal Non-Party Netflix, Inc.'s Opposition to Plaintiff's Motion to Compel and the Declaration of Ed Bukoski In Support of the Opposition. Having considered the motion, the papers submitted in support thereof, and finding good cause therefore, the Court **GRANTS** Netflix's motion and seals the following materials:

| Document | Portion to Seal |
|---|---|
| Non-Party Netflix, Inc.'s Opposition to Plaintiff's Motion to Compel | Highlighted portions on page 8. |
| Declaration of Ed Bukoski In Support of Non-Party Netflix, Inc.'s Opposition to Plaintiff's Motion to Compel | ¶¶ 3-8. |

**IT IS SO ORDERED.**

Dated:  September 22, 2025

_____
Hon. Kandis Westmore
U.S. Magistrate Judge