UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CIVIL LAW AND MOTION MINUTES**

| **Date:** October 16, 2025 | **Time:** 1:36 PM - 2:36 PM | **Judge:** KANDIS A. WESTMORE |
|---|---|---|
| **Case No.**: 20-cv-03778-MMC | **Case Name:** Lynwood Investments CY Limited v. Konovalov | |

**For Plaintiff(s):** Christopher Major, Patricia Peden
**For Individual Defendants:** David Brun, Bruce Baber
**For F5 Defendants:** Eric Pai
**Non-Party Netflix**: Sonal N. Mehta

| **Deputy Clerk:** Cindy C. Fan | **Recorded via Liberty Recorder (Last 10 minutes also recorded using Zoom):** 1 hour |

**PROCEEDINGS**

Motion to Compel, Dkt. 228, hearing held.
Parties to meet and confer on the remaining issues as discussed on the record.
Matter taken under submission. Court to issue an order.