1 | Patricia L. Peden (State Bar No. 206440)
2 | DeMarcus B. T. Williams (State Bar No. 329756)
  | WARREN LLP
3 | 2261 Market Street, No. 606
  | San Francisco, California, 94114
4 | +1 (415) 895-2940
5 | +1 (415) 895-2964 facsimile
  | 20-3778@cases.warrenllp.com

6 | *Counsel for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LYNWOOD INVESTMENTS CY LIMITED, | Case No. 3:20-cv-03778-MMC |
| Plaintiff, | **NOTICE OF CHANGE TO ATTORNEY CONTACT INFORMATION** |
| v. | |
| MAXIM KONOVALOV, IGOR SYSOEV, ANDREY ALEXEEV, MAXIM DOUNIN, GLEB SMIRNOFF, ANGUS ROBERTSON, NGINX, INC. (BVI), NGINX SOFTWARE, INC., NGINX, INC. (DE), BV NGINX, LLC, RUNA CAPITAL, INC., EVENTURE CAPITAL PARTNERS II LLC and F5 NETWORKS, INC., | |
| Defendants. | |

Under Local Rule 3-11(a), Plaintiff Lynwood Investments CY Limited hereby provide notice that the firm name for its counsel has changed to Warren LLP. Counsel's mailing address is the same:

Patricia L. Peden (State Bar No. 206440)
DeMarcus B. T. Williams (State Bar No. 329756)
WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114

Counsel's email address for this matter is now 20-3778@cases.warrenllp.com.

| | |
|---|---|
| Date:  January 28, 2026 | Respectfully submitted, |
| | */s/ DeMarcus B. T. Williams*  ___ |
| | Patricia L. Peden (State Bar No. 206440) |
| | DeMarcus B. T. Williams (State Bar No. 329756) |
| | WARREN LLP |
| | 2261 Market Street, No. 606 |
| | San Francisco, California, 94114 |
| | +1 (415) 895-2940 |
| | +1 (415) 895-2964 facsimile |
| | 25-5118@cases.warrenllp.com |
| | |
| | *Counsel for Plaintiff* |