Alexander D. Pencu (*pro hac vice*)
adp@msf-law.com
Christopher J. Major (*pro hac vice*)
cjm@msf-law.com
Jeffrey P. Weingart (*pro hac vice*)
jpw@msf-law.com
**MEISTER SEELIG & FEIN PLLC**
125 Park Avenue, 7th Floor
New York, NY 10017
Telephone: (212) 655-3500
Fax: (646) 539-3649

Patricia L. Peden (CA Bar No. 206440)
DeMarcus B. T. Williams (State Bar No. 329756)
**WARREN LLP**
2261 Market Street No. 606
San Francisco, CA 94114
Telephone: (415) 895-2940
Fax: (415) 895-2964
20-3778@cases.warrenllp.com

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| LYNWOOD INVESTMENTS CY LIMITED,<br><br>Plaintiff,<br><br>vs.<br><br>MAXIM KONOVALOV, IGOR SYSOEV, ANDREY ALEXEEV, MAXIM DOUNIN, GLEB SMIRNOFF, ANGUS ROBERTSON, NGINX, INC. (BVI), NGINX SOFTWARE, INC., NGINX, INC. (DE), BV NGINX, LLC, RUNA CAPITAL, Inc., EVENTURE CAPITAL PARTNERS II, LLC and F5 NETWORKS, INC.,<br><br>Defendants. | Case No. 3:20-CV-03778-MMC (KAW)<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

1   Plaintiff HF Investments CY Limited f/k/a Lynwood Investments CY Limited ("Plaintiff" or "Lynwood"), pursuant to Local Rule 79-5(f), submits this Administrative Motion to consider whether two documents produced in this action with a "Confidential" designation under the protective order entered by the Court on December 19, 2025 [ECF No. 262] should be sealed. The documents that are the subject of this motion are Exhibits to the Declaration of Alexander D. Pencu in support of Plaintiff's Unopposed Motion for Issuance of a Letter of Request Seeking Judicial Assistance in Compelling the Production of Documents and Testimony from Jet-Stream B.V. and Stef van der Ziel ("Pencu Declaration"), filed concurrently herewith:

- An NGINX, Inc. board presentation dated September 2011 produced by non-party Runa Capital, Inc. with Bates numbers LYNWOOD-RUNA-00005062-5080, which is Exhibit 5 to the Pencu Declaration; and
- Interview notes produced by non-party Greycroft LP with Bates numbers GREYCROFT 001097-1098, which is Exhibit 4 to the Pencu Declaration.

The Protective Order prohibits Plaintiff from filing documents that have been designated Confidential by the producing party in the public record absent written permission from the designating party or a court order, neither of which have been obtained here. *See* ECF No. 262, ¶13.4.

Accordingly, pursuant to Local Rule 79-5(f), Lynwood requests that the Court consider whether the two documents listed above should be filed under seal.

# CONCLUSION

For the reasons stated above, Lynwood respectfully requests that the Court consider whether Exhibit 4 and/or Exhibit 5 to the Pencu Declaration should be filed under seal and to issue an appropriate order.

DATED: February 18, 2026

By: /s/ *Alexander D. Pencu*
(Admitted *Pro Hac Vice*)
MEISTER SEELIG & FEIN PLLC
125 Park Avenue, 7th Floor
New York, New York 10017
Telephone: (212) 655-3500

WARREN LLP
2261 Market Street, No. 606
San Francisco, California 94114
Telephone: (415) 895-2940
Facsimile: (415) 895-2964

*Counsel for Plaintiff HF Investments CY Limited f/k/a Lynwood Investments CY Limited*

# CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of February 2026, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System and served it on non-parties Greycroft and Runa Capital by email to their counsel at the following addresses:

Gregory A. Blue, Esq.
LACHTMAN COHEN & BELOWICH LLP
11811 San Vincente Blvd.
Los Angeles, CA 90049
*Email: gblue@lcb-law.com*

**Counsel for Greycroft LP**

Alexander Cheney, Esq.
Ann Niehaus Hopkins, Esq.
WILLKIE FARR & GALLAGHER LLP
333 Bush Street
San Francisco, CA 94104
*Email: acheney@willkie.com
         ahopkins@willkie.com*

**Counsel for Runa Capital, Inc.**

                                              /s/  *DeMarcus Williams*
                                                DEMARCUS WILLIAMS