Alexander D. Pencu (*pro hac vice*)
adp@msf-law.com
Christopher J. Major (*pro hac vice*)
cjm@msf-law.com
Jeffrey P. Weingart (*pro hac vice*)
jpw@msf-law.com
**MEISTER SEELIG & FEIN PLLC**
125 Park Avenue, 7th Floor
New York, NY 10017
Telephone: (212) 655-3500
Fax: (646) 539-3649

Patricia L. Peden (CA Bar No. 206440)
DeMarcus B. T. Williams (State Bar No. 329756)
**WARREN LLP**
2261 Market Street No. 606
San Francisco, CA 94114
Telephone: (415) 895-2940
Fax: (415) 895-2964
20-3778@cases.warrenllp.com

*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| LYNWOOD INVESTMENTS CY LIMITED, | Case No. 3:20-CV-03778-MMC |
| Plaintiff, | **DECLARATION OF KATHRYN E. MATTHEWS IN SUPPORT OF PLAINTIFF'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |
| vs. | |
| MAXIM KONOVALOV, IGOR SYSOEV, ANDREY ALEXEEV, MAXIM DOUNIN, GLEB SMIRNOFF, ANGUS ROBERTSON, NGINX, INC. (BVI), NGINX SOFTWARE, INC., NGINX, INC. (DE), BV NGINX, LLC, RUNA CAPITAL, Inc., EVENTURE CAPITAL PARTNERS II, LLC and F5 NETWORKS, INC., | |
| Defendants. | |

1

1    I, Kathryn E. Matthews, declare under penalty of perjury as follows:

2        1.        I am a partner of Meister Seelig & Fein PLLC, counsel for Plaintiff H.F. Investments

3    CY Limited f/k/a Lynwood Investments CY Limited ("Lynwood" or "Plaintiff").  I am admitted *pro*

4    *hac vice* in the above-captioned action.  I am duly admitted and licensed to practice law in the State

5    of New York, and I am admitted in numerous federal trial and appellate courts.  I respectfully submit

6    this declaration in support of Plaintiff's Administrative Motion to Consider Whether Another Party's

7    Material Should be Sealed (the "Administrative Motion").

8        2.        The Administrative Motion concerns two documents produced by non-parties in this

9    case.  Both are attached as exhibits to the Declaration of Alexander D. Pencu in Support of Plaintiff's

10   Unopposed Motion for Issuance of a Letter of Request Seeking Judicial Assistance in Compelling

11   the Production of Documents and Testimony form Jet-Stream, B.V. and Stef van der Ziel.

12       3.        The documents subject to the Administrative Motion are:

13   •   An NGINX, Inc. board presentation dated September 2011 produced by non-party Runa

14       Capital, Inc. with Bates numbers LYNWOOD-RUNA-00005062-5080, which is Exhibit

15       5 to the Pencu Declaration; and

16   •   Interview notes produced by non-party Greycroft LP with Bates numbers GREYCROFT

17       001097-1098, which is Exhibit 4 to the Pencu Declaration

18       4.        Both of these documents were produced by non-parties with a "Confidential"

19   designation under the Protective Order entered by the Court in this case.

20       5.        The Protective Order prohibits Plaintiff from filing documents that have been

21   designated Confidential by the producing party in the public record absent written permission from

22   the designating party or a court order, neither of which have been obtained here.  *See* ECF No. 262,

23   ¶13.4.

24       I declare under penalty of perjury that the foregoing is true and correct.  Executed this 18th

25   day of February 2026.

26

27                                  /s/  *Kathryn E. Matthews*
                                    KATHRYN E. MATTHEWS

28

DECLARATION OF KATHRYN E. MATTHEWS                    Case No. 3:20-cv-03778-MMC (KAW)