UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| LYNWOOD INVESTMENTS CY LIMITED,<br><br>Plaintiff,<br><br>vs.<br><br>MAXIM KONOVALOV, IGOR SYSOEV, ANDREY ALEXEEV, MAXIM DOUNIN, GLEB SMIRNOFF, ANGUS ROBERTSON, NGINX, INC. (BVI), NGINX SOFTWARE, INC., NGINX, INC. (DE), BV NGINX, LLC, RUNA CAPITAL, Inc., EVENTURE CAPITAL PARTNERS II, LLC and F5 NETWORKS, INC.,<br><br>Defendants. | Case No. 3:20-CV-03778-MMC<br><br>**[PROPOSED] ORDER ON PLAINTIFF'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

1

[PROPOSED] ORDER ON PLAINTIFF'S ADMINISTRATIVE MOTION TO CONSIDER
WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED        Case No. 3:20-cv-03778-MMC (KAW)

**[PROPOSED] ORDER**

Having considered Plaintiff's Administrative Motion to Consider Whether Another Party's Material Should be Sealed, pursuant to Civil Local Rule 79-5(f), the Court [GRANTS/DENIES] the motion.

**IT IS SO ORDERED.**

Dated: _____, 2026

_____
KANDIS A. WESTMORE
United States Magistrate Judge