Alexander D. Pencu (*pro hac vice*)
adp@msf-law.com
Christopher J. Major (*pro hac vice*)
cjm@msf-law.com
Jeffrey P. Weingart (*pro hac vice*)
jpw@msf-law.com
**MEISTER SEELIG & FEIN PLLC**
125 Park Avenue, 7th Floor
New York, NY 10017
Telephone: (212) 655-3500
Fax: (646) 539-3649

Patricia L. Peden (CA Bar No. 206440)
DeMarcus B. T. Williams (State Bar No. 329756)
**WARREN LLP**
2261 Market Street No. 606
San Francisco, CA 94114
Telephone: (415) 895-2940
Fax: (415) 895-2964
20-3778@cases.warrenllp.com

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| LYNWOOD INVESTMENTS CY LIMITED,<br><br>Plaintiff,<br><br>vs.<br><br>MAXIM KONOVALOV, IGOR SYSOEV, ANDREY ALEXEEV, MAXIM DOUNIN, GLEB SMIRNOFF, ANGUS ROBERTSON, NGINX, INC. (BVI), NGINX SOFTWARE, INC., NGINX, INC. (DE), BV NGINX, LLC, RUNA CAPITAL, Inc., EVENTURE CAPITAL PARTNERS II, LLC and F5 NETWORKS, INC.,<br><br>Defendants. | Case No. 3:20-CV-03778-MMC<br><br>**DECLARATION OF ALEXANDER D. PENCU IN SUPPORT OF PLAINTIFF'S UNOPPOSED MOTION FOR ISSUANCE OF A LETTER OF REQUEST SEEKING JUDICIAL ASSISTANCE IN COMPELLING THE PRODUCTION OF DOCUMENTS AND TESTIMONY FROM JET-STREAM, B.V. AND STEF VAN DER ZIEL**<br><br>Hearing Date: March 5, 2026 at 1:30 p.m. |

I, Alexander D. Pencu, declare under penalty of perjury as follows:

1.  I am a partner of Meister Seelig & Fein PLLC, and lead counsel for Plaintiff H.F. Investments CY Limited f/k/a Lynwood Investments CY Limited ("Lynwood" or "Plaintiff"). I am admitted *pro hac vice* in the above-captioned action. I am duly admitted and licensed to practice law in the States of New York and Connecticut, and I am admitted in numerous federal trial and appellate courts. I respectfully submit this declaration in support of Plaintiff's Unopposed Motion for Issuance of a Letter of Request Seeking Judicial Assistance in Compelling the Production of Documents and Testimony from Jet-Stream, B.V. ("Jet-Stream") and Stef van der Ziel ("van der Ziel").

2.  On January 30, 2026, during a scheduled discovery meet and confer between the parties, counsel for F5 Networks, Inc., NGINX, Inc. (BVI) and NGINX Software, Inc. (collectively "F5 Defendants") informed Lynwood's attorneys (including myself) that the F5 Defendants had not identified email files for certain of the Individual Defendants and certain other former NGINX employees. The F5 Defendants' attorneys communicated to Lynwood's counsel that they were still investigating whether some of the custodians' emails could either be located or restored but that the F5 Defendants no longer retained possession, custody or control over email files of other potential custodians identified by Lynwood (including three of the six Individual Defendants).

3.  Attached hereto as **Exhibit 1** is Plaintiff's proposed Letter of Request, including Schedule A (proposed document requests) and Schedule B (proposed deposition topics).

4.  My partner Kathryn Matthews and I conferred with Bruce Baber, on behalf of the Defendants, regarding the proposed Letter of Request, both by telephone on February 10, 2026 and in emails exchanged on February 10 and 11, 2026. Mr. Baber confirmed that the Defendants do not oppose issuance of a letter of request for discovery from Jet-Stream and van der Ziel in the form attached hereto as Exhibit 1.

5.  Attached hereto as **Exhibit 2** is a true and correct copy of a printout from Jet-Stream's website. *See* https://jet-stream.com/history/.

6.  Attached hereto as **Exhibit 3** is a true and correct copy of a publicly available press release, dated November 21, 2011, jointly issued by NGINX, Inc. and Jet-Stream via Marketwire.

7. Attached hereto as **Exhibit 4** is a true and correct copy of a document produced in this action by non-party Greycroft LP, bearing Bates numbers GREYCROFT 001097-1098, which appears to be notes of an interview of van der Ziel in or about April 2011.

8. Attached hereto as **Exhibit 5** is a true and correct copy of a document produced in this action by non-party Runa Capital, Inc. bearing Bates numbers LYNWOOD-RUNA-00005062-5080, which appears to be a presentation to the NGINX Board of Directors dated September 2011.

9. Attached hereto as **Exhibit 6** is a true and correct copy of Defendant Andrey Alexeev's Responses and Objections to Plaintiff's First Set of Interrogatories.

10. Attached hereto as **Exhibit 7** is a true and correct copy of Defendant NGINX, Inc. (BVI)'s Responses and Objections to Plaintiff's First Set of Interrogatories.

11. Attached hereto as **Exhibit 8** is Plaintiff's Fourth Request for the Production of Documents and Things to Defendants, which was served on January 16, 2026.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 18th day of February 2026.

/s/ *Alexander D. Pencu*
ALEXANDER D. PENCU