# EXHIBIT 3



**Source:** Sand Hill Communications, Inc.

November 21, 2011 11:00 ET

# Open Source Web Server Leader NGINX and Market-Leading CDN Provider Jet-Stream Form Commercial Partnership

## Innovative Players Join Forces to Provide Advanced CDN and Caching Features to Telco and Enterprise Customers

SAN FRANCISCO, CA and GRONINGEN, THE NETHERLANDS--(Marketwire - Nov 21, 2011) - Open source web server developer NGINX and Jet-Stream, the award-winning market leader in Content Delivery Network (CDN) technologies and intelligence, have formed a commercial partnership to deliver enhanced CDN products and services to network operators, content publishers, telecommunications companies and enterprises.

Under the agreement, Jet-Stream will integrate the NGINX open source version into its software suite, incorporating proprietary extensions and additional controls. Jet-Stream will leverage high-performance NGINX edge nodes, capable of delivering multiple gigabits of outbound traffic per hardware server, to improve performance and reliability for customers. For its part, NGINX will provide additional commercial extensions to its open source product to fine-tune NGINX edge nodes for the CDN environment.

"Jet-Stream is the most innovative company in the multimedia content delivery space with enormous influence on this segment of the industry," said Andrey Alexeev, co-founder of NGINX. "We are very pleased to inaugurate this new partnership, which enables both our companies to provide a rich new set of performance benefits to a wider range of enterprise and telecommunications customers."

The NGINX web server currently powers 25% of the top 1,000 busiest websites in the world, and its unique ability to deliver 10-times performance improvements on existing operating

systems and hardware -- combined with lean architecture, scalability and security -- has propelled it to become the second most popular open source web infrastructure platform on the Internet. The award-winning Jet-Stream CDN technology is an advanced, next-generation solution for network operators and content publishers used by IP network operators worldwide to offload traffic on their infrastructures and to monetize premium content delivery services across a variety of fixed and mobile platforms.

"NGINX is the best-performing and most flexible caching solution on the market," said Stef van der Ziel, founder and CEO of Jet-Stream. "Our technologies and philosophies of innovation are highly complementary, and provide us with a unique opportunity to change the market by providing advanced solutions to our customers."

In addition to offering integrated products to the market, Jet-Stream will leverage NGINX's services to implement and maintain the combined offering, incorporating a license within the Jet-Stream software licenses. NGINX will open its sales channel and referral sources to Jet-Stream.

**About NGINX**
From its earliest inception, NGINX has been driven by an understanding that Internet usage would explode with an increasing expectation of instant response from online services. NGINX was designed to enable companies to adjust to this new reality of heavy Internet consumption without incurring unnecessary costs in capital investments or time. In almost 10 years of its history NGINX has developed into a powerful Internet infrastructure platform which includes a webserver for static and dynamic content, Layer 7 load-balancer, reverse proxy for HTTP, SMTP, IMAP and POP3, caching engine and SSL offloading.

NGINX has grown organically over the past 10 years of development thanks to the vision of Igor Sysoev and the enthusiasm and support of a loyal community of users and developers.

In July 2011, the company founded its commercial arm, NGINX, Inc. For more information, please visit [www.nginx.com](www.nginx.com).

**About Jet-Stream**
Jet-Stream is the award-winning market leader in Content Delivery Network technologies and intelligence. Jet-Stream researches, develops and licenses next-generation CDN technologies. Jet-Stream technology is used by many IP network operators around the globe to offload traffic on their infrastructures and to monetize premium content delivery services for three-screen IPTV, mobile content, web content and OTT content. Clients of Jet-Stream are well-known telecom operators, mobile operators, cable operators, Internet access providers, wholesale carriers, broadcasters, hosting providers, enterprises and system integrators. For more information please visit [http://www.jet-stream.com](http://www.jet-stream.com).

Contact Information:

Contact:
Valerie Chan

206-352-9052