# EXHIBIT 6

SHANE BRUN (SBN #179079)
sbrun@kslaw.com
SAMUEL R. DIAMANT (SBN #288738)
sdiamant@kslaw.com
KING & SPALDING LLP
50 California Street, Suite 3300
San Francisco, CA 94111
Telephone: (415) 318-1200
Facsimile: (415) 318-1300

BRUCE W. BABER (*Admitted Pro Hac Vice*)
bbaber@kslaw.com
ELLEN Y. MIN (*Admitted Pro Hac Vice*)
emin@kslaw.com
KING & SPALDING LLP
1180 Peachtree Street, N.E.
Atlanta, GA 30303-1763
Telephone: (404) 572-4600
Facsimile: (404) 572-5100

*Attorneys for Defendant*
Andrey Alexeev

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNWOOD INVESTMENTS CY LIMITED,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MAXIM KONOVALOV, IGOR SYSOEV, ANDREY ALEXEEV, MAXIM DOUNIN, GLEB SMIRNOFF, ANGUS ROBERTSON, NGINX, INC. (BVI), NGINX SOFTWARE, INC., NGINX, INC. (DE), BV NGINX, LLC, RUNA CAPITAL, INC., EVENTURE CAPITAL PARTNERS II LLC and F5 NETWORKS, INC.,<br><br>　　　　　Defendants. | Case No. 3:20-cv-03778-MMC<br><br>**RESPONSES AND OBJECTIONS OF DEFENDANT ANDREY ALEXEEV TO PLAINTIFF'S FIRST SET OF INTERROGATORIES** |

In accordance with Rules 26 and 33 of the Federal Rules of Civil Procedure, Defendant Andrey Alexeev ("Alexeev"), by and through his undersigned counsel, responds and objects as follows to "Plaintiff's First Set of Interrogatories to Defendant Andrey Alexeev" (the "First Interrogatories") served on October 27, 2025 by HF Investments CY Limited, as an alleged successor to Plaintiff Lynwood Investments CY Limited ("Lynwood" or "Plaintiff").[1]  Alexeev makes these objections and responses (collectively, "Responses") based on his current knowledge, understanding, and belief as to the facts and information reasonably available to him as of the date of the Responses.

## OBJECTIONS TO DEFINITIONS AND INSTRUCTIONS

1. Alexeev objects to Plaintiff's purported definition of "identify" on the grounds that the definition is overbroad, unduly burdensome, and not proportional to the needs of the case to the extent it seeks to impose obligations inconsistent with, beyond, or in addition to those imposed by the Federal Rules of Civil Procedure, the Local Rules of this Court, and any Order governing this case.

2. Alexeev objects to paragraph 3 of Plaintiff's purported instructions on the grounds that the instruction is improper, overbroad, and unduly burdensome and seeks to impose obligations inconsistent with, beyond, or in addition to those imposed by the Federal Rules of Civil Procedure, the Local Rules of this Court, and any Order governing this case.

3. Alexeev objects to paragraph 4 of Plaintiff's purported instructions on the grounds that the instruction is improper, overbroad, and unduly burdensome and seeks to impose obligations inconsistent with, beyond, or in addition to those imposed by the Federal Rules of Civil Procedure, the Local Rules of this Court, and any Order governing this case.

4. Alexeev objects to paragraph 5 of Plaintiff's purported instructions on the grounds that the instruction is improper, overbroad, and unduly burdensome and seeks to impose

---

[1] The First Interrogatories do not include a Certificate of Service.  The date of service is assumed to be the date in the signature block.

obligations inconsistent with, beyond, or in addition to those imposed by the Federal Rules of Civil Procedure, the Local Rules of this Court, and any Order governing this case.

### RESPONSES TO INDIVIDUAL INTERROGATORIES

**INTERROGATORY NO. 1:**

Identify the "clients" referred to in the following statement contained in the Email Chain:

"It has just started as a commercial entity, but yes, we're making our first money. I can't disclose the names of our clients as of yet, but we've got contracts signed for technical support, consulting and for the first proprietary extensions based on NGINX as well. The latter mostly fall into the area of CDN and media streaming acceleration.".

**RESPONSE TO INTERROGATORY NO. 1:**

In response to Interrogatory 1, Alexeev states that, given the nearly fourteen-year passage of time since the messages shown in the e-mail chain attached to Plaintiff's First Requests as Exhibit A, he does not recall the specific "clients" to which reference was made in the language quoted in Interrogatory 1. Alexeev further states that, to the best of his recollection, as of January 2012, Nginx, Inc. had entered into an agreement with Netflix, Inc. ("Netflix") for Nginx, Inc. to provide technical support, consulting, customization and other professional services relating to Netflix's use of open source NGINX. Alexeev does not recall any other clients of Nginx, Inc. with which Nginx, Inc. had entered into agreements as of the date of the statement quoted in Interrogatory 1.

Dated: November 26, 2025

Respectfully submitted,

KING & SPALDING LLP

By: /s/ Bruce W. Baber

BRUCE W. BABER (Admitted Pro Hac Vice)
bbaber@kslaw.com
ELLEN Y. MIN (Admitted Pro Hac Vice)
emin@kslaw.com
KING & SPALDING LLP
1180 Peachtree Street, N.E.
Atlanta, GA 30303-1763
Telephone: (404) 572-4600
Facsimile: (404) 572-5100

1 | SHANE BRUN (SBN #179079)
sbrun@kslaw.com
SAMUEL R. DIAMANT (SBN #288738)
sdiamant@kslaw.com
KING & SPALDING LLP
50 California Street, Suite 3300
San Francisco, CA 94111
Telephone: (415) 318-1200
Facsimile: (415) 318-1300

*Attorneys for Defendant*
Andrey Alexeev

<u>CERTIFICATE OF SERVICE</u>

This is to certify that I have this day served the foregoing document on all parties, by forwarding true and correct copies thereof by electronic mail to their counsel of record, at the e-mail addresses shown below:

> Alexander D. Pencu
>   adp@msf-law.com
> Christopher John Major
>   cjm@msf-law.com
> Jeffrey P. Weingart
>   jpw@ msf-law.com
> MEISTER SEELIG & FEIN PLLC
>
> Patricia L. Peden
>   patricia@warrenkashwarren.com
> DeMarcus Williams
>   demarcus@warrenkashwarren.com
> WARREN KASH WARREN LLP
>
> Benjamin J. Fox
>   BFox@mofo.com
> Joseph C. Gratz
>   JGratz@mofo.com
> Cooper J. Spinelli
>   CSpinelli@mofo.com
> Mark D. Marciszewski
>   MMarciszewski@mofo.com
> Alice Carli
>   ACarli@mofo.com
> MORRISON & FOERSTER LLP

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 26, 2025.

>                         /s/  *Bruce w. Baber*
>                         Bruce W. Baber

ANDREY ALEXEEV'S RESPONSES AND OBJECTIONS
TO PLAINTIFF'S FIRST SET OF INTERROGATORIES          CASE NO. 3:20-CV-03778- MMC