# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| LYNWOOD INVESTMENTS CY LIMITED, <br><br> Plaintiff, <br><br> vs. <br><br> MAXIM KONOVALOV, IGOR SYSOEV, ANDREY ALEXEEV, MAXIM DOUNIN, GLEB SMIRNOFF, ANGUS ROBERTSON, NGINX, INC. (BVI), NGINX SOFTWARE, INC., NGINX, INC. (DE), BV NGINX, LLC, RUNA CAPITAL, Inc., EVENTURE CAPITAL PARTNERS II, LLC and F5 NETWORKS, INC., <br><br> Defendants. | Case No. 3:20-CV-03778-MMC <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR ISSUANCE OF A LETTER OF REQUEST SEEKING JUDICIAL ASSISTANCE IN COMPELLING THE PRODUCTION OF DOCUMENTS AND TESTIMONY FROM JET-STREAM, B.V. AND STEF VAN DER ZIEL** |

1

[PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED
MOTION FOR ISSUANCE OF A LETTER OF REQUEST               Case No. 3:20-cv-03778-MMC (KAW)

**[PROPOSED] ORDER**

Plaintiff HF Investments CY Limited f/k/a Lynwood Investments CY Limited's Unopposed Motion for Issuance of a Letter of Request Seeking Judicial Assistance in Compelling the Production of Documents and Deposition Testimony from Jet-Stream, B.V. and Stef van der Ziel is **GRANTED**.

The Clerk shall issue Plaintiff's Letter of Request under the seal of this Court requesting the assistance of the appropriate judicial authority of the Netherlands in ordering Jet-Stream, B.V. and Stef van der Ziel to produce the requested documents and testimony.

**IT IS SO ORDERED.**

Dated: _____, 2026

_____
KANDIS A. WESTMORE
United States Magistrate Judge

2

[PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED
MOTION FOR ISSUANCE OF A LETTER OF REQUEST            Case No. 3:20-cv-03778-MMC (KAW)