UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNWOOD INVESTMENTS CY LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>MAXIM KONOVALOV, et al.,<br><br>Defendants. | Case No. 20-cv-03778-MMC   (KAW)<br><br>**ORDER TO SHOW CAUSE**<br>Re: Dkt. 270 |

On February 18, 2026, Plaintiff filed a motion to consider whether another party's material should be sealed. (Re: Dkt. No. 270.) Plaintiff sought to file under seal exhibits that were identified by non-parties Runa Capital, Inc. and Greycroft LP as being confidential. Per Civil Local Rule 79-5(f), "[w]ithin 7 days of the motion's filing, the Designating Party must file a statement and/or declaration as described in subsection (c)." Thus, the declarations of Runa Capital, Inc. and Greycroft LP was due by February 25, 2026.

To date, Runa Capital, Inc. and Greycroft LP have not filed their statement and/or declaration. Accordingly, the Court ORDERS Runa Capital, Inc. and Greycroft LP to show cause, by March 9, 2026, why the exhibits should not be unsealed by: (1) filing a specific statement of the applicable legal standard and the reasons for keeping a document under seal, which must comply with Civil Local Rule 79-5(c), and (2) explaining why Runa Capital, Inc. and Greycroft LP did not timely file their statement and/or declaration. Failure to comply in full will result in the Court denying the motion and ordering the exhibits unsealed. (*See* Civil Local Rule 79-5(f)(3) ("A failure to file a statement or declaration may result in the unsealing of the provisionally sealed document without further notice to the Designating Party."), (6) ("Additionally, overly broad requests to seal may result in the denial of the motion.").)

1    Plaintiff shall immediately serve this order on Runa Capital, Inc. and Greycroft LP, and
2    file a proof of service within three days of the date of this order.
3        IT IS SO ORDERED.
4    Dated: February 26, 2026

_____
KANDIS A. WESTMORE
United States Magistrate Judge