Alexander D. Pencu (pro hac vice)
adp@msf-law.com
Christopher J. Major (pro hac vice)
cjm@msf-law.com
Jeffrey P. Weingart (pro hac vice)
jpw@msf-law.com
MEISTER SEELIG & FEIN PLLC
125 Park Avenue, 7th Floor
New York, NY 10017
Telephone: (212) 655-3500
Fax: (646) 539-3649

Patricia L. Peden (State Bar No. 206440)
DeMarcus B. T. Williams (State Bar No. 329756)
WARREN KASH WARREN LLP
20-3778@cases.warrenlex.com
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile

*Attorneys for Plaintiff Lynwood Investments CY Limited*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNWOOD INVESTMENTS CY LIMITED,<br>Plaintiff,<br>vs.<br>MAXIM KONOVALOV, IGOR SYSOEV, ANDREY ALEXEEV, MAXIM DOUNIN, GLEB SMIRNOFF, ANGUS ROBERTSON, NGINX, INC. (BVI), NGINX SOFTWARE, INC., NGINX, INC. (DE), BV NGINX, LLC, RUNA CAPITAL, INC., EVENTURE CAPITAL PARTNERS II LLC and F5 NETWORKS, INC.,<br>Defendants. | Case No. 3:20-cv-03778-MMC<br><br>**CERTIFICATE OF SERVICE OF ORDER TO SHOW CAUSE ENTERED ON FEBRUARY 26, 2026** |

Case No. 3:20-cv-03778-MMC

CERTIFICATE OF SERVICE

**CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of February 2026, I served the Order to Show Cause entered by the Court on February 26, 2026 [ECF #273] on non-parties Greycroft LP and Runa Capital, Inc. by email to their counsel at the following addresses:

Gregory A. Blue, Esq.
LACHTMAN COHEN & BELOWICH LLP
11811 San Vincente Blvd.
Los Angeles, CA 90049
*Email: gblue@lcb-law.com*

**Counsel for Greycroft LP**

Alexander Cheney, Esq.
Ann Niehaus Hopkins, Esq.
WILLKIE FARR & GALLAGHER LLP
333 Bush Street
San Francisco, CA 94104
*Email: acheney@willkie.com*
       *ahopkins@willkie.com*

**Counsel for Runa Capital, Inc.**

/s/ *Kathryn Matthews*
KATHRYN MATTHEWS