Alexander D. Pencu (pro hac vice)
adp@msf-law.com
Christopher J. Major (pro hac vice)
cjm@msf-law.com
Jeffrey P. Weingart (pro hac vice)
jpw@msf-law.com
MEISTER SEELIG & FEIN PLLC
125 Park Avenue, 7th Floor
New York, NY 10017
Telephone: (212) 655-3500
Fax: (646) 539-3649

Patricia L. Peden (State Bar No. 206440)
DeMarcus B. T. Williams (State Bar No. 329756)
WARREN KASH WARREN LLP
20-3778@cases.warrenllp.com
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile

*Attorneys for Plaintiff Lynwood Investments CY Limited*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNWOOD INVESTMENTS CY LIMITED,<br>　　　　　Plaintiff,<br>　　vs.<br>MAXIM KONOVALOV, IGOR SYSOEV,<br>ANDREY ALEXEEV, MAXIM DOUNIN, GLEB<br>SMIRNOFF, ANGUS ROBERTSON, NGINX,<br>INC. (BVI), NGINX SOFTWARE, INC., NGINX,<br>INC. (DE), BV NGINX, LLC, RUNA CAPITAL,<br>INC., EVENTURE CAPITAL PARTNERS II<br>LLC and F5 NETWORKS, INC.,<br>　　　　　Defendants. | Case No. 3:20-cv-03778-MMC<br><br>**PLAINTIFF'S COMPLIANCE WITH DOCKET NO. 279** |

Pursuant to the Court's Order Denying Motion to File Under Seal (Dkt. No. 279), Plaintiff hereby files Exhibits 4 and 5 of the Declaration of Alexander D. Pencu in Support of Plaintiff's Unopposed Motion for Issuance of a Letter of Request Seeking Judicial Assistance in Compelling the Production of Documents and Testimony of Documents and Testimony From Jet-Stream, B.V. and Stef Van Der Ziel (Dkt. No. 271-1)

Date:  March 5, 2026

Respectfully submitted,

/s/ DeMarcus B. T. Williams
Alexander D. Pencu (pro hac vice)
adp@msf-law.com
Christopher J. Major (pro hac vice)
cjm@msf-law.com
Jeffrey P. Weingart (pro hac vice)
jpw@msf-law.com
MEISTER SEELIG & FEIN PLLC
125 Park Avenue, 7th Floor
New York, NY 10017
Telephone: (212) 655-3500
Fax: (646) 539-3649

Patricia L. Peden (State Bar No. 206440)
DeMarcus B. T. Williams (State Bar No. 329756)
WARREN LLP
20-3778@cases.warrenllp.com
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile