Alexander D. Pencu (pro hac vice)
adp@msf-law.com
Christopher J. Major (pro hac vice)
cjm@msf-law.com
Jeffrey P. Weingart (pro hac vice)
jpw@msf-law.com
MEISTER SEELIG & FEIN PLLC
125 Park Avenue, 7th Floor
New York, NY 10017
Telephone: (212) 655-3500
Fax: (646) 539-3649

Patricia L. Peden (State Bar No. 206440)
DeMarcus B. T. Williams (State Bar No. 329756)
WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
20-3778@cases.warrenllp.com

*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LYNWOOD INVESTMENTS CY LIMITED, | Case No. 3:20-cv-03778-KAW |
| Plaintiff, | **DECLARATION OF PATRICIA L. PEDEN IN SUPPORT OF PLAINTIFF'S ADMINISTRATIVE MOTION TO SEAL EXHIBITS TO PLAINTIFF'S MOTION TO PERMIT DISCLOSURE TO EXPERT WITNESSES AND THE DECLARATION OF CHRISTOPER MAJOR** |
| v. | |
| MAXIM KONOVALOV, IGOR SYSOEV, ANDREY ALEXEEV, MAXIM DOUNIN, GLEB SMIRNOFF, ANGUS ROBERTSON, NGINX, INC. (BVI), NGINX SOFTWARE, INC., NGINX, INC. (DE), BV NGINX, LLC, RUNA CAPITAL, INC., EVENTURE CAPITAL PARTNERS II LLC and F5 NETWORKS, INC., | |
| Defendants. | |

I, Patricia P. Peden, declare under penalty of perjury as follows:

1.    I am an attorney licensed to practice before this Court and the State of California.  I am a partner at Warren LLP, counsel for plaintiff HF Investments CY Limited f/k/a Lynwood Investments CY Limited ("Plaintiff" or "Lynwood") in this action.

2.    I make this Declaration in support of Plaintiff's Administrative Motion to Seal Plaintiff's Motion to Permit Disclosure to Expert Witnesses (the "Motion to Permit Disclosure").

3.    The documents that are the subject of the Administrative Motion are:

- Exhibits 1 through 3 to Christopher Major's Declaration (the "Major Declaration") in Support of Plaintiff's Motion to Permit Disclosure to Expert Witnesses

4.    The Motion to Permit Disclosure and the Major Declaration include three exhibits: Exhibit 1 is Lynwood's Expert Disclosures, listing for opposing counsel the confidential engagements undertaken by Lynwood's proposed experts for the prior five years.  Exhibits 2 and 3 are email exchanges about the experts' confidential engagements.

5.    Lynwood provided the disclosures to the F5 Defendants and the Individual Defendants pursuant to Section 7.4(a)(2) of the Protective Order so that Lynwood's experts obtain access to proceed with their source code inspection and review of documents designated by the F5 Defendants as Protected Material under the Protective Order.

6.    Lynwood's Expert Disclosures include a section where the expert identified engagements subject to contractual confidentiality restrictions, and are therefore described as specifically as possible to comply with the Protective Order.  The emails attached as Exhibits to the Major Declaration (Exhibits 2 and 3) are attorney communications between the parties in an effort to resolve the issue of disclosure of the information to the experts, and contain information that reflects the confidential material contained within the expert disclosures.  These email chains have been lightly redacted.

7.    The redacted information is not publicly disclosed or publicly available.

8.    The Protective Order allows Plaintiff to seek to seal documents provided in discovery that are designated Confidential. See ECF No. 262, ¶13.4.

I declare under penalty of perjury that the foregoing is true and correct.

//

DECLARATION OF PATRICIA L. PEDEN

Date:  March 27, 2026

Respectfully submitted,

*/s/  Patricia L. Peden* _____

Patricia L. Peden

Case No. 3:20-cv-03778-KAW

DECLARATION OF PATRICIA L. PEDEN