Alexander D. Pencu (pro hac vice)
adp@msf-law.com
Christopher J. Major (pro hac vice)
cjm@msf-law.com
Jeffrey P. Weingart (pro hac vice)
jpw@msf-law.com
MEISTER SEELIG & FEIN PLLC
125 Park Avenue, 7th Floor
New York, NY 10017
Telephone: (212) 655-3500
Fax: (646) 539-3649

Patricia L. Peden (State Bar No. 206440)
DeMarcus B. T. Williams (State Bar No. 329756)
WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
20-3778@cases.warrenllp.com

*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LYNWOOD INVESTMENTS CY LIMITED, | Case No. 3:20-cv-03778-KAW |
| Plaintiff, | **[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO SEAL EXHIBITS TO PLAINTIFF'S MOTION TO PERMIT DISCLOSURE TO EXPERT WITNESSES AND THE DECLARATION OF CHRISTOPER MAJOR** |
| v. | |
| MAXIM KONOVALOV, IGOR SYSOEV, ANDREY ALEXEEV, MAXIM DOUNIN, GLEB SMIRNOFF, ANGUS ROBERTSON, NGINX, INC. (BVI), NGINX SOFTWARE, INC., NGINX, INC. (DE), BV NGINX, LLC, RUNA CAPITAL, INC., EVENTURE CAPITAL PARTNERS II LLC and F5 NETWORKS, INC., | |
| Defendants. | |

# [PROPOSED] ORDER

Having considered Plaintiff's Administrative Motion to Seal Plaintiff's Motion to Permit Disclosure to Expert Witnesses, pursuant to Civil Local Rule 79-5(c), the Court [GRANTS/DENIES] the motion to seal the following materials.

| Document | Portion to Seal | [GRANTED/DENIED] |
|---|---|---|
| Exhibit 1 to Major Declaration | Full Exhibit | |
| Exhibit 2 to Major Declaration | P. 7-8, 10 | |
| Exhibit 3 to Major Declaration | P. 8-9, 11-12, 15 | |

**IT IS SO ORDERED.**

Date: _____, 2026

_____
KANDIS A. WESTMORE
United States Magistrate Judge