Alexander D. Pencu (pro hac vice)
adp@msf-law.com
Christopher J. Major (pro hac vice)
cjm@msf-law.com
Jeffrey P. Weingart (pro hac vice)
jpw@msf-law.com
MEISTER SEELIG & FEIN PLLC
125 Park Avenue, 7th Floor
New York, NY 10017
Telephone: (212) 655-3500
Fax: (646) 539-3649

Patricia L. Peden (State Bar No. 206440)
DeMarcus B. T. Williams (State Bar No. 329756)
WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
20-3778@cases.warrenllp.com

*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LYNWOOD INVESTMENTS CY LIMITED, <br><br> Plaintiff, <br><br> v. <br><br> MAXIM KONOVALOV, IGOR SYSOEV, ANDREY ALEXEEV, MAXIM DOUNIN, GLEB SMIRNOFF, ANGUS ROBERTSON, NGINX, INC. (BVI), NGINX SOFTWARE, INC., NGINX, INC. (DE), BV NGINX, LLC, RUNA CAPITAL, INC., EVENTURE CAPITAL PARTNERS II LLC and F5 NETWORKS, INC., <br><br> Defendants. | Case No. 3:20-cv-03778-KAW <br><br> **NOTICE OF WITHDRAWAL** |

Plaintiff Lynwood Investments CY Limited withdraws Docket No. 288, "Plaintiff's Administrative Motion to Seal Exhibits to Plaintiff's Motion to Permit Disclosure to Expert Witnesses and the Declaration of Christopher Major," filed on March 27, 2026.

Concurrently with this Notice of Withdrawal, Plaintiff files Exhibits 1 to 3 of the Declaration of Christopher J. Major, in Support of Plaintiff's Motion to Permit Disclosure to Expert Witnesses (Docket No. 290-1).

Dated: March 31, 2026

*/s/ DeMarcus B. T. Williams*
DeMarcus B. T. Williams