# EXHIBIT 1

Alexander D. Pencu (pro hac vice)
adp@msf-law.com
Christopher J. Major (pro hac vice)
cjm@msf-law.com
Jeffrey P. Weingart (pro hac vice)
jpw@msf-law.com
MEISTER SEELIG & FEIN PLLC
125 Park Avenue, 7th Floor
New York, NY 10017
Telephone: (212) 655-3500
Fax: (646) 539-3649

Patricia L. Peden (State Bar No. 206440)
DeMarcus B. T. Williams (State Bar No. 329756)
WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
20-3778@cases.warrenllp.com

*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LYNWOOD INVESTMENTS CY LIMITED, | Case No. 3:20-cv-03778-MMC |
| Plaintiff, | **LYNWOOD'S AMENDED DISCLOSURE OF EXPERT WITNESS PURSUANT TO PROTECTIVE ORDER SECTION 7.4 (a)(2)** |
| v. | |
| MAXIM KONOVALOV, IGOR SYSOEV, ANDREY ALEXEEV, MAXIM DOUNIN, GLEB SMIRNOFF, ANGUS ROBERTSON, NGINX, INC. (BVI), NGINX SOFTWARE, INC., NGINX, INC. (DE), BV NGINX, LLC, RUNA CAPITAL, INC., EVENTURE CAPITAL PARTNERS II LLC and F5 NETWORKS, INC., | **Confidential Pursuant to Protective Order** |
| Defendants. | |

Plaintiff Lynwood Investments CY Limited makes the following amended expert disclosures pursuant to section 7.4(a)(2) of the Protective Order.

**(1)** **Categories of HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY or HIGHLY CONFIDENTIAL-SOURCE CODE To Be Disclosed**

Lynwood intends to share a comprehensive range of proprietary and sensitive materials with the designated experts. Specifically, the scope of the disclosure encompasses internal documentation, including software development documents that detail the planning, design, and evolution of the NGNIX code at issue in this case. This necessary disclosure further extends to various forms of correspondence, which may include internal communications, emails, and memoranda that shed light on the development process, decision-making, and technical issues. Lynwood seeks to disclose the actual software code, a foundational element of the dispute, which includes highly confidential source code, as well as object code. This extensive disclosure of software code is essential for the experts to conduct a thorough analysis, formulate informed opinions, and provide testimony relevant to the claims and defenses in the case.

**(2)** **Identification of Experts**

Lynwood discloses the following experts in this litigation: Erik J. Laykin, Cody J. Deyarmin, Michael R. Harrison, and Robert L. Allen.  Lynwood seeks to have each of these individuals access information designated as "CONFIDENTIAL," "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY," and/or "HIGHLY CONFIDENTIAL – SOURCE CODE" solely for the purpose of the above-captioned litigation.

Full Name:  Erik J. Laykin.  Primary Residence:  Los Angeles, California, USA.

Full Name:  Cody J. Deyarmin.  Primary Residence:  Silver Spring, Maryland, USA.

Full Name:  Michael R. Harrison.  Primary Residence:  Silver Spring, Maryland, USA.

Full Name:  Robert L. Allen.  Primary Residence:  San Antonio, Texas, USA.

**(3)**    **Expert Resumes**

Resumes for Mr. Laykin, Mr. Deyarmin, Mr. Harrison, and Mr. Allen are attached hereto.

**(4)**    **Current Employment**

Mr. Laykin, Mr. Deyarmin, Mr. Harrison, and Mr. Allen are software professionals engaged by Global Data Risk LLC ("GDR").

**(5)**    **History of Professional Services In Past Five Years**

Consistent with the Stipulated Protective Order and to comply with confidentiality and classification obligations, the engagement lists for each disclosed expert omits professional services that are subject to third-party confidentiality obligations, in accordance with Section 7.4(a)(2), n. 1 of the Protective Order ("Footnote 1"). Pursuant to Footnote 1, these disclosures are as complete as possible without violating the expert's duty to third-parties pursuant to applicable confidentiality agreements and/or government secrecy classifications and related disclosure prohibitions.

Accordingly:

Section A below under each expert identifies engagements for which client names may be disclosed; and

Section B below under each expert identifies engagements that are subject to contractual confidentiality restrictions and/or United States national security classification controls, and that are therefore described as specifically as possible to comply with the Protective Order without violating such disclosure prohibitions.

**Erik J. Laykin – Professional Engagements (Last Five Years):**

**Section A – Laykin Engagements For Which Client Names May Be Disclosed**

- Birla Carbon USA, Inc.

- Deutsche Bank AG

- Duff & Phelps, LLC / Kroll Inc.

- Hilton Worldwide Holdings Inc.

- JPMorgan Chase Bank, N.A.

- Jones Day

- Larson LLP

- Leidos, Inc.

- O'Melveny & Myers LLP

- Quinn Emanuel Urquhart & Sullivan, LLP

- Relativity Space, Inc.

- Snapchat, Snap Inc.

**Section B – Laykin Engagements Subject to Confidentiality Restrictions**

**Client 1:** Law Firm; Asset Tracing; Served as the financial advisor to the bankruptcy committee.

**Client 2:** Law Firm; Investigations; Conducted investigations into financial fraud.

**Client 3:** Corporation; Operational Consulting Services; Conducted financial fraud and kickback investigations on behalf of global garment manufacturer.

**Client 4:** Corporation; Asset Tracing; Conducted asset tracing for a national US retail chain.

**Client 5:** Corporation; Investigations; Conducted investigation into Intellectual property theft at technology company.

**Client 6:** Corporation; Investigations; Conducted investigation into intellectual property for a technology company.

**Client 7:** Corporation; Geopolitical; Assisted technology company in relationships with foreign governments.

**Client 8:** Corporation; Geopolitical; Assisted mining company with managing relationships with foreign governments.

Case No. 3:20-cv-03778-MMC
Amended Disclosure of Experts
Confidential – Subject to Protective Order

**Client 9:**  Corporation; Investigations; Assisted with a human resources investigation for a professional services company.

**Client 10:**  Law Firm; Due Diligence; Conducted due diligence on behalf of a foreign mining company.

**Client 11:**  Corporation; Operational Consulting Services; Assisted National Construction Company in managing risk.

**Client 12:**  Corporation; Protective Services; Assisted National Construction Company In managing risk.

**Client 13:**  Law Firm; Investigations; Assisted high net worth family in a cyber investigation.

**Client 14:**  Law Firm; Investigations; Assisted high net worth family in a cyber investigation.

**Client 15:**  Corporation; Investigations; Assisted large manufacturing company in incident.

**Client 16:**  Corporation; Investigations; Managed investigation into trade secret theft on behalf of a national display company.

**Client 17:**  Corporation; Investigations; Provided investigative support in anticipation of expert testimony related to national pharmaceutical companies.

**Client 18:**  Corporation; Protective Services; Provided physical Protective Services for an international real estate firm.

**Client 19:**  Corporation; Operational Consulting Services; Provided cyber security consulting services for an international real estate firm.

**Client 20:**  Corporation; Investigations; Provided intellectual property and trade secret theft investigative services for a professional services firm.

**Client 21:**  Law Firm; Operational Consulting Services; Assisted in providing cyber security and physical security services to a high net worth individual and family office.

**Client 22:**  Corporation; Protective Services; Provided physical and cyber protective services to national historic entity.

Case No. 3:20-cv-03778-MMC
Amended Disclosure of Experts
Confidential – Subject to Protective Order

**Client 23:** Corporation; Forensic Accounting; Provided forensic accounting services to a foreign bank.

**Client 24:** Corporation; Forensic Accounting; Provided forensic accounting services to foreign bank sanctioned by the US government.

**Client 25:** Law Firm; Investigations; Provided forensic investigative analysis in a family dispute.

**Client 26:** Law Firm; Investigations; Provided forensic investigative analysis in a corporate dispute in the garment business.

**Client 27:** Corporation; Protective Services; Provided executive protection services for the leadership of national health care company.

**Client 28:** Law Firm; Investigations; Provided Forensic analysis in anticipation of expert testimony for an investment group.

**Client 29:** Law Firm; Investigations; Provided investigative support on behalf an investment group.

**Client 30:** Corporation; Asset Tracing; Provided asset tracing support for an international hotel chain.

**Client 31:** Law Firm; Risk Management; Provided cyber security investigations for a high net worth individual.

**Client 32:** Law Firm; Geopolitical; Executive protection support to a government official.

**Client 33:** Law Firm; Investigations; Provided investigative support for quantum computing entity.

**Client 34:** Law Firm; Investigations; Provided investigative support for quantum computing entity.

**Client 35:** Law Firm; Due Diligence; Insider investigation on behalf of major US Technology Company.

**Client 36:** Law Firm; Investigations; Provided investigative support in an anticipation of possible expert witness testimony.

**Client 37:** Law Firm; Investigations; Engaged to provide investigative analysis.

**Client 38:** Law Firm; Investigations; Provided computer forensics and cyber investigation support for a biotech company.

Case No. 3:20-cv-03778-MMC
Amended Disclosure of Experts
Confidential – Subject to Protective Order

**Client 39:** Corporation; Protective Services; Executive protection support to construction company.

**Client 40:** Individual; Investigations; Engaged to provide investigative work for a high profile entertainment industry personality in anticipation of potential expert testimony.

**Client 41:** Law Firm; Investigations; Investigation support for a global pharmaceutical company in anticipation of possible expert testimony.

**Client 42:** Individual Due Diligence; Due diligence for a Hollywood production company.

**Client 43:** Corporation; Investigations; Technology assistance and investigations for forensic software company.

**Client 44:** Corporation; Investigations; Investigations into allegations of fraud for global construction company.

**Client 45:** Law Firm; Investigations; Investigation into allegations of fraud with a high net worth individual.

**Client 46:** Law Firm; Investigations; Investigation into allegations of misconduct at a national religious organization.

**Client 47:** Law Firm; Investigations; Investigation into allegations of misconduct and fraud at a national religious organization.

**Client 48:** Law Firm; Investigations; Computer forensic analysis of devices in dispute related to business fraud in the real estate industry.

**Client 49:** Corporation; Due Diligence; Analysis and investigation on behalf of the US defense contractor related to their acquisition of foreign companies.

**Client 50:** Corporation; Geopolitical; Assistance in managing foreign relationships for a US defense contractor.

**Client 51:** Corporation; Risk Management; Assistance managing internal risk within a major US defense contractor.

Case No. 3:20-cv-03778-MMC
Amended Disclosure of Experts
Confidential – Subject to Protective Order

**Client 52:** Corporation; Operational Consulting Services; Assistance in operational risk in the nuclear power generation industry.

**Client 53:** Corporation; Operational Consulting Services; Assistance in an FCPA investigation on behalf of a national defense contractor.

**Client 54:** Individual; Protective Services; Protective services on behalf of a high net worth individual.

**Client 55:** Individual; Due Diligence; Due diligence on behalf of a high net worth individual.

**Client 56:** Corporation; Risk Management; Due diligence on behalf of a high net worth individual.

**Client 57:** Corporation; Investigations; Investigation into trade secret theft in the biotechnology field in anticipation of potential expert testimony.

**Client 58:** Corporation; Investigations; Investigation into allegations of fraud in an international construction company.

**Client 59:** Law Firm; Investigations; Cyber and forensic analysis of data in support of the defense of a class action lawsuit with a major US technology company.

**Client 60:** Corporation; Investigations; Investigation into allegations of fraud and cyber-crime on behalf a large US manufacturer.

**Client 61:** Corporation; Geopolitical; Assist in managing geopolitical risk on behalf of a large international extractive industries client.

**Client 62:** Corporation; Risk Management; Providing risk management and cyber security expertise to a national US political party.

**Client 63:** Individual ; Risk Management; Providing risk management and cyber security services to a high net worth individual and its family office.

**Client 64:** Law Firm; Operational Consulting Services; Data Risk management services on behalf of AI hardware company.

Case No. 3:20-cv-03778-MMC
Amended Disclosure of Experts
Confidential – Subject to Protective Order

**Client 65:** Corporation; Due Diligence; Assistance with the development of foreign government connectivity on behalf of a construction company.

**Client 66:** Law Firm; Investigations; Investigation into allegations of fraud at a US investment firm.

**Client 67:** Corporation; Investigations; Investigative services with respect to IP theft on behalf of a construction company.

**Client 68:** Individual; Asset Tracing; Asset tracing work on behalf a high net worth individual.

**Client 69:** Corporation; Investigations; Cyber investigation into potential IP theft on behalf of an internet services company.

**Client 70:** Law Firm; Investigations; Investigative services performed on behalf of an individual with respect to an IRS dispute.

**Client 71:** Individual ; Investigations; Investigation into allegations of fraud on behalf of a high net worth individual.

**Client 72:** Corporation; Geopolitical; Representation of a major US fishing corporation facing appropriation by a foreign government.

**Client 73:** Corporation; Operational Consulting Services; Assistance on behalf an aerospace company related to supply chain risk.

**Client 74:** Corporation; Investigations; Open source investigation as part of due diligence on behalf of US advisory firm.

**Client 75:** Corporation; Geopolitical; Assistance in negotiating settlement between two countries as a result of a large cyber theft.

**Client 76:** Law Firm; Operational Consulting Services; Investigative support and operational support on behalf of a west coast real estate company.

**Client 77:** Individual; Investigations; Investigations related to allegations of fraud on behalf of a high net worth individual.

Case No. 3:20-cv-03778-MMC
Amended Disclosure of Experts
Confidential – Subject to Protective Order

**Client 78:**  Law Firm; Investigations; Investigation into allegations of fraud between two business partners.

**Client 79:**  Corporation; Investigations; Investigation into allegations of fraud within nutritional company.

**Client 80:**  Corporation; Investigations; Investigation into allegations of intellectual property theft within pharmaceutical company.

**Client 81:**  Corporation; Investigations; Investigation of allegations concerning intellectual property theft within a pharmaceutical company.

**Client 82:**  Corporation; Investigations; Investigation of allegations concerning insider trading and fraud within a technology company.

**Client 83:**  Corporation; Operational Consulting Services; Assistance with risk management services for an Israeli technology company.

**Client 84:**  Corporation; Investigations; Investigation into allegations of fraud on behalf of a large US real estate company.

**Client 85:**  Corporation; Operational Consulting Services; Risk management analysis on behalf of a large US technology company.

**Client 86:**  Corporation; Operational Consulting Services; Risk management services and analysis on behalf of a large US technology company.

**Client 87:**  Corporation; Operational Consulting Services; Investigation into allegations of foreign influence in a large US technology company.

**Client 88:**  Corporation; Operational Consulting Services; Insider threat program management on behalf of a large US technology company.

**Client 89:**  Corporation; Operational Consulting Services; Investigation into allegations of intellectual property theft within a large US technology company.

Case No. 3:20-cv-03778-MMC
Amended Disclosure of Experts
Confidential – Subject to Protective Order

**Client 90:**  Law Firm; Investigations; Assisting an extractive industries company manage risk in several foreign jurisdictions.

**Client 91:**  Law Firm; Investigations; Forensic analysis of data on behalf of a real estate company.

**Client 92:**  Law Firm; Investigations; Forensic analysis of data on behalf of US company.

**Client 93:**  Corporation; Investigations; Investigation into market dynamics on behalf of a large European extractive industries company.

**Client 94:**  University; Protective Services; Provision of protective services for executives at a large US university.

**Client 95:**  University; Operational Consulting Services; Provision security services for a large US university.

**Client 96:**  University; Investigations; Investigation into allegations of racism at a large US university.

**Client 97:**  University; Protective Services; Provision of executive protection at a large US university.

**Client 98:**  University; Protective Services; Provision of protective services for various divisions of a large US university.

**Client 99:**  Law Firm; Investigations; Investigation on behalf of a US company related to intellectual property theft.

**Client 100:**  Corporation; Investigations; Investigation into various issues on behalf of a Norwegian investment fund.

**Client 101:**  Corporation; Investigations; Investigative research and analysis related to trademark infringement on behalf of a US corporation.

**Client 102:**  Law Firm; Investigations; Investigation within the real estate industry on behalf a US investment fund in anticipation of potential expert testimony.

**Client 103:**  Law Firm; Investigations; Investigation into allegations of fraud within a consumer goods manufacturing company.

Case No. 3:20-cv-03778-MMC
Amended Disclosure of Experts
Confidential – Subject to Protective Order

**Client 104:**  Law Firm; Investigations; Investigation into allegations of trademark and intellectual property theft at a foreign technology company.

**Client 105:**  Law Firm; Investigations; Investigation of a foreign technology company related to trademark and intellectual property theft in anticipation of potential expert testimony.

**Client 106:**  Corporation; Geopolitical; Assistance in managing sanctions related challenges on behalf foreign trading company.

<u>**Cody J. Deyarmin – Professional Engagements (Last Five Years):**</u>

**Section A – Deyarmin Engagements For Which Client Names May Be Disclosed**

- Chiron Technology Services, Inc.

- Mahlet Consulting, Inc.

- National Aeronautics and Space Administration

**Section B – Deyarmin Engagements Subject to Confidentiality Restrictions**

   Not Applicable

<u>**Michael R. Harrison – Professional Engagements (Last Five Years):**</u>

**Section A – Harrison Engagements For Which Client Names May Be Disclosed**

- ALKU, LLC

- Becton, Dickinson and Company

- Covenant Corporation

- Crest Security Assurance, LLC

- Endpoint Closing, LLC

- Fishbones Digital, LLC

- Guidehouse, Inc.

- GuidePoint Security LLC

- Leidos, Inc.

Case No. 3:20-cv-03778-MMC
Amended Disclosure of Experts
Confidential – Subject to Protective Order

- NTT DATA, Inc.

- Open Systems Information, Inc.

- Perspecta Inc. / Peraton Inc.

- Pyramid Systems, Inc.

- Six-Gun Security, LLC

- Summit-Tek, LLC

- Truist Bank

**Section B – Harrison Engagements Subject to Confidentiality/United States National Security Classification Restrictions**

During the last five years, Mr. Harrison has provided professional services to components of the United States Department of Defense. The nature of these engagements involves matters subject to United States national security classification controls, including information designated at the Top Secret / Sensitive Compartmented Information level. Pursuant to applicable federal law and binding security and non-disclosure obligations, Mr. Harrison is prohibited from disclosing specific agency components, program names, operational details, or the substantive nature of this work.

**Robert L. Allen – Professional Engagements (Last Five Years):**

**Section A – Allen Engagements For Which Client Names May Be Disclosed**

- Leidos Holdings, Inc.

- Open Systems Information, Inc.

**Section B – Allen Engagements Subject to Confidentiality/United States National Security Classification Restrictions**

During the last five years, Mr. Allen has provided professional services to components of the United States Department of Defense. The nature of these engagements involves matters subject to United States national security classification controls, including information designated at the Top Secret / Sensitive Compartmented Information level. Pursuant to applicable federal law and binding

security and non-disclosure obligations, Mr. Allen is prohibited from disclosing specific agency components, program names, operational details, or the substantive nature of this work.

**(6)     Prior Expert Testimony During The Past Five Years**

Mr. Laykin's engagements under which he has provided expert testimony during the past 5 years in connection with litigations are included in his resume attached hereto.  Mr. Deyarmin, Mr. Harrison and Mr. Allen have not provided expert testimony in connection with their professional engagements during the past five years.

Date:  February 23, 2026                                  Respectfully submitted,


   /s/ Alexander D. Pencu

Alexander D. Pencu (pro hac vice)
adp@msf-law.com
Christopher J. Major (pro hac vice)
cjm@msf-law.com
Jeffrey P. Weingart (pro hac vice)
jpw@msf-law.com
MEISTER SEELIG & FEIN PLLC
125 Park Avenue, 7th Floor
New York, NY 10017
Telephone: (212) 655-3500
Fax: (646) 539-3649


Patricia L. Peden (State Bar No. 206440)
DeMarcus B.T. Williams(State Bar No.329756)
20-3778@cases.warrenlex.com
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile

*Attorneys for Plaintiff*

Amended Disclosure of Experts
Confidential – Subject to Protective Order

# GLOBAL DATA **RISK**™ LLC



# Erik Laykin

**Erik Laykin** CHFI, CEDS, CFLC, JMG
CEO & Managing Partner

**GLOBAL DATA RISK LLC**

**Los Angeles**
US Bank Tower
633 West 5th Street
26th Floor
Los Angeles, CA 90071
Tel:   310.245.2902

**New York**
14 Wall Street
20th Floor
New York, NY 10005
Telephone: (212) 466-6464

erik.laykin@GlobalDataRisk.com

**CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

## Current Position

Erik Laykin is the CEO and Managing Partner of Global Data Risk LLC (GDR) Mr. Laykin manages complex investigations and disputes in a wide variety of industries including financial services, technology and international trade on behalf of litigants, corporations and government agencies. He has been recognized as one of the world's leading authorities on Trade Secret theft and investigations.

Mr. Laykin serves as an expert witness, investigator, Special Master and Independent Neutral to Federal and State courts in cases involving intellectual property, cyber crime, information technology failures, geo-political risk, financial services risk, valuations, eDiscovery, corporate espionage and other complex disputes which arise from the usage of digital data, computers, software, networks and the Internet. Through his ability to distill and simplify a broad range of technology concepts and issues, his clients have successfully resolved their disputes, many of which were valued in the billions of dollars.

For over 25 years Mr. Laykin has led multinational investigations on behalf of global financial institutions and corporations into fraud, corruption, international sanctions, due diligence, insider trading and regulatory violations. He has worked with a variety of institutions including the SEC (Securities and Exchange Commission) the FTC (Federal Trade Commission) the NYDFS (New York Department of Financial Services).

Mr. Laykin has served on many American Bar Association committees including as Co-Chair of the ABA's Computer Forensics Expert Witness Sub-Committee on several advisory boards including the California Judicial Council's Subcommittee on Digital Evidence, The Electronic Commerce Council, The State of California's Insurance Fraud Task Force and he is the past Pacific Rim Director of the FBI's INFRAGARD program. Over the course of his career, Mr. Laykin has trained and instructed thousands of corporate and government cyber investigators, lawyers, judges and eDiscovery professionals in the United States, Asia, Middle East and Europe.

Previously, Mr. Laykin was the Managing Director and Founding Practice Chair of the Kroll / Duff & Phelps Cyber Investigations, eDiscovery and Computer Forensics practices from 2008 through 2022. Prior to that, Mr. Laykin was the Director of Information Technology Investigations at Navigant Consulting, Inc. (NYSE: NCI) and in the mid 1990's was the Founder and President of Online Security, Inc., a pioneer in the emerging discipline of high technology investigations, computer forensics and electronic discovery.

Global Data Risk LLC.            T +1 212 466 6464        erik.laykin@GlobalDataRisk.com            Laykin Erik GDR TS CV 12 17  2025
14 Wall Street                   M +1 310 245 2902        www.GlobalDataRisk.com                    **CONFIDENTIAL – SUBJECT TO**
20th Floor                                                                                          **PROTECTIVE ORDER**
New York, NY 10005

## Selection of Noteworthy Cases

**Landmark Trade Secret Theft Investigation and Expert Witness Testimony**

*Waymo (Google) v. Uber*

On behalf of: <u>Goodwin Proctor</u> and <u>Boies Schiller</u>

Goodwin Procter, counsel to Ottomoto LLC and Otto Trucking LLC, along with Boies Schiller, counsel to Uber Technologies, engaged Mr. Laykin and his team in connection with this landmark trade secrets matter to opine on the sufficiency of internal forensics examinations conducted by a forensics team within Google LLC following the departure of Anthony Levandowski and the "Reasonableness" of Googles efforts to protect it's trade secrets. Mr. Levandowski was instrumental in developing key technology, particularly laser technology known as LiDAR, used in Google's Waymo self-driving car project. Waymo alleged that Levandowski improperly downloaded thousands of documents related to their driverless vehicle technology and then founded Ottomoto, which Uber subsequently acquired.

Mr. Laykin prepared several expert reports and provided testimony while supporting the legal teams technology requirements. As a result of Laykin's forensic investigation and testimony, Otto Trucking LLC was dismissed from the case, and Uber Technologies, Inc. was able to settle the matter on very favorable terms.

**Largest Bankruptcy in US History**

*United States Bankruptcy Court in re: Lehman Brothers Holdings Inc.*

On behalf of <u>Anton R. Valukas, Chairman of Jenner & Block</u>

On behalf of the court appointed examiner, Mr. Laykin led the team responsible for managing the data request, collection and analysis effort for the financial investigation of the largest bankruptcy in US history. In providing support to the financial analysis teams, Mr. Laykin directed the collection, and distribution analysis of over 40 million pages of documents culled from 7 petabytes of data in over 2,600 global systems. The effort resulted in a comprehensive 2,200 page report on the causes of the historic September 2008 failure of Lehman Brothers which was delivered to several branches of the US government including during Congressional testimony.

**Global Financial Services Leak Investigation**

On behalf of a <u>Global Financial Institution</u>

Mr. Laykin led the team responsible for managing a wide ranging data leak investigation at one of the worlds largest financial services firms which required coordination across multiple disciplines on 4 continents and in multiple languages. The multi-year probe led to the removal of key executives / board members, the establishment of new enterprise wide policy, regulatory and cultural improvements and the ceasing / prevention of key internal information making it's way to the global financial media.

**Global Intellectual Property and Patent Dispute**

On behalf of <u>Kelley Drye and Warren</u>

Appointed expert witness on behalf of defendant, a European based global Fortune 50 Company engaged in an intellectual property dispute with an American Fortune 100 company. The action rested on transactions and systems dating back to the mid 1990's. As an expert in the matter Mr. Laykin directed the management and retrieval of archival data from multiple global systems and successfully testified as to the impact of the plaintiff's actions and access to databases operated by the defendant.

Global Data Risk LLC.          T +1 212 466 6464          erik.laykin@GlobalDataRisk.com
14 Wall Street                 M +1 310 245 2902          www.GlobalDataRisk.com
20th Floor                                                **CONFIDENTIAL – SUBJECT TO**
New York, NY 10005                                        **PROTECTIVE ORDER**

**Hezbollah Sanctions / Forensic Accounting Investigation**

On behalf of the <u>Liquidator of a Middle Eastern Bank</u>

In furtherance of US national interests Mr. Laykin and his team designed and managed a multi-year forensic accounting investigation in the Middle East into the books and records of a seized and liquidated bank accused of facilitating financial transactions on behalf of Hezbollah, Iran and Syria throughout the world.  The investigation uncovered one of the largest money laundering schemes in history and resulted in sanctions against parties in multiple countries by the US Department of Treasury OFAC (Office of Foreign Asset Control)

**China Risk Assessment and Mitigation for Global Social Media Company**

On behalf of a <u>Global Social Media Company</u>

Mr. Laykin led the team responsible for managing the review, analysis and mitigation strategy for a global social media company facing unprecedented supply chain, reputational and internal risk from it's relationship with China. Mitigating risks related to geopolitical realities, insider risk, intellectual property, supply chain issues and human resource concerns the team provided a roadmap with key actionable intelligence and short/long term strategic guidance on growth, sustainability and risk management allowing the company to retain and grow enterprise value.

**Japanese Electronic Data Preservation and Analysis**

On behalf of <u>Howrey</u>  and  <u>McDermott Will & Emory</u>

Served in Japan as the lead computer forensic / eDiscovery advisor for the joint defense team representing one of Japan's largest corporations which was facing significant patent claims. Successfully led a multidisciplinary in-country team identifying, collecting and preserving legacy physical records and contemporary electronic records in accordance with the corporation's US discovery obligations. Certified to the Japanese Government on all State Secret designations and navigated multicultural challenges facing the client and the legal teams. Analyzed and produced significant volumes of Japanese language documents in US Federal Court leading to a positive outcome for the client.

**Global Intellectual Property and Patent Dispute**

On behalf of <u>Major European Manufacturer</u>

Successfully investigated a multi-million dollar financial breach  (Business email compromise) as the result of an orchestrated man-in-the middle attack on the US Subsidiary of a major European manufacturer. The attack resulted in multiple million dollar illicit wire transfers being authorized and distributed to 10 different banks in Hong Kong and the Peoples Republic of China. Through on the ground action in HK and the PRC coupled with aggressive negotiation with one of the worlds largest banks that facilitated the transfers due to poor governance and controls, 80% of the funds were recovered with the insurance carriers picking up the shortfall.

### Global Cyber Crime Conspiracy

On behalf of <u>Baker Hostetler</u>

As expert witness and Special Master to the Federal Court, Mr. Laykin managed the strategic direction of the plaintiff's global electronic evidence preservation, analysis and discovery requirements. Directing both local teams and subcontracted teams from "Big 4" consulting firms on several continents, Mr. Laykin successfully acquired digital evidence which thwarted a major global cyber crime conspiracy which included both intellectual property theft and trade secret misappropriation where the plaintiff had already suffered considerable loss. As a result of Mr. Laykin's testimony, the defendants elected for settlement.

### Global Trademark Infringement and Trade Secret Theft Matter

On behalf of <u>Kelley Drye and Warren</u>

On behalf of defendant and counter claimant: one of India's largest online businesses, Mr. Laykin was appointed expert witness in a trademark infringement matter, valued at over 60 million dollars, which had lingered for several years. Through extensive discovery and pretrial investigations, Mr. Laykin and the electronic evidence team was able to establish substantial evidence favorable to the position of the defendant, thereby helping to induce positive early settlement.

### California Insurance Fraud Matter

On behalf of <u>Ford, Walker, Haggerty and Behar</u>

On behalf of several co-defendant insurance carriers, Mr. Laykin was appointed expert witness for the purpose of testifying to the market value of an online business which had suffered a catastrophic fire several years earlier and had filed a claim for exorbitant losses based on inflated internet valuations. As a result of Mr. Laykin's testimony, plaintiff settled with the insurance carriers for an amount equal to a small fraction of their original claim.

### National Intellectual Property Theft and Unfair Competition Dispute

On behalf of <u>Goodwin Procter</u>

Plaintiff's counsel appointed Mr. Laykin to establish a basis for intellectual property violations based on the unfair usage of computer code. Mr. Laykin and his team examined thousands of pages of database and programming code from both plaintiff and defendant and provided a basis for the argument that the defendant had both infringed on plaintiffs intellectual property and was engaging in unfair competitive practices. As a result of Mr. Laykin's testimony, defendant settled on terms favorable to the plaintiff.

### Trade Secret Theft Investigation and Expert Witness Testimony

On behalf of <u>Schiff Harden</u>

Plaintiff's counsel engaged Mr. Laykin and his team to investigate the circumstances surrounding the departure of a key employee of an American defense contractor and heavy equipment manufacturer to a foreign competitor. As a result of Mr. Laykin's computer forensic investigation an emergency TRO was granted against the defendant. Subsequent investigation, analysis and courtroom testimony by Mr. Laykin proved willful destruction of electronic data by the defendant and the theft of thousands of mission critical computer files from the employer. Plaintiff prevailed in court on all claims.

Global Data Risk LLC.           T +1 212 466 6464        erik.laykin@GlobalDataRisk.com
14 Wall Street                  M +1 310 245 2902        www.GlobalDataRisk.com
20th Floor                                               **CONFIDENTIAL – SUBJECT TO**
New York, NY 10005                                       **PROTECTIVE ORDER**

International Anti-Trust Litigation eDiscovery Dispute and Expert Testimony

On behalf of Jones Day

Joint defense counsel appointed Mr. Laykin eDiscovery expert, to develop a process for the management of the processing of millions of emails within a highly truncated court ordered timeframe and to opine on the feasibility of the plaintiff's eDiscovery demands from a technical standpoint. As a result of Mr. Laykin's analysis, testing and testimony the Court found for the defendants approach resulting in a savings of tens of millions of dollars and a swift settlement of the longstanding antitrust claims against several multinational corporations.

### Global Internet Virus / Worm Investigations

On behalf of a  Fortune 100 company

Appointed by one of the world's leading software companies to investigate the global proliferation of internet based viruses and worms which seriously jeopardized the firm's reputation and market position.  Mr. Laykin and his team led a multi-year project which included designing and deploying one of the world's first commercial honey-nets on 3 continents for the purpose of developing an early warning system and forensic data acquisition capabilities for real-time malware analysis. As a result of Mr. Laykin's analysis and data acquisition, the client was able to establish several new initiatives for the prevention of further attacks. In addition Mr. Laykin developed and proposed a bounty system for the client to further entice whistleblowers to turn in hackers. This unique program which is still in use was adopted and provided additional relief to the client. Further, Mr. Laykin successfully identified the author of one of the primary malicious viruses which allowed the FBI to make one of its first high profile arrests of a US based hacker responsible for virus development and its propagation to thousands of computers worldwide.

### Trade Secret Theft Resolution: Large Scale Data Remediation

On behalf of Jones Day

On behalf of a German Pharmaceutical company that had been successfully sued by an American Pharmaceutical company for trade secret theft; Mr. Laykin led a team of experts in multiple U.S locations tasked with identifying and remediating the infringing data in question from hundreds of users computers, servers, backups and hand held devices. Under severe time constraints to meet the order of the court, the team successfully met the mandate while developing a framework that allowed the defendant company to continue day to day operations without interruption.

### Grammy Winning Song Intellectual Property Dispute and Expert Testimony

On behalf of Bryan Cave and Loeb & Loeb

Counsel for defendants, a top pop entertainment band, engaged Mr. Laykin as a testifying expert witness to opine on the origin and authenticity of digital media presented by plaintiff whom had claimed to be the legitimate author of a Grammy award winning song; which was also the world's most downloaded digital song in the history of Apple iTunes. As a result of Mr. Laykin's analysis and testimony which contravened the testimony of two opposing forensic experts, it was established that the plaintiff's claims were false and further that the destruction of evidence was prejudicial to the defendants. Subsequently, the Judge granted summary judgment in favor of the defendants and sanctioned the plaintiff for spoliation.

Global Data Risk LLC.      T  +1 212 466 6464      erik.laykin@GlobalDataRisk.com
14 Wall Street             M +1 310 245 2902       www.GlobalDataRisk.com
20th Floor                                         **CONFIDENTIAL – SUBJECT TO**
New York, NY 10005                                 **PROTECTIVE ORDER**

**Receivership of Fraudulent Internet Health Supplement Business**

On behalf of the <u>Federal Trade Commission</u>

On behalf of the FTC and in cooperation with local law enforcement, Mr. Laykin and his team assisted the appointed Receiver in conducting an early morning raid on a fraudulent business promoting online health supplements. As a result, electronic systems were seized, preserved and maintained for operational purposes. Subsequent data analysis allowed for restitution for victims throughout the United States and the preservation of evidence to bar the perpetrators from further activity and to disgorge them of profits.

**International Crypto-Currency Theft Investigation and Financial / Regulatory Restructuring**

On behalf of an industry leading <u>Crypto Lender</u>

A leading US based Crypto Lender engaged Mr. Laykin and his team to lead an internal investigation into the mysterious theft of crypto currency assets held in trust by the company. The combination of forensic accounting and field investigations in multiple countries resulted in the first known successful recovery in a large scale crytpo theft. As an addition to the engagement the team was engaged to review and restructure internal systems and controls to both ensure regulatory compliance and safe operational management for the executive leadership.

**Anti-Money Laundering / Sanctions Investigation at an International Bank**

On behalf of a leading <u>Mediterranean Bank</u>

Mr. Laykin and his team were engaged by a leading Mediterranean Bank to review and analyze systems, process, controls, accounts and counterparties for potential violations of Sanctions or AML (Anti-Money Laundering) regulations in the United States and the European Union. Thousands of accounts were reviewed along with an internal review of systems and controls to allow the bank to represent it's state of compliance with regulators with independent authority.

**Chinese State Sponsored attack on a US / International Law Firm**

On behalf of an <u>International Law Firm</u>

After mysterious signals intelligence revealed anomalous network activity at a US based international law firm that resulted in the shut down of global access for all partners and associates, Mr. Laykin and his team managed a highly sensitive investigation. This resulted in the determination that the firm had been hacked by the Chinese government in an effort to disrupt the firms representation of a leading Chinese dissident.

**Russian Sanctions Analysis**

On behalf of one of the worlds largest <u>Fertilizer Producers</u>

In the wake of the Russian / Ukrainian War, Mr. Laykin and his team were engaged to review European sanctions against one of the largest Russian Fertilizer companies and how best to manage export and transportation roadblocks created by certain member states who were not compliant with EU regulatory guidance. In furtherance of US Department of State Policy and the United Nations Food Safety program the GDR mandate was to help ensure that non-sanctioned Fertilizer products made it's way to those in need in Africa and elsewhere.

Global Data Risk LLC.              T +1 212 466 6464        erik.laykin@GlobalDataRisk.com
14 Wall Street                     M +1 310 245 2902        www.GlobalDataRisk.com
20th Floor                                                  **CONFIDENTIAL – SUBJECT TO**
New York, NY 10005                                          **PROTECTIVE ORDER**

**Global Insider Risk Program Development and Implementation**

On behalf of one of the world's leading <u>Social Media Platforms</u>

In anticipation of greater challenges in protecting user data, intellectual property and threats from state sponsored actors, and at the direction of the CEO and Board of Directors; Mr. Laykin led a team of experts to design and implement a global insider risk program for one of the worlds leading Social Media Platforms which spanned a geographic footprint around the globe. The holistic program which layered technology with operations and security and regulatory compliance, needed to take into consideration cultural, social and programmatic issues as well as internal real time / zero day threats to key technology, highly confidential user data and traditional physical risks.

*References on Request*

Global Data Risk LLC.          T  +1 212 466 6464          erik.laykin@GlobalDataRisk.com
14 Wall Street                M +1 310 245 2902          www.GlobalDataRisk.com
20th Floor                                              **CONFIDENTIAL – SUBJECT TO**
New York, NY 10005                                      **PROTECTIVE ORDER**

**Expert Witness Testimony, Special Master and eDiscovery Neutral Case List**

Note: This case list does not include consulting matters, investigations and other non-testifying matters.  Underlined parties represent the engaging client.

| COURT and CASE NUMBER | CASE NAME |
|---|---|
| United States District Court Northern District of California Case No. 3:25-cv-04108 | *CureIS Healthcare Inc. v. Epic Systems Corporation |
| JAMS Arbitration | *Groq, Inc. v. Thomas Sohmers, Edward Kmett, Sheryl Savage, John Fry, and PositronAI, Inc. |
| Orange Country Superior Court Case Co. 30-2022-01290254-CU-BT-CXC | Leslie Lundin, et al. v. David Goldman, et al. |
| United States District Court – Western District of Texas Case No. 1:24-cv-00314-RP | *Cesium Astro, Inc. v. Erik Luther et al |
| Second Judicial District Court of the State of Nevada in and for Washoe County Case No. CV21-00076 | *Saint Mary's Medical Group, Inc.,a Nevada Corporation; Prime Healthcare Services – Reno, LLC dba Saint Mary's Regional Medical Center a Delaware limited liability company v. Pinnacle Medical Group, Northern Nevada, Pinnacle Medical Group, Pinnacle Management Group NV, LLC, Pinnacle Medical Group (Hicks) P.C., Chris King, Linda Lassner and Katherine McCoy. |
| United States District Court Southern District Florida Case No. 0:23-CV-61621-RS | *Lupin Atlantics Holdings SA and Lupin Inc. v. Xian-Ming Zeng, Transpire Bio, Inc. Axel Perlwitz and William Schachtner |
| Superior Court of the State of California County of Riverside – Historic Courthouse Case No. RIC1905818 | Esmar Management Croup Inc. v. Olivet International Inc. and Ecotech Consumer Products LLC |
| United States District Court Southern District of New York Case No. 24-CV-02639 | *Adstra, LLC v. Kinesso, LLC and Acxiom, LLC |
| United States District Court Northern District of California Oakland Division Case No. 4:23-cv-04057-YGR | *Qorvo, Inc. v. Yalcin Bulut, an individual ; and Menlo Microsystems, Inc. A Delaware corporation. |
| United States District Court District of Nevada Master Case No.: 2:20-cv-00376-GMN-NJK | Consolidated Class Action Complaint in re MGM Resorts International Data Breach Litigation |
| Superior Court of the State of California for the County of Santa Barbara Case No. | Matilda Dahlin, on behalf of herself and all others similarly situated, v. Bath & Body Works Inc. f/k/a L Brands, Inc. |
| Court of Common Pleas of Allegheny County, Pennsylvania G.D No. 21-009142 | Malinda S. Smidga and Ashley Popa, individually and on behalf of all others similarly situated v. Bath & Body Works, LLC. |
| District Court of Jerusalem Israeli Judicial Authority | Hilton Worldwide Management Limited v. Financier Immobilier Bordeaux and Michel Ohayon |

Global Data Risk LLC.
14 Wall Street
20ᵗʰ Floor
New York, NY 10005

T +1 212 466 6464
M +1 310 245 2902

erik.laykin@GlobalDataRisk.com
www.GlobalDataRisk.com
**CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

| COURT and CASE NUMBER | CASE NAME |
|---|---|
| JAMS Alternative Dispute Resolution Reference # 5220002320 | ZenLayer Inc. V. Solana Foundation |
| United States District Court for the Western District of Washington Case No. 2:21-cv-00437-TSZ | *Railcar Management, LLC v. Cedar AI, Inc. et al |
| Circuit Court of Jackson County, Missouri at Kansas City Case No. 2016-CV19109 | L.R.G v. Saint Luke's Shawnee Mission Health System, Inc. |
| United States District Court Clark County, Nevada Case No. A-20-808902-C | The Parking Reit, Inc., MVP Reality Advisors, LLC., Vestin Mortgage, LLC, Michael V. Shustek v. Ira S. Levine, Levine Law Group Inc. |
| Superior Court of the State of California for the County of Los Angeles Case No. BC290553 | Shailesh Jogani v. Haresh Jogani ; J.K. Properties, Inc. ; H.K. Realty, Inc. ; Commonwealth Investments, Inc. ; Mooreport Holdings Limited ; Gilu Investments Limited |
| Superior Court of the State of California for the County of Orange Case No. 30-2016-00861757-CU-BT-CXC | *Internet Connectivity Group, Inc. v. Kevin Howard, Kurtis Van Horn Jr. Douglas Manchester, Cloverleaf Media LLC, Manchester Financial Group LP |
| FCMC Regulatory Action on behalf of Latvian Federal Government. | Rietumu Banka vs. Latvian Financial and Capital Market Commission (FCMC) |
| United States District Court for the Eastern District of Pennsylvania. Civil Action No. 19-cv-2011-JS | *Merck Sharp & Dohme Corp. v. Pfizer Inc. and Wendy Watson. |
| Superior Court for the State of California County of Riverside Case No: RIC 1905843 | Ennis, Inc., a Texas corporation ; Crabar/GBF, Inc. A Delaware corporation v. PDF Print Communications, Inc., a California corporation, Kevin Mullaney, and Fernando Cortes. |
| Superior Court for the State of California County of Santa Clara – Unlimited Jurisdiction. Case No. 20CV361950 | *Blackberry Corporation a Delaware corporation : Cylance, Inc, a Delaware Corporation vs. Sentinel Labs, Inc. A Delaware Corporation dba SentinelOne. |
| American Arbitration Association, AAA No. 01-18-00003-1318 | *Liebert Corporation v. SVO Building One, LLC |
| Utah Third Judicial District Court, Salt Lake County, Case No. 200905311 | *Denton House Interiors, Inc. v. Discovery Land Company |
| Arbitration - Maryland JAMS Ref No. 14100008614 | Battaglia v. Fisch Sigler LLP |
| Superior Court of California, County of Los Angeles, Case No. 20SMV01175 | Skylight Advisors LLC v. Zephyr Investment Company |
| Judicial Arbitration and Mediation Services Reference No. 1100106192 | *Alector, Inc. and Alector LLC v Dr. Asa Abeliovich |
| Superior Court of the State of California County of Santa Clara Case No. 16-cv-291137 | *Agilent Technologies, Inc., a Delaware Corporation v. Twist Bioscience, Corp., a Delaware Corporation ; Emily Leproust, an Individual ; Siyuan Chen, an Individual, Solage Glaize, an Individual. |

Global Data Risk LLC.          T +1 212 466 6464          erik.laykin@GlobalDataRisk.com
14 Wall Street                 M +1 310 245 2902          www.GlobalDataRisk.com
20th Floor                                                **CONFIDENTIAL – SUBJECT TO**
New York, NY 10005                                        **PROTECTIVE ORDER**

| COURT and CASE NUMBER | CASE NAME |
|---|---|
| District Court, Denver County State of Colorado Case No. 2018CV34191 | David Lechner, an individual vs. Salt Lending Holdings, Inc. a Delaware Corporation ; Shawn Owen, an individual, Gregory Bell, an individual ; Benjamin Yablon, an individual and Blake Cohen, and individual. |
| Superior Court of the State of California for the County of Santa Clara Case No. 19cv342228 | *Sunpower Corporation v. Gabriela Bunea ; Standard Industries, Inc. ; GAF Energy |
| Superior Court of the State of California for the County of Santa Clara Case No. 19cv349042 | *Sunpower Corporation v. Martin Debono ; Standard Industries, Inc. ; GAF Energy |
| Circuit Court of the City of St. Louis State of Missouri Case No.1122-CC00556 | Beau & Jessica Benskin et al v. Archer Daniels Midland Company |
| American Arbitration Association, New York Case No. 01-18-0002-4773 | Party City Corporation vs. Cayan LLC |
| Superior Court of the State of California for the County of Los Angeles Case No. BC564146 | Shailesh Jogani v. Haresh Jogani ; J.K. Properties, Inc. ; H.K. Realty, Inc. ; Commonwealth Investments, Inc. ; Mooreport Holdings Limited ; Gilu Investments Limited |
| United States District Court for the Central District of California, Western Division Case No. SACV09-00682BRO(ANx) | *Contemporary Services Corporation vs. Landmark Event Staffing Services, Inc. ; Peter Kranske ; Michael Harrison |
| United States District Court for the Central District of California, Western Division Case No. 2:16-cv-8962(KSx) | Manufacturing Automation & Software Systems, Inc. vs. Kristopher Hughes ; James Huysentruyt ; Informatrac, Inc. ; Edward Nugent |
| United States District Court for the Northern District of Illinois, Eastern Division  Case No. 16-cv-8794 | GC2 Incorporated v. International Game Technology et al. |
| Judicial Arbitration and Mediation Services (JAMS) Reference Nos. 1100086069 and 1100086032) | Google LLC v. Anthony Levandowski and Lior Ron |
| United States District Court for the Northern District of California, San Francisco Case No. 3:17-cv-00939-WHA | *WAYMO LLC (Google) v. Uber Technologies, INC.; Ottomotto LLC.; Otto Trucking LLC. |
| United States District Court for the Southern District of Florida Case No. 9:16-cv-80502-BB | Justin Bouton v. Ocean Properties, LTD and GHM Jupiter, LLC. |
| United States District Court Central District Case No. 2:16-cv-01096 | *Lateral Link Group Co-Op, LLC v. Ryan Turley and Austin Wilson |
| United States District Court for the Western District of Wisconsin Case No. 14-CV-748-WMC | *Epic Systems Corporation v. Tata Consultancy Services Limited, an Indian Corporation; and Tata America International Corporation (dba TCS America), a New York Corporation. |

Global Data Risk LLC.
14 Wall Street
20th Floor
New York, NY 10005

T +1 212 466 6464
M +1 310 245 2902

erik.laykin@GlobalDataRisk.com
www.GlobalDataRisk.com
**CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

| COURT and CASE NUMBER | CASE NAME |
|---|---|
| United States District Court for the Central District of California Case No. SACV09-00681 BRO (ANx) | *Contemporary Services Corporation v. Landmark Event Staffing Services, Inc., a Delaware corporation, Peter Kranske, an individual, and Michael Harrison, an Individual. |
| United States District Court for the Central District of California Case No. Pending | UBS Financial Services LLC vs Teresa Sue Harmon, Jose Moreno, Michael B. Dye, Oliver Cervantes, Dakota Murphy, Wendy Keeler and Wells Fargo Advisors LLC et al. |
| United States District Court for the Central District of California, Western Division Case No. 2:14-CV-03326-MMM-PLA | *Excela Creative LLC; Excela MKTG LLC, Telewise LLC dba Stylemined v. Deal Segments LLC dba ChicTreat et al. |
| United States District Court for the Southern District of Texas, Houston Division Civ.Action No 4:13-cv-01566 | **Elliott Company vs. Alex Tetlow and Mitsubishi Heavy Industries (MHI) Compressor International Corporation |
| Superior Court of the State of California for the County of Los Angeles, Case No. 097 667 | **Koppelman Community Property Trust vs. Hillari Koppelman |
| United States District Court for the Central District of California – Southern District Case No. 8:14-CV-01990-JLS-RNB | *Canon Solutions America, Inc. a New York Corporation v. Cell Business Equipment, d/b/a CBE Office Solutions a California corporation; Arvin Gungap, a citizen of California; and does 1-25, citizens of California. |
| Superior Court of the State of California for the County of Los Angeles, North Valley District, Chatsworth Case No. PC051939 | Jonathan D. Aune vs. Holly R. Lahti a/k/a R. Alford |
| United States District Court for the Northern District of Illinois Case No. 08-cv-6910 | Potash Antitrust Litigation (II) MDL Docket No. 1996 |
| United States District Court for the Central District of California, Southern Division Case No.  SACV12-02111 CJC (MLGx) | *Insight Global, LLC, a limited liability company, Plaintiff, v. Joseph Paul Michael Angeleo, an individual, Defendant. |
| United States District Court for the Northern Division of Illinois, Eastern Division Case # 11-1652 | *Technomatic S.p.A., vs. Remy Inc., Hanson Systems LLC., (D.B.A Eagle Technologies Group) Odawara Automation Inc., Remy International Inc., Delco Remy Mexico, S.R.L de C.V., Remy Componentes S. de R.L de C.V. |
| Superior Court of the State of California for the County of Los Angeles Case # BC 445 680 | **Richline Textile, Inc., DBA Teaze Clothing vs Kristen Lantz, Hector Loza, William Tenenblatt, Anna Tenenblatt, the Tenenblatt Partnership LP., Charles Javer, Kevin Port, Matchmaster Dyeing and Finishing, Inc., Teaze Clothing, Incorporated, Guru Knits, Inc. |
| Superior Court of the State of California for the County of San Diego Case # 37-2011-00088577-CU-MC-CTL | *Robert Kulakowski vs. Verimatrix Inc. |

Erik Laykin CV

Global Data Risk LLC.
14 Wall Street
20th Floor
New York, NY 10005

T +1 212 466 6464
M +1 310 245 2902

erik.laykin@GlobalDataRisk.com
www.GlobalDataRisk.com
**CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

| COURT and CASE NUMBER | CASE NAME |
|---|---|
| United States District Court for the Eastern District of New York<br>Case # 09-4845 | Electrograph Systems Inc. vs. Epson Electronics America, Inc., Hitachi Ltd, Sharp Corporation, Toshiba Corporation, Sanyo Consumer Electronics Ltd., LG Display Co. Ltd., Samsung Electronics Inc., AU Optronics Corporation, Chi Mei Corporation, CMO Japan Co., Ltd., NexGen MediaTech Ltd., Chung hwa Picture Tubes Ltd., Tatung Company of America Ltd., Hannstar Display Corporation, Mistui & Co., Ltd. Et al |
| Circuit Court of the Sixteenth Judicial Circuit – Kane County, Illinois<br>Case No.  11 CH 3537 | *JLG Industries, Inc. v. David R. Baxter and Skyjack Corp. |
| United States District Court for the Northern District of California<br>Case No. CV-09-5749-BZ | Cataphora, Inc. vs. Jerrold Seth Parker, Dawn M. Barrios, Victor Manuel Diaz, Ben Gordon, Daniel E. Becnel, Jr., Ervin Amanda Gonzalez, Hugh P. Lambert, Arnold Levin, Christopher Seeger, Scott Weinstein, Gerald E. Meunier, James Robert Reeves, Bruce William Steckler, Russ M. Herman, Leonard Davis, and Does 1 - 50, inclusive. |
| United States District Court for the Central District of California, Southern Division<br>Case No. SACV10-1656 JST (RZx) | Bryan Pringle v. William Adams, Jr.; Stacy Ferguson; Allan Pineda; and Jaime Gomez, all individually and collectively as the music group The Black Eyed Peas, et al. |
| United States District Court for the Western District of Washington, Seattle<br>Case No. C10-268 TSZ | *Straitshot Communications, Inc. v. Telekenex, Inc., Mark Prudell and Joy Prudell, Mark Radford and Nikki Radford, Joshua Summers and Julia Summers, AnthonyZabit and Jane Zabit, Brandon Chaney and Jane Doe Chaney, Mammoth Networks, LLC, and Brian Worthen and Jane Doe Worthen |
| Superior Court of the State of California for the County of San Bernardino, Central District<br>Case. No. CIVSS-814598 | Tracy A Yarbough-Moore v. Addus Healthcare, Inc. |
| Superior Court of the State of California for the County of San Diego<br>Case. No. 37-2009-00086022-CU-PO-CTL | Jeff Fratilla v. So Relax California, Inc., et al. |
| Superior Court of the State of California for the County of Los Angeles, Central District<br>Case No. BC385368 | The Estate of Joseph Omar Cosina et al v. Crash Mansion LA. |
| United States District Court for the Southern District of California<br>Case No. 09'CV0723 | **Ann Capozza, Anthony Capozza, Capstone Investments, Capstone Group LLC, and Capstone Partners v. Steven Martinez, Kenneth Goerzt, Goertz & Martinez, CPA, EFTPS-2007, Inc., EFTPS-2008, Inc., Goertz & Martinez, CTA, Inc., and DOES 1-10 |
| United States District Court, Central District of Florida, Orlando Division<br>Case No. 6:08-cv-1872-ORL-31GJK | Federal Trade Commission vs. CyberSpy LLC and Tracer Spence. |

Global Data Risk LLC.  
14 Wall Street  
20th Floor  
New York, NY 10005

T  +1 212 466 6464  
M  +1 310 245 2902

erik.laykin@GlobalDataRisk.com  
www.GlobalDataRisk.com  
**CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

Erik Laykin CV

| COURT and CASE NUMBER | CASE NAME |
|---|---|
| United States District Court for the Southern District of Texas, Houston Division<br>Case No. 4:2008cv00338 | *Control Components, Inc. vs. Juan Ricardo Simeoni, David Minoofar, Vinay Nagpal, Sanjay Sherikar, Koso America Inc., Nihon Koso (Japan) Ltd. and Baro Control Valve, Inc. |
| United States District Court for the District of Connecticut<br>Case No. 3:07CV171 | *Sedona Corporation vs. Open Solutions Inc. |
| United States District Court for the District of Arizona<br>Case No: 08-15991 | **Transwestern Pipeline Company LLC v. 17.19 Acres of Property Located in Maricopa County; Agua Fria Investments, LLC, a Delaware limited liability company; First National Bank of Olathe, a Kansas corporation; J. Lawrence McCormley |
| United States Securities and Exchange Commission | SEC vs. (Confidential) |
| Superior Court of the State of California for the County of Los Angeles<br>Case No. VC 047347 | Chi Ming Fan vs. Horizon Grocers LLC, A California Limited Liability Corporation and Carmanita Corporation, A California Corporation |
| Superior Court of the State of California for the County of San Diego<br>Case No. GIC 853833 | *Baja Bound Insurance Services Inc., a California Corporation vs. Richard Allen Crews Individually dba Mexbound.com, Brian Archambo Individually and dba Mexbound aka Mexbound.com; Baja-Mex Insurance Services Inc., a Corporation |
| United States District Court for the District of Minnesota<br>Case No. 06-2446 JRT/FLN | *NAU Holding Company LLC, a Minnesota Limited Liability Company vs. Crop 1 Insurance Direct Inc., a Wyoming Corporation, Farm Bureau Mutual Insurance Company, an Iowa Corporation and Ecliptic Technologies Inc., a North Dakota Corporation |
| Superior Court of the State of California for the County of Los Angeles<br>Case No. BC 336916 | Burnie Allen, an individual, as an individual and as Co-Trustee and Beneficiary of the Burnie Allen Trust v. Gary Allen, an individual and as Co-Trustee and Beneficiary of the Gary and Robin Allen Family Trust; Robin Allen, as Co-Trustee and Beneficiary of the Gary and Robin Allen Family Trust; Ampac Insurance Marketing, Inc., and Does 1 – 5 inclusive |
| CA Dept of Justice before the Division of Medical Quality Medical Board of CA, Dept of Consumer Affairs State of CA<br>Case No 11-04-162836 | Gloria L. Castro, Deputy Atty General of the State of CA, CA Dept of Justice Attorney for Complainant v. Lawrence Koplin, M.D. |
| CA Dept of Justice before the Division of Medical Quality Medical Board of CA, Dept of Consumer Affairs State of CA<br>Case No 05-2001-124743 | Bill Lockyer, Atty General of the State of CA, John DeCure, Deputy Attorney General, CA Dept of Justice Attorneys for Complainant v Gary J. Ordog, M.D., Newhall CA |
| US District Court for the Southern District of California<br>Case No. 04 CV 1479 H (BLM) | TrekEight, LLC, a California Company limited liability company v. Symantec Corporation, a Delaware Corporation |
| Supreme Court of the State of New York County of New York<br>Case No. 601357-2005 | *Genserve, Inc. v. Unity International Inc., Joseph Belmonte Sr., Joseph Belmonte Jr., James Guida, & William Randel |

Global Data Risk LLC.<br>14 Wall Street<br>20th Floor<br>New York, NY 10005

T +1 212 466 6464<br>M +1 310 245 2902

erik.laykin@GlobalDataRisk.com<br>www.GlobalDataRisk.com<br>**CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

| COURT and CASE NUMBER | CASE NAME |
|---|---|
| US District Court for the Northern District of Illinois, Eastern Division<br>Civil Action No. 03 CV 07882 | Evelyn Clark, on behalf of herself and all other others similarly situated v Experian Information Services d/b/a Consumerinfo.com, Inc. |
| US District Court for the Western District of Oklahoma<br>Case No. CIV-04-1013-W | Robert H. Braver, an individual v Ameriquest Mortgage Company, a Delaware corporation; Innovative Marketing, Inc., d/b/a Lead Extreme, a Washington corporation; The Loan Page, Inc. a Delaware corporation; Go Aplly, Inc., d/b/a Eleadz, a Nevada corporation, John Does 1 -50 |
| Circuit Court of the First Judicial District of Hinds County, Mississippi<br>Civil Action No. 251-04-642CIV | *Eaton Corporation; Aeroquip-Vickers, Inc.; Eaton Hydraulics, Inc. f/k/a Vickers, Inc.; & Eaton Aerospace, LLC v Jeffery D. Frisby, Individually; Kevin E. Clark, Individually; James N. Ward, Individually; Douglas E. Murphy, Individually; Rodney L. Case, Individually; Billy D. Grayson, Individually; Frisby Aerospace LLC, Frisby Aerospace Inc n/k/a Four Seventeen Aerospace, Inc; Triumph Group, Inc.; The Triumph Group Single Business Enterprise; and certain Doe Defendants numbers 1 – 150 |
| US District Court for the Southern District of New York<br>Case No. 05 CV 5597 (GEL) (DFE) | *Solar Tours Inc, v Luis Macias d/b/a Tournet Systems v Rafeal A. Chieca & Rudy Tan a/k/a Rudy Fnu |
| US District Court for the Eastern District of Michigan, Southern Division<br>Case No. 05-72031 | *Easton Sports, Inc., a California corporation v Warrior Lacrosse, Inc., a Michigan corporation and New Balance Athletic Shoe, Inc., a Massachusetts corporation |
| US District Court for the Southern District of New York<br>Case No. 04-CV-00604 (CSH) (DFE) | Logicom Inclusive Inc.d/b/a Logicom Inc.; Stephen Boriotti and Richard Rosen v W.P. Stewart & Co., William P. Stewart; John C. Russell; Edward Butler; & Rocco Macri |
| American Arbitration Association<br>Case No. 7311700207 03 ARC | Laguna Coast Publishing, Inc. dba Performance Racing Industry v. Gomembers, Inc. |
| US District Court of Eastern Michigan<br>Case No. 02-70906 | *Compuware Corporation, a Michigan corporation vs International Business Machines Corporation (IBM), a Delaware corporation |
| Superior Court of the State of California for the County of Orange<br>Case No. 02CC00003 | Peggie Jo Brown, Rick Hornbeck, and Laurel Nevans v. Erie Insurance Exchange Company, The Chubb Group, Federal Insurance Company, Salor & Hill Company |
| Superior Court of the State of Califormia for the County of Los Angeles<br>Case No. BC 280222 | *McFarlin Graphic Systems, Inc. dba McFarlin Group vs. Shell Oil Company, et al |
| US District Court for the County of Maryland, Northern Division<br>Civil No. AMD 03 CV 3108 | Federal Trade Commission v. D Squared Solutions, LLC, a California limited liability company; Anish Dhingra, individually and as an officer of D Squared Solutions, LLC; Jeffrey Davis, individually and as an officer of D Squared Solutions, LLC |
| Superior Court of the State of California For the County of Orange, OCDA<br>Case No. 01F11792 | People of the State of California vs. Timothy Chavez |

Global Data Risk LLC.    T +1 212 466 6464    erik.laykin@GlobalDataRisk.com
14 Wall Street    M +1 310 245 2902    www.GlobalDataRisk.com
20th Floor    **CONFIDENTIAL – SUBJECT TO**
New York, NY 10005    **PROTECTIVE ORDER**

| COURT and CASE NUMBER | CASE NAME |
|---|---|
| US District Court for the Eastern District of California<br>Case No. CR-F-03-5142 OWW | United States of America vs. Terry L. Walton and Everett Rabbon, Jr. |
| US District Court of California<br>Case No. CA-1193-A (Lee) | *Physicians Interactive (a division of Allscripts, LLC v. Lathian Systems, Inc. Stephan Martinez and John Does 1-10 |
| U.S. District Court for the Eastern District of New York<br>Case No. 02-CIV-04195 (DGT) (RLM) | Elizabeth De Chanval Pellier v. British Airways, Plc., Irving Rudowitz, Rosemary Rogers, Dan Driscoll, and Doug Hutchenson, individually, and as employers, agents, and as abiders and abettors |
| U.S. District Court for the Southern District of California<br>Case No. 00CV1199 BTM (JFS) | *India World Communications Private Limited, v. ASAP Solutions, Inc., Hassan Jacob and Victor George |
| U.S. District Court for the Central District of California, Western Division<br>Case No. 02-04299 DT (Cox) | */**Software Center, Ltd., trading as Gambling.com v. Unified Productions, Inc., a California corporation; Jason Yardi, an individual; James Taylor, an individual; Internet Traffic Solutions Management Pty Limited, trading s ITS Management, an Australian corporation; Ryan McFadden, an individual; and John Does 1-100, inclusive |
| U.S. District Court for the Central District of California<br>Case No. 03-1504 FMC (Ex) | *Honeywell International Inc. and Honeywell Intellectual Properties, Inc. v. ABB Inc., ABB Inc. – BU Turbocharger and ABB Turbocharger Company |
| Superior Court of the State of California for the County of Orange<br>Case No. 01CC08414 | B.J.M.V., Inc., dba Southern Pacific Coatings; Arbor Media, Inc., and Pueblo Computers, Inc. vs. Paul J. Tolbert; Joyce K. Tolbert; Tolbert Living Trust Dated March 27, 1990; Propone Satitpunwaycha; 3-Star T-Shirts; Mario Guerra; Scalon, Guerra and Jacobson, and Does 1 through 20, et al. |

* Cases involving the theft of Trade Secrets and / or Intellectual Property theft

** Special Master or Court Appointed Neutral in Case

Global Data Risk LLC.          T +1 212 466 6464          erik.laykin@GlobalDataRisk.com
14 Wall Street               M +1 310 245 2902          www.GlobalDataRisk.com
20th Floor                                            CONFIDENTIAL – SUBJECT TO
New York, NY 10005                                    PROTECTIVE ORDER

**Erik Laykin CV**

## Selection of Presentations 2000 to Present

| Conference / Venue | Role / Topic |
|---|---|
| • Washington DC Bar Association – Washington DC @ Hughes Hubbard – June 30 2025 | Pod Cast: "Ethical Risks and Practical Considerations Attorneys Should Consider When Traveling Abroad with Client Data" |
| • iTech World Technology Law Conference – San Diego, May 25 2025 | Speaker – "Risks of Block Chain Enabled Smart Contracts" |
| • ISSA Information Security Systems Association @ Accenture Los Angeles, CA January 17 2024 | Featured Speaker: "Rogue AI Malware in the Enterprise: The Ultimate Cyber Threat" |
| • AIGA Business Leaders Conference Almaty, Kazakhstan August 20th 2023 | Speaker: "Geopolitical Realities and Opportunities in Kazakhstan." |
| • Annual Four Square Cyber Retreat – Newport Beach, CA May 25th 2022 | Panelist – "Weakest Link in Cyber Security : People" |
| • Association of Information Technology Professionals. – Los Angeles, CA April 29th 2021 | Speaker – "Enterprise Security & Privacy in the Covid-19 Era." |
| • Tucker Ellis Symposium – Los Angeles, CA September 2020 | Speaker – "Intellectual Property Protection and Investigations." |
| • The Twilight Club – Pasadena, CA – November 26th 2019 | Keynote Speaker – "The Intersection of Humanity and Technology: Risks, Rewards and Challenges" |
| • Intellectual Property Valuation Summit Half Moon Bay, CA – October 2019 | Panelist - "Technology Due Diligence in Mergers & Acquisitions" |
| • Jonathan Club – Los Angeles, CA - September 2018 | Keynote Speaker - "The Future of Autonomous Vehicles" |
| • PowerGen / Electrify Europe – Vienna, Austria – June 2018 | Panelist - "Cyber Risks to the Energy Grid" |
| • California Club Distinguished Speaker Series – Los Angeles – May 2018 | Keynote Speaker - "Self Driving Vehicles and the Epic Battle between Google and Uber" |
| • MergerMarket Germany Forum – Dusseldorf, Germany – March 2018 | Speaker - "Cyber Risks in the World of Autonomous Vehicles, including The Google vs. Uber Autonomous Vehicle Wars and The Hidden Cost in M&A" |
| • Cyber Security Summit – Chicago, Il. – March 2018 | Keynote and Various Panels |
| • Cyber Security Summit – Los Angeles, CA – February 2018 | Keynote and Various Panels |
| • Internet of Things World – Silicon Valley – May 2017 | Speaker - "Digital Evidence in the IoT EcoSystem" |
| • RSA 2017 – San Francisco – February 2017 | Speaker - "IoT Digital Evidence" |
| • ABA (American Bar Association) International Law Conference – Tokyo, Japan – October 2016 | Speaker - "Cyber Security and Data Protection in Asia" |
| • 3rd World Forensics Congress – Dalian, China – October 2016 | Speaker - "Emerging Digital Evidence in the World of IoT" |
| • ARMA International Annual Conference – San Antonio, TX – September 2016 | Keynote Speaker - "The Implications of IoT (The Internet of Things) on Digital Evidence, Information Governance and Records Management" |

Global Data Risk LLC.     T +1 212 466 6464     erik.laykin@GlobalDataRisk.com
14 Wall Street     M +1 310 245 2902     www.GlobalDataRisk.com
20th Floor     **CONFIDENTIAL – SUBJECT TO**
New York, NY 10005     **PROTECTIVE ORDER**

| Conference / Venue | Role / Topic |
|---|---|
| • Hong Kong Police Department Cyber Security Summit – Hong Kong, China – May 2016 | Panelist - "Knowing the Cyber Security Landscape" |
| • MER, Electronics Records Managers Annual Conference – Chicago, IL – May 2016 | Speaker - "Preparing for Success in the Internet of Things Era" |
| • Florida Justice Association Annual Conference – Orlando, FL – February 2016 | Speaker - "The Internet of Things: Disrupting Discovery, Mass Torts and Product Liability" |
| • ABA (American Bar Association) – National Institute on the Internet of Things – Washington DC - January 2016 | Speaker - "Information Security in the IoT Age" |
| • ILTA (International Legal Technology Association) – November 2015 | Speaker - International Cyber Security Risks in Litigation Support |
| • Harris Martin Mas Tort Liability Conference – October 2015 – San Francisco, CA | Panelist - IoT (The Internet of Things)  20 Billion Smart Devices and the Future of Mass Liability |
| • Information Governance Conference October 2015 – Hartford, CT | Panelist - IoT – (The Internet of Things) Emerging Information Governance Risks and Challenges |
| • Forensic Expert Witness Association – October 2015 – Orange County, CA | Featured Speaker – Cyber Crime |
| • Chapman & Connolly Speakers Series Chicago / New York – May 2015 | Panelist - Cyber Crime Risks to Law Firms |
| • Forensic Expert Witness Association – April 2015 – San Diego, CA | National Conference Speaker - Electronic Discovery for the Expert Witness |
| • Forensic Expert Witness Association – September 2014 – Pasadena, CA | Moderator / Panelist – "The Role of the Computer Forensic Investigator in Trade Secret Investigations" |
| • 3rd International Risk Symposium – Hong Kong – June 2014 | Keynote – "Computer Forensic Investigations" |
| • American Bar Association – 6th Annual National Institute on Internal Corporate Investigations – Washington DC April 2014 | Speaker – "Fundamentals of Cyber Crime Investigations" |
| • American Bar Association – Information Governance, Electronic Discovery and Digital Evidence National Institute – Stetson University College of Law - Tampa, Florida – January 2014 | Speaker – "Ethics – Competence and the Benefits and Risks of Technology" <br> Speaker – "Emerging Technologies – Demystifying Big Data" |
| • United Talent Agency – The Leading Edge Technology Series. Beverly Hills, CA – October 2013 | Speaker – "Protecting Trade Secrets and Intellectual Property when doing Business in China and with Chinese entities in the US." |
| • State Bar of California 86th Annual Meeting – San Jose, CA September 2013 | Panelist – "Cyber crime primer: What every Executive & Directors should know to avoid a Cyber Pearl Harbor" |
| • eStet Breakfast Series – Los Angeles, CA - September 2013 | Keynote Speaker - "CyberSecurity, Privacy and Cryptography in eDiscovery: Is your client data safe?" |
| • Feinberg, Mindel, Brandt & Klein – Santa Monica, CA - September 2013 | Speaker – "Computer, Audio and Video Forensics in Family Law" |
| • Laguna Beach eDiscovery Retreat – Laguna Beach, CA – July 2013 | Panelist – "Evolving Challenges in eDiscovery and Computer Forensics" |
| • Impact Round Table / Irell & Manella Los Angeles, CA - June 2013 | Speaker – Chinese Data Espionage |

Global Data Risk LLC.          T  +1 212 466 6464          erik.laykin@GlobalDataRisk.com
14 Wall Street                  M  +1 310 245 2902          www.GlobalDataRisk.com
20th Floor                                                **CONFIDENTIAL – SUBJECT TO**
New York, NY 10005                                        **PROTECTIVE ORDER**

| Conference / Venue | Role / Topic |
| --- | --- |
| • Greenberg Traurig Global Webinar 2013 | Speaker – "Cloud Computing Risks and Challenges" |
| • 2nd Annual DLA Piper / Swift Exchange Cyber Conference – Washington DC – June 2013 | Speaker - Computer Forensics and eDiscovery in Cyber Investigations and Incident Response. |
| • World Technology Law Conference (iTech Law Association) Phoenix, Arizona – May 2013 | Presenter – "A Dissection of United States vs. Nosal" |
| • Forensic Expert Witness Association Los Angeles, CA – March 2013 | Panelist – "Experts and Retaining Counsel: Managing the Relationship" |
| • RSA 2013 – San Francisco, CA February 2013 | Panelist – "Impact of Technology on Legal Ethics" |
| • Greenberg Traurig Global CLE Webinar Worldwide - December 2012 | Faculty / Emerging Technologies Impacting eDiscovery |
| • Law School of the University LUISS – Rome, Italy – November 2012 | Faculty / Guest Lecturer – "International Electronic Discovery in Litigation" |
| • FedEx Annual eDiscovery CLE – Pittsburgh Pennsylvania – October 2012 | Faculty – "Electronic Discovery Fundamentals" |
| • Carmel Valley eDiscovery Retreat-Monterey, CA - July 2012 | Speaker – "Cloud and Social Media Evidence" |
| • Inaugural DLA Piper / Swift Exchange Cyber Security Conference – Washington DC – March 2012 | Speaker – "Electronic Evidence gathering during Cyber Investigations and Data Breaches" |
| • Academy of Court Appointed Masters – San Antonio, TX – January 2012 | Speaker – "eDiscovery Special Masters in the Digital Age" |
| • X1 Discovery Webinar – November 2011 | Speaker – "eDiscovery for Social Media: Fast and Defensible Methods to Collect and Preserve Evidence" |
| • BIT's 2nd Annual World Congress of Forensics – Chongqing, China – Oct 2011 | Co-Chairman and Speaker – "Managing Computer Forensic Investigations in the Cloud" |
| • Carmel Valley eDiscovery Retreat – Carmel CA, July 2011 | Speaker – "Protecting Sensitive Corporate ESI in Discovery" |
| • International Association of Privacy Professionals Privacy Academy 2011 – Dallas, TX – September 2011 | Speaker – "Monitoring and Preserving Data on Social Media Sites" |
| • Greenberg Traurig Global Litigation WebEx – July, 2011 | Speaker - Clouds, Tablets and Social Media |
| • IQPC 11th eDiscovery Summit – San Francisco, CA – April 2011 | Speaker – "How an eDiscovery Special Master can Reduce your Risks and Costs in the Courtroom" |
| • RSA 2011 / 8th Annual Executive Security Action Forum – San Francisco, CA – February 2011 | eDiscovery Strategies in a World with Clouds, Social Media and User-owned Devices |
| • BIT's 1st Annual World Congress of Forensics Conference – Dalian, China – October 2010 | Chair – Cyber Crimes, Computer Forensics and IP toward Business Law |
| • Hacker Halted USA Conference – Miami, FL – October 2010 | Speaker – "The National Cyber Corps: A Call to Action" |
| • Association of Information Technology Professionals Panel Discussion – Los Angeles, CA – July 2010 | Panelist / Moderator – "Protecting Client Data in the Enterprise" |

Global Data Risk LLC.          T +1 212 466 6464          erik.laykin@GlobalDataRisk.com
14 Wall Street                 M +1 310 245 2902          www.GlobalDataRisk.com
20th Floor                                                **CONFIDENTIAL – SUBJECT TO**
New York, NY 10005                                        **PROTECTIVE ORDER**

*Erik Laykin CV*

| Conference / Venue | Role / Topic |
|---|---|
| • Annual National IASA Conference: Insurance Accounting and Systems Association – Dallas, TX – June 2010 | Investigative Computer Forensics: A hands on primer for leveraging computer forensics to preserve evidence and prevent fraud. |
| • Greenberg Traurig Litigation Skills Academy – Chicago, IL – May 2010 | Faculty – Computer Forensics |
| • Annual Symposium on Risk Management  – Hong Kong – March 2010 | Keynote Speaker – Computer Forensics |
| • Information Systems Security Association (ISSA) – New York, NY – February 2010 | Panelist – "Shifts in the CISO's Domain – Authenticity, Admissibility and the Future of Forensics." |
| • Legal Technology CEO Summit – New York, NY – January 2010 | Speaker – Intersection of Law, Technology and Capital |
| • HTCIA – Asia Pacific Annual Conference – Hong Kong, China – December 2009 | Investigating Accounting and Financial Fraud in Asia |
| • Greenberg Traurig Shareholders Mock Trial – Houston TX – October 2009 | Faculty – Computer Forensics |
| • AICPA National Conference – Orlando, FL – September 2009 | Computer Forensics in Accounting Investigations |
| • Hacker Halted USA Conference – Miami, FL – September 2009 | The Intersection of Technology and Crime |
| • Greenberg Traurig Litigation Skills Academy – Tampa, FL – May 2009 | Faculty & Keynote – Computer Forensics |
| • US Trustees Annual Conference – Los Angeles, CA – May 2009 | Complex Data Management in Bankruptcy Matters |
| • US Department of Defense – Cyber crime Summit – January 2009 | The Chinese Cyber War Machine |
| • Practicing Law Institute – National CLE – December 2008 | Electronic Discovery in the Financial Sector |
| • Annual Risk Symposium – Hong Kong – 2008 | Forensic Data Collection in Foreign Jurisdictions |
| • Hacker Halted USA – Myrtle Beach, SC – 2008 | The Chinese Cyber War Machine |
| • IASA – Seattle, WA – 2008 | Forensics for the Insurance Industry |
| • Microsoft Asian Partners Symposium – Taiwan – 2008 | The Global Cyber Security Footprint |
| • Integrated Security Conference – Hong Kong – 2008 | Keynote Speech – Hackers and Cyber crime Comes of Age |
| • Greenberg Traurig Litigation Skills Academy – Washington, DC – 2007 | Faculty and Keynote – Computer Forensics and Electronic Discovery |
| • Malaysian Prime Minister's Symposium on Cyber Terrorism and Cyber Crime – Kuala Lumpur – 2007 | Guest Faculty and Conference Chairman |
| • Taiwan Privacy Association – Taipei – 2007 | Keynote Speech on Digital Privacy for Launch of Association |
| • ABA Employment Section National Conference – New Orleans, LA – 2007 | Investigating Mass Personal Identity Theft |
| • Hacker Halted 2007 – Dubai, U.A.E | Keynote: Penetration Testing Methodologies |
| • IAPP Privacy Summit – Washington, DC – 2007 | Investigations and Litigation in the European Union |

Global Data Risk LLC.    T +1 212 466 6464    erik.laykin@GlobalDataRisk.com
14 Wall Street    M +1 310 245 2902    www.GlobalDataRisk.com
20th Floor    **CONFIDENTIAL – SUBJECT TO**
New York, NY 10005    **PROTECTIVE ORDER**

*Erik Laykin CV*

| Conference / Venue | Role / Topic |
|---|---|
| • Hacker Halted – Guangzhou, Peoples Republic of China – 2006 | Keynote – Cyber crime: A Global Outlook |
| • Symposium on Risk Management – Hong Kong, China – 2006 | Digital Disaster: How Digital Data can Destroy your Business |
| • 3rd Annual Integrated Security Conference and Storage World 2006 | Privacy Risks in the Enterprise |
| • International Technology Law Association 35thAnnual Congress – San Francisco, CA – 2006 | Navigating the new threat landscape: Exploring methods and protecting critical business infrastructures |
| • Middle East Security Conference – Abu Dhabi, U.A.E – 2005 | Global Internet Money Laundering |
| • Hacker Halted – Dubai, U.A.E - 2005 | Global Internet Money Laundering |
| • Hacker Halted – Singapore – 2005 | The State of Personal Data Privacy |
| • Direct Selling Association – Baltimore, MD – 2005 | Best Practices in Security and Disaster Recovery |
| • HTCIA (High Tech Crime Investigators Association) – Los Angeles, CA 2005 | Ethical Considerations in Electronic Discovery |
| • IASA – Anaheim, CA – 2005 | Insurance Industry Investigations |
| • Lex Mundi European Annual Conference – Prague, Czech Republic – 2005 | Challenges in Electronic Evidence Collection |
| • Hacker Halted – Mexico City, Mexico | Cyber Crime |
| • Symposium on Risk Management – Hong Kong, China – 2005 | Technology Risk Management Best Practices |
| • American Conference Institute – New York, NY – 2005 | Responding to Insurance Industry Investigations |
| • Techno-Security– Myrtle Beach, SC – 2005 | Hardware Based Computer Forensic Acquisitions with the Logicube |
| • InfoSecurity – New York, NY – 2004 | Electronic Evidence Fundamentals |
| • Hacker Halted / Asian Computer Forensic Conference – Kuala, Lumpur, Malaysia – 2004 | Keynote – Information Espionage |
| • CA World – Las Vegas, NV – 2004 | Risks of Outsourcing |
| • Software Council of Southern California – Los Angeles, CA – 2004 | Risks of Outsourcing |
| • IDG Integrated Security Asian Expo - Singapore – 2004 | Keynote – Cyber Terrorism |
| • Informatics Symposium on Computer Forensics and Cyber Crime – Hong Kong, China – 2004 | Keynote – Information Espionage |
| • Security Industry Roundtable – Miami, FL – 2004 | Computers and Terrorists |
| • Computer Security Institute's 30th Annual Industry Conference – Washington, DC - 2003 | Computer Forensics: Incident Response and Best Practices |
| • USC Marshall School of Business – Roundtable – Los Angeles, CA – 2003 | Pan-Pacific Strategies to Secure the M-Commerce Marketplace |
| • CA World – Las Vegas, NV - 2003 | Convergence of Physical and I.T. Security: A New Dynamic |
| • Los Angeles Venture Association – Los Angeles, CA – 2003 | Economic Espionage, Fraud and Embezzlement |

Global Data Risk LLC.                T +1 212 466 6464          erik.laykin@GlobalDataRisk.com
14 Wall Street                       M +1 310 245 2902          www.GlobalDataRisk.com
20th Floor                                                      **CONFIDENTIAL – SUBJECT TO**
New York, NY 10005                                             **PROTECTIVE ORDER**

Case 3:20-cv-03778-MMC    Document 292-1    Filed 03/31/26    Page 36 of 45

| Conference / Venue | Role / Topic |
|---|---|
| • California CPA Educational Foundation Conference  – San Francisco, CA – 2003 | Digital Evidence and Monitoring for Electronic Fraud |
| • Association  of Internet Professionals – Los Angeles, CA – 2003 | Security in the Connected World |
| • Asian Development Bank : 36th Annual World – Shanghai, China – 2003 | Global Security Risks in the Energy Industry |
| • Information Systems Audit and Control<br>• Association / 30th Annual – New York, NY – 2002 | Compliance Tools: The Changing Landscape of American Business |
| • United Kingdom National Crime Squad Conference – London, UK – 2002 | Fraud in the Enterprise: Economic Espionage in the Connected World |
| • Association of Certified Fraud Examiners – Irvine, CA – 2002 | Information Technology Fraud: Emerging Threats and Responses |
| • ComTech – Santa Barbara, CA – 2002 | Cyber Attack: Security and Recovery Solutions |
| • Association  of Trial Lawyers of America – Atlanta, GA – 2002 | Discovery of Insurance Industry Computer Systems |
| • Federal Bureau of Investigations – Los Angeles, CA – 2002 | Computer Forensics and International Cyber Crime |
| • International Security Conference and Exposition, Miami, Florida -2002 | Economic Espionage and Protecting Intellectual Property |
| • LinuxWorld – New York, NY – 2001 | Information Espionage and Global Corporate Risk |
| • Comdex – Las Vegas, NV – 2001 | Computer Forensics and Digital Evidence Preservation |
| • 1st Annual China Banking Security Forum – Hong Kong, China - 2001 | Electronic Evidence and Contemporary Banking Fraud |
| • Computer Law Association – Sidney, Australia -2000 | Wireless Security |
| • Asia Law Society, Hong  Kong, China 2000 | Emerging Trends in Cyber Terrorism and Global Information Security |
| • Information Systems Security Association - 2000 | Internet Security and Investigations |

**Pre-2000 presentations available on request.**

Global Data Risk LLC.          T +1 212 466 6464          erik.laykin@GlobalDataRisk.com
14 Wall Street               M +1 310 245 2902          www.GlobalDataRisk.com
20th Floor                                              **CONFIDENTIAL – SUBJECT TO**
New York, NY 10005                                      **PROTECTIVE ORDER**

**Erik Laykin CV**

**Press (Televised News, Newspapers) and Media Quotes**

Available Upon Request

## Selection of Publications, Books, Articles and Documentary Television Shows

| Publications | Title | Type |
|---|---|---|
| • Morning Sunrise – CCN – July 2017 | Laykin interview on the cyber terrorism | Television Show |
| • The Deal – January 2016 | One Hour Broadcast featuring a panel of Erik Laykin of Duff & Phelps, Michael Schrage of MIT Center for Digital Business and Bridget Karlin of Intel Corp. on the topic of IoT (Internet of Things) | Online Broadcast of Panel Discussion |
| • Law 360 – July 2013 | *"The Business End of the 'Snowden Lessons'"* | Online Article |
| • Smithsonian Channel - June 2013 | *"Forensic Firsts"* Featured Computer Forensic Expert for the 2nd season of a television series on the Forensic Sciences | Television Show |
| • Investigative Computer Forensics – Published in Hardback by John Wiley & Sons May - 2013 | *"Investigative Computer Forensics"* | Book |
| • eForensics Magazine – Spring 2013 | *"Computer Forensic Challenges in China"* | Magazine Article |
| • American Bar Association: eDiscovery Digital Evidence Committee Quarterly Journal – Winter 2012 | *"Computer Forensic Challenges in China"* | Magazine Article |
| • Metropolitan Corporate Counsel – August 2011 | *"Man And Machine: A Look Forward Into The Future Of eDiscovery"* | Magazine Article / Cover Story |
| • Metropolitan Corporate Counsel – March 2011 | *"Machines Versus Humans In E-Discovery – Strengths And Weaknesses"* | Magazine Article |
| • A&E Network / The History Channel / Investigative Channel – November 2010 | *"Control – Alt – Delete"* Featured Computer Forensic Expert for a 6 part television series on Forensic Sciences in Asia | Television Show |
| • Government Information Security News – May 24, 2010 | *"National Cyber Corps: Recruiting the Best"* | Online Article |
| • Product Liability Litigation: Current Law, Strategies and Best Practice, Published 2009, 2011, 2013 by Practicing Law Institute Press. | *"Fact Finding in the Digital Age"* | Book Chapter |
| • American Bar Association – National Institute on White Collar Crime 2008 | *"Avoiding the Disclosure of Intermingled Data"* | Magazine Article |
| • Cybex Europe – 2007 | *"Managing European Data Collections"* | Magazine Article |
| • eSecurity Magazine | *"Computer Forensics in Asia"* | Magazine Article |

Global Data Risk LLC.          T +1 212 466 6464        erik.laykin@GlobalDataRisk.com
14 Wall Street                 M +1 310 245 2902        www.GlobalDataRisk.com
20th Floor                                              **CONFIDENTIAL – SUBJECT TO**
New York, NY 10005                                      **PROTECTIVE ORDER**

Case 3:20-cv-03778-MMC    Document 292-1    Filed 03/31/26    Page 38 of 45

| | | |
|---|---|---|
| • Certified Forensic Hacking Investigator – Published by the Electronic Commerce Council 2004 | Editor of Official Courseware | Book |
| • Informatics Computer Education Centers | Computer Forensic Courseware | Book |
| • Government Security News | *"Computers and Terrorists"* | Online Article |
| • Online Security.com | *"California Law SB 1386 Impacts Global Business"* | Online Article |
| • Association of Trial Lawyers of America | *"Discovery of Insurance Industry Computer Systems"* | Magazine Article |
| • Asia Law & Practice | *"Computer Forensics: A Primer for Recovering Electronic Evidence"* | Magazine Article |
| • Corporate Secretary Magazine | *"Overview of Online Security and Privacy Issues: Preparing and Responding to Intrusions"* | Magazine Article |
| • Online Security White Paper | *"Network Security: Intrusion Detection Response for Enterprise Networks"* | White Paper |
| • The Life and Death of a Dotcom in China – Published by Asia Law & Practice 2000 | *"Cyber Crime Rears Its Ugly Head"* | Book Chapter |

Global Data Risk LLC.          T +1 212 466 6464          erik.laykin@GlobalDataRisk.com
14 Wall Street                 M +1 310 245 2902          www.GlobalDataRisk.com
20th Floor                                                **CONFIDENTIAL – SUBJECT TO**
New York, NY 10005                                        **PROTECTIVE ORDER**

**Current and Former Professional Associations and Affiliations**

| Organization | Status |
|---|---|
| • Krach Institute for Tech Diplomacy at Purdue University | *Advisory Council Member* |
| • Association of Certified Electronic Discovery Specialists | *Member* |
| • Swift Exchange (Cyber Security Committee) | *Past Member* |
| • Consortium of Digital Forensic Specialists | *Member* |
| • RSA / ESAF (Executive Security Action Forum) | *Past Member* |
| • The Sedona Conference Working Group 1: Electronic Document Retention and Production | *Member* |
| • The Sedona Conference Working Group 6: International Electronic Information Management, Discovery and Disclosure | *Member* |
| • The Sedona Conference Working Group 12: Trade Secrets | *Member* |
| • Association of Information Technology Professionals | *Past Member* |
| • Academy of Court-Appointed Masters | *Past Fellow* |
| • High Tech Crime Consortium | *Member* |
| • University of California Berkeley / Law School | *Guest Lecturer* |
| • Association for Enterprise Information | *Past Member* |
| • Forensic Expert Witness Association | *Member* *Past National Board of Directors* *Past Los Angeles Chapter President* |
| • Practicing Law Institute | *Faculty* |
| • State of California – Department of Insurance / Insurance Fraud Task Force | *Past Director – Technology Committee* |
| • FBI / Infragard – National | *Past Pacific Rim Director* |
| • FBI / Infragard – Los Angeles Chapter | *Past President* |
| • Secret Service Electronic Crimes Task Force | *Member* |
| • WestLaw / Thompson Publishing | *Writing Faculty* |
| • California Judicial Council's Sub-Committee on Electronic Evidence | *Past Member* |
| • American Bar Association<br>- International Evidence Discovery & Privacy Committee (Litigation Section)<br>- Computer Forensic Expert Witness Committee<br>- Internet of Things Committee / Chair of Digital Evidence Sub-Committee<br>- Pretrial Practice and Discovery Committee<br>- China Law Committee<br>- Social Media Law Committee<br>- Committee on CyberSpace Law | *Member* *Founding Chair 2013 / 14* *Chair 2013 / 14 / 15 / 16 / 17 / 18 / 19* *Co-Founder* |
| • Open Security Exchange | *Past Founding Member* |
| • USC Information Technology Industry Advisory Board | *Past Founding Member* |
| • Electronic Commerce Council | *Past Chairman of the Advisory Board* |
| • Rotary International (LA5) | *Member* |
| • International Power Professionals Forum | *Interim Secretary General* |
| • Pacific Water Council | *Past Member* |
| • Association of Internet Professionals | *Past Corporate Member* |
| • Information Security Systems Association | *Past Member* |
| • Association of Certified Fraud Examiners | *Member* |
| • High Tech Crime Investigators Association | *Member – Asia Pacific Chapter* |
| • Strategic Alliance for Enforcement (SAFE) Culver City Police Department | *Past Member* |
| • Taiwan Privacy Association | *Founding Member* |

Global Data Risk LLC.          T +1 212 466 6464          erik.laykin@GlobalDataRisk.com
14 Wall Street                M +1 310 245 2902          www.GlobalDataRisk.com
20th Floor                                               **CONFIDENTIAL – SUBJECT TO**
New York, NY 10005                                       **PROTECTIVE ORDER**

## Education

- Santa Monica College, Santa Monica, CA
  Major:  Political Science

- Gemological Institute of America, Santa Monica CA
  Degree:  JMG (Jewelry Management Graduate)

## Certifications and Commendations

- Selected by Who's Who Legal and the American Bar Association as one of the world Leading Digital Forensic Experts 2014, 2015, 2016, 2017, 2018, 2019, 2020, 2021, 2022
- Selected by Who's Who Legal and the American Bar Association as the leading Forensic & Litigation consultant in North America for 2017
- Selected by Who's Who Legal and the American Bar Association as a "Global Thought Leader" 2018 and 2019
- Selected by Who's Who Legal as a "Global Leader" and "Data Expert" in 2020, 2021,2022,2023, 2024 and 2025
- Commendation from the Government of the People's Republic of China, Bank of China
- CHFI: Computer Hacking Forensic Investigator (EC Council)
- Intense Schools – Computer Forensic Boot Camp
- Certificate of Appreciation: Microsoft Taiwan Corporation
- Commendation from the Taiwan Privacy Association
- Certificate of Completion: Sedona Conference Inaugural Cooperation Proclamation Training
- Certificate of Completion: SANS Institute Computer Forensic Investigations
- CEDS: Certified Electronic Discovery Specialist (Association of Certified Electronic Discovery Specialists)
- CFLC: Certified Forensic Litigation Consultant
- Commendation from the Forensic Expert Witness Association
- Commendation from the Government of Abu Dhabi, United Arab Emirates
- Commendation from the Government of Malaysia, Judicial Training Academy

## Advisory and Boards of Directors

- X1 Discovery, Inc. An IdeaLab Company (Pasadena, CA)
- iCloak, Inc. (Orlando, FL)
- Forensic Expert Witness Association (Los Angeles)*
- Dapict, Inc. (Los Angeles)
- EC Council, Inc. (New York) *
- Kornerstone, Ltd. (Hong Kong) *
- Leadership for Life Academy (Shanghai)
- Odessa Philharmonic Orchestra (Odessa)
- American Music Ensemble of Vienna (Vienna)
- U.N World Peace Bell Foundation (Hiroshima)
- Los Angeles Master Chorale / Los Angeles Music Center (Los Angeles)
- Chaine des Rotisseurs – Los Angeles Bailliage (Los Angeles)
- Confrerie des Chevaliers du Tastevin (Los Angeles)*
- Sovereign Military order of the Temple of Jerusalem (Los Angeles)*
- The Lincoln Club *

* Current

Erik Laykin CV

Global Data Risk LLC.             T +1 212 466 6464          erik.laykin@GlobalDataRisk.com
14 Wall Street                    M +1 310 245 2902          www.GlobalDataRisk.com
20th Floor                                                   **CONFIDENTIAL – SUBJECT TO**
New York, NY 10005                                           **PROTECTIVE ORDER**

## Prior Work Experience

2008 – 2022
Managing Director
**Duff & Phelps, LLC / Kroll Inc. (NYSE: DP)** – Los Angeles, New York, Chicago, Frankfurt, Tokyo, London**.**

Established and managed the Global Technology Investigations, Computer Forensic, Cyber Investigations and eDiscovery practices for Duff & Phelps / Kroll. Designed, built and managed computer forensic, eDiscovery and complex data analytics labs in Los Angeles, New York, Washington DC, Chicago, London, Frankfurt, Istanbul, Hong Kong and Tokyo. Managed bellwether investigations including the largest bankruptcy in history (Lehman Brothers) the largest Trade Secret Case in history (Google / Waymo vs. Uber) and key investigations into financial fraud, terrorist financing, money laundering, insider threats, intellectual property theft, software / hardware systems failures and product liability. Testified as a court appointed independent expert witness in dozens of matters in State, Federal and European jurisdictions. Directed and authored key due diligence reports of intellectual property, technology, software and systems assessing value and risk for dozens of companies in the US and abroad during transactional and valuation events. Assisted US and foreign global financial institutions with internal investigations assessing data and human risks while responding to real time threats. Assisted in the creation of the world's first risk management and scoring platform for law firms, in-house counsel and 3rd party vendors.

2004 – 2008
Director
**Navigant Consulting, Inc. (NYSE: NCI)** – Los Angeles and New York

Director of the firms Information Technology Investigations Practice and member of the Discovery Services management committee. Provided electronic discovery, computer forensics and investigative consulting for multinational corporations involved in disputes, internal investigations or governmental inquiries. Responsibilities included Directing the firm's European Union Data Privacy Monitoring, Developing and Managing Computer Forensic Laboratories throughout the United States and in foreign jurisdictions. Directed complex electronic discovery matters in the domestic market as well as throughout Asia and Europe. Managed significant matters related to issues such as: Stock Options Backdating, Theft of Trade Secrets, Software Failures, Cyber crime, Insurance Industry Bid Rigging, SEC and DOJ Investigations, International Due Diligence and numerous expert witness engagements.

1997 - 2004
President
**Online Labs, Inc.** – Los Angeles

Software integration, Email hosting, Web application development and hosting, online marketing and developer of custom database driven technology solutions for online and traditional applications and businesses. Developed, managed and hosted large scale secure web enabled projects for clients including; The State of California, The Government of Hong Kong, Warner Brothers, Disney Studios, Toyota, Porsche, Veterinarian Centers of America, Latham and Watkins, Kroll and Associates, California Manufacturing Technology Center, The Government of Alsace, France, ICN Pharmaceuticals and The Richemont Group.

Global Data Risk LLC.          T +1 212 466 6464          erik.laykin@GlobalDataRisk.com
14 Wall Street                 M +1 310 245 2902          www.GlobalDataRisk.com
20th Floor                                                **CONFIDENTIAL – SUBJECT TO**
New York, NY 10005                                        **PROTECTIVE ORDER**

1998 - 2004
President and Founder
**Online Security, Inc.** – Los Angeles, Chicago and Hong Kong
Founder and President of one of the world's first Information Technology Investigations and Computer Forensic Consulting firms specializing in the protection of digital assets, trade secrets, online intellectual property, electronic discovery, computer forensics and the analysis of online fraud. Pioneered numerous groundbreaking investigative techniques which resulted in the successful conclusion of investigations and litigation valued in the hundreds of millions of dollars on behalf of clients in the US, Asia and Europe.

1995 - 1997
Publisher and Editor in Chief
**PhotoRents Magazine** – Los Angeles
**PhotoRents at America Online**
**Natural Living at America Online**

1992 - 1994
Director of Sales and Marketing
**American Product Development**, **LTD** - Peoples Republic of China

1991- 1992
Director of Sales and Marketing
**Oleg Cassini Products, LTD** – Japan

1990 – 1991
Director of Sales and Marketing
**Les Quad Products, Inc.** – France

2006 – Current
Senior Advisor
**Laykin et Cie** – Los Angeles / San Marino / Montecito / Hong Kong / Geneva / New York

1986 – 1990
Vice President
**Laykin et Cie at I.Magnin & Co.** – Beverly Hills

1984 - 1986
Director of Marketing and Advertising
**Laykin et Cie at I.Magnin & Co**. – Beverly Hills

1982 - 1984
Sales Person
**Laykin et Cie at I. Magnin & Co.** – Beverly Hills

Global Data Risk LLC.                 т +1 212 466 6464         erik.laykin@GlobalDataRisk.com
14 Wall Street                        м +1 310 245 2902         www.GlobalDataRisk.com
20th Floor                                                      **CONFIDENTIAL – SUBJECT TO**
New York, NY 10005                                             **PROTECTIVE ORDER**



# Global Data Risk™ LLC

14 Wall Street 20th Floor New York, NY 10005     (212) 466-6464     globaldatarisk.com

## CODY J. DEYARMIN

Silver Spring, MD, USA | cody.deyarmin@globaldatarisk.com

## PROFESSIONAL EXPERIENCE

**Global Data Risk LLC**
*Washington, DC, USA*
Senior Consultant
September 2025 – Present

**Mahlet Consulting, Inc.**
Burtonsville, MD, USA
Rust Software Engineer
January 2025 – Present

**National Aeronautics & Space Administration**
Columbia, MD, USA
Flight Software Engineer / Embedded Software Engineer
January 2022 – January 2025

**Chiron Technology Services, Inc.**
Columbia, MD, USA
Virtualization Systems Administrator
December 2018 – June 2021

**K Street Consulting, LLC**
Washington, DC, USA
Technology Consultant
September 2017 – December 2018

**KeyImpact Sales and Systems / USMax Corp**
Odenton, MD, USA
Systems Administrator / Technical Support
April 2015 – September 2017

## EDUCATION

**University of Maryland, College Park**
Bachelor of Science, Computer Engineering

**Confidential: Subject to Protective Order**



# Global Data **Risk**™ LLC

14 Wall Street 20th Floor New York, NY 10005    (212) 466-6464    globaldatarisk.com

## MICHAEL HARRISON

Pikesville, MD, USA | michael.harrison@globaldatarisk.com

## PROFESSIONAL EXPERIENCE

**Global Data Risk LLC**
Los Angeles, CA, USA (Remote)
Senior Consultant
October 2022 – Present

**Open Systems Information, Inc.**
Lutherville, MD, USA
Owner / President / Director of Security Engineering
August 2024 – Present

**Fishbones Digital, LLC**
Pikesville, MD, USA
Owner / President / Director of Information Security / Senior Penetration Tester
October 2023 – August 2024

**Endpoint Closing**
Tempe, AZ, USA
Principal Security Engineer
June 2022 – October 2023

## EDUCATION

**University of Maryland, Baltimore**
Bachelor of Science, Software Development & Security

**Confidential: Subject to Protective Order**



 **Global Data Risk™** LLC

14 Wall Street 20th Floor New York, NY 10005    (212) 466-6464    globaldatarisk.com

# ROBERT L. ALLEN

San Antonio, Texas, USA | robert.allen@globaldatarisk.com

## PROFESSIONAL EXPERIENCE

**Global Data Risk LLC**
Los Angeles, CA, USA (Remote)
Senior Consultant
September 2025 – Present

**Open Systems Information, Inc.**
Lutherville, MD, USA (Remote)
Senior Consultant
September 2025 – Present

**Leidos**
Reston, VA, USA (Remote)
Senior Principal Research Scientist and Solutions Architect
April 2021 – April 2025

**United States Department of Defense**
Washington, DC, USA
Contractor
October 2012 – April 2021

## EDUCATION

**University of Texas at San Antonio**
Master of Science, Data Analytics

**Loyola University New Orleans**
Bachelor of Science, Computer Information Systems

**Confidential: Subject to Protective Order**