Alexander D. Pencu (*pro hac vice*)
adp@mss-pllc.com
Christopher J. Major (*pro hac vice*)
adp@mss-pllc.com
Jeffrey P. Weingart (*pro hac vice*)
jpw@mss-pllc.com
MEISTER SEELIG & SCHUSTER PLLC
125 Park Avenue, 7th Floor
New York, NY 10017
Telephone: (212) 655-3500

Patricia L. Peden (State Bar No. 206440)
DeMarcus B. T. Williams (State Bar No. 329756)
WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
20-3778@cases.warrenllp.com

*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LYNWOOD INVESTMENTS CY LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>MAXIM KONOVALOV, IGOR SYSOEV, ANDREY ALEXEEV, MAXIM DOUNIN, GLEB SMIRNOFF, ANGUS ROBERTSON, NGINX, INC. (BVI), NGINX SOFTWARE, INC., NGINX, INC. (DE), BV NGINX, LLC, RUNA CAPITAL, INC., EVENTURE CAPITAL PARTNERS II LLC and F5 NETWORKS, INC.,<br><br>Defendants. | Case No. 3:20-cv-03778-MMC<br><br>**LOCAL RULE 3-11(A)**<br>**NOTICE OF CHANGE TO ATTORNEY CONTACT INFORMATION** |

TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Meister Seelig & Fein PLLC, attorneys for Plaintiff Lynwood Investments CY Limited, has changed its name to **Meister Seelig & Schuster PLLC** ("**MSS**").  The office address and telephone number for MSS attorneys remain the same.

PLEASE TAKE FURTHER NOTICE that MSS attorneys' email addresses have been updated as follows:

| Attorney Name | Old Email | New Email |
| --- | --- | --- |
| Alexander D. Pencu | adp@msf-law.com | adp@mss-pllc.com |
| Christopher J. Major | cjm@msf-law.com | cjm@mss-pllc.com |
| Jeffrey P. Weingart | jpw@msf-law.com | jpw@mss-pllc.com |
| Austin D. Kim | adk@msf-law.com | adk@mss-pllc.com |
| David F. Geneson | dfg@msf-law.com | dfg@mss-pllc.com |
| Kathryn Matthews | kem@msf-law.com | kem@mss-pllc.com |
| Susan M. Schlesinger | sms@msf-law.com | sms@mss-pllc.com |

DATED: April 10, 2026

By:  /s/  *Alexander D. Pencu*

Alexander D. Pencu (*Pro Hac Vice*)
**MEISTER SEELIG & SCHUSTER PLLC**
125 Park Avenue, 7th Floor
New York, New York 10017
Telephone: (212) 655-3500

*Attorneys for Plaintiff HF Investments CY Limited*

*f/k/a Lynwood Investments CY Limited*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of April 2026, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System.

DATED: April 10, 2026                    By: /s/  *Alexander D. Pencu*
                                         Alexander D. Pencu (*Pro Hac Vice*)