Alexander D. Pencu (*pro hac vice*)
  adp@msf-law.com
Christopher J. Major (*pro hac vice*)
  cjm@msf-law.com
Jeffrey P. Weingart (*pro hac vice*)
  jpw@msf-law.com
MEISTER SEELIG & SCHUSTER PLLC
125 Park Avenue, 7th Floor
New York, NY 10017
Telephone: (212) 655-3500
Facsimile: (646) 539-3649

Patricia L. Peden, SBN 206440
DeMarcus B. T. Williams, SBN 329756
  20-3778@cases.warrenlex.com
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, CA 94114
Telephone: (415) 895-2940
Facsimile: (415) 895-2964

Eric D. Vandevelde, SBN 240699
  evandevelde@gibsondunn.com
Ilissa S. Samplin, SBN 314018
  isamplin@gibsondunn.com
James A. Tsouvalas, SBN 325397
  jtsouvalas@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: (213) 229-7000
Facsimile: (213) 229-7520

Joseph A. Gorman, SBN 267553
  jgorman@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center
San Francisco, CA 94111-3715
Telephone: (415) 393-8200
Facsimile: (415) 393-8306

*Attorneys for Plaintiff*
Lynwood Investments CY Limited

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LYNWOOD INVESTMENTS CY LIMITED,<br><br>*Plaintiff,*<br><br>v.<br><br>MAXIM KONOVALOV, IGOR SYSOEV, ANDREY ALEXEEV, MAXIM DOUNIN, GLEB SMIRNOFF, ANGUS ROBERTSON, NGINX, INC. (BVI), NGINX SOFTWARE, INC., NGINX, INC. (DE), BV NGINX, LLC, RUNA CAPITAL, INC., EVENTURE CAPITAL PARTNERS II LLC and F5 NETWORKS, INC.,<br><br>*Defendants.* | CASE NO. 3:20-cv-03778-MMC<br><br>**STIPULATION AND [PROPOSED] ORDER FOR FURTHER EXTENSION OF DEADLINES TO COMPLETE PHASE 1 DISCOVERY AND FILE PHASE 1 DISPOSITIVE MOTIONS**<br><br>Complaint filed: June 8, 2020<br>Second Amended Complaint filed: April 7, 2025 |

Pursuant to Civil Local Rule 6-1(b) and Rule 16(b)(4) of the Federal Rules of Civil Procedure, Plaintiff Lynwood Investments CY Limited ("Lynwood"), Defendants Maxim Konovalov, Igor Sysoev, Andrey Alexeev, Maxim Dounin, Gleb Smirnoff, and Angus Robertson (collectively, the "Individual Defendants"), as well as Defendants NGINX, Inc. (BVI), NGINX Software, Inc., and F5 Networks, Inc. (collectively, the "F5 Defendants" and, together with the Individual Defendants, "Defendants" and, all Defendants together with Plaintiff, collectively, the "Parties"), by and through their respective undersigned counsel, hereby stipulate as follows:

WHEREAS, on March 10, 2025, the Court issued a Pretrial Preparation Order, ECF No. 211 (the "Scheduling Order"), in which the Court ordered: (1) that the initial phase of fact discovery, limited to whether any NGINX Plus code was written by defendant Sysoev or other former Rambler employees during their employment by Rambler before the end of 2011 ("Phase 1 Discovery"), would begin on May 19, 2025, and would end on March 19, 2026; (2) that the deadline for Initial Phase Dispositive Motions would be April 20, 2026; (3) that the hearing on Initial Phase Dispositive Motions would be on May 29, 2026, at 10:00 a.m.; (4) that the cut-off dates for non-expert discovery and expert discovery would be January 15, 2027, and May 19, 2027, respectively; (5) that the final pretrial conference would be held on October 19, 2027; and (6) that trial would begin on November 1, 2027;

WHEREAS, during the case management conference on March 7, 2025, the Court recognized that additional time may be required to complete Phase 1 Discovery (ECF No. 230-10 at 44:10-16);

WHEREAS, on December 22, 2025, the Court approved the stipulation and proposed order filed by the Parties on December 17, 2025 (ECF No. 261) and extended certain dates relating to Phase 1 Discovery (ECF No. 263);

WHEREAS, the Parties have conferred and agree that Phase 1 Discovery cannot be completed before the current June 26, 2026, deadline, and have agreed to a further extension of time, through and including October 26, 2026, to complete Phase 1 Discovery, and other modifications of the case schedule, as set forth below;

WHEREAS, the Parties have consented to the requested further extension of time to complete Phase 1 Discovery through and including October 26, 2026, and the other modifications of the schedule set forth below on the condition that, consistent with the Court's December 22, 2025, order, additional

discovery beyond Phase 1 Discovery shall not commence until after the Court rules on any Initial Phase Dispositive Motion(s);

WHEREAS, the Parties have been actively engaged in discovery since the beginning of the Phase 1 Discovery period, and, since May 19, 2025, have engaged in, inter alia:

(a)    the continued service of and responding to extensive written discovery requests between the Parties, including interrogatories, document requests and requests for admission;

(b)    extended meet and confer correspondence and conferences regarding the Parties' discovery requests, responses and objections;

(c)    the service by Plaintiff Lynwood of subpoenas for documents to eleven third parties and the review of documents produced pursuant to those subpoenas;

(d)    correspondence and conferences regarding Plaintiff Lynwood's third-party discovery requests and responses;

(e)    the filing, briefing and argument before Magistrate Judge Westmore of Plaintiff Lynwood's motion to compel third party Netflix, Inc. ("Netflix") to comply with Lynwood's subpoena to Netflix (ECF No. 228) and further conferences in accordance with Magistrate Judge Westmore's October 21, 2025, Order on Lynwood's motion (ECF No. 252);

(f)    extensive negotiations regarding the scope and terms of a stipulated protective order governing the discovery in this case, including the inspection of software code, and the further negotiation of a final protective order in accordance with Magistrate Judge Westmore's December 1, 2025 Order (ECF No. 257) on the Parties' joint discovery letter brief regarding the proposed protective order (ECF No. 254);

(g)    lengthy meet and confer conferences regarding the protocols for the collection and production of electronically stored information ("ESI");

(h)    the filing and briefing of the Parties' Joint Discovery Letter Briefs regarding the protective order (ECF No. 254), the inspection of object code (ECF No. 266), ESI

search terms and certain document requests (ECF No. 287), and Lynwood's fourth document requests to the F5 Defendants (ECF No. 291);

(i)    negotiations regarding Plaintiff Lynwood's request for issuance of a letter of request addressed to parties in the Netherlands (ECF No. 271);

(j)    collecting and reviewing for production ESI, documents and data responsive to the Parties' discovery requests; and

(k)    preparations for review of source code made available by the F5 Defendants and third party Netflix;

WHEREAS, no depositions have yet been scheduled or taken place, and cannot occur until substantial document production is complete;

WHEREAS, in view of the above, the Parties will not reasonably be able to conclude Phase 1 Discovery by the current deadline of June 26, 2026;

WHEREAS, in view of the above, there is good cause for the extensions of the Phase 1 Discovery and motion deadlines requested herein, in accordance with *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 607 (9th Cir. 1992) (under Fed. R. Civ. P. 16(b), modification of a pretrial scheduling order requires a showing of "good cause") and *Liberty Mut. Ins. Co. v. California Auto. Assigned Risk Plan*, No. C 11-1419 MMC, 2012 WL 3277213, at *3 (N.D. Cal. Aug. 9, 2012) (Chesney, J.) (good cause may be shown by a party's inability to comply due to circumstances that could not have been reasonably foreseen, and when the scheduling order was issued coupled with diligence in seeking leave);

WHEREAS, the Parties have promptly sought this extension by stipulation after determining that, despite the extensive and ongoing discovery activities to date, the Parties will be unable to complete Phase 1 Discovery within the current deadline set by the Court; and

WHEREAS, the Parties' December 17, 2025, stipulation and the Court's December 22, 2025, order did not address the deadlines or dates set in the Court's Pretrial Preparation Order for, inter alia, the completion of fact or expert discovery, the final pretrial conference or the trial;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the Parties, subject to the approval of the Court, as follows:

1.   That the deadline for the completion of Phase 1 Discovery be EXTENDED from June 26, 2026, to October 26, 2026;

2.   That the deadline for Initial Phase Dispositive Motions to be filed be EXTENDED from July 27, 2026, to November 30, 2026;

3.   That all oppositions to Initial Phase Dispositive Motions shall be filed within forty-two (42) days after service of such motions and that all replies in support of such motions shall be filed twenty-eight (28) days after service of oppositions to such motions;

4.   That the Initial Phase Dispositive Motion hearing be rescheduled from September 11, 2026, at 9:00 a.m. to February 26, 2027, at 9:00 a.m.;

5.   That the Parties shall not engage in additional discovery beyond Phase 1 Discovery until after the Court decides any Initial Phase Dispositive Motions;

6.   That all post-Phase 1 deadlines and dates set in the Pretrial Preparation Order, including the cut-off dates for non-expert discovery and expert discovery, the final pretrial conference date, and the trial date, be VACATED; and

7.   That, within fourteen (14) days after the Court's ruling on Initial Phase Dispositive Motions, the Parties shall file an updated joint case management statement that includes a proposed schedule for such further proceedings as may be necessary in this action.

Respectfully submitted,

Dated:  April 20, 2026

By:  /s/ *Eric D. Vandevelde*
Eric D. Vandevelde, SBN 240699
Ilissa S. Samplin, SBN 314018
James A. Tsouvalas, SBN 325397
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: (213) 229-7000
Facsimile: (213) 229-7520

STIPULATION AND ~~PROPOSED~~ ORDER FOR FURTHER EXTENSION OF PHASE 1 DEADLINES
CASE NO. 3:20-CV-03778-MMC

Joseph A. Gorman, SBN 267553
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center, Suite 2600
San Francisco, CA 94111-3715
Telephone: (415) 393-8200

Alexander D. Pencu (*pro hac vice*)
Christopher J. Major (*pro hac vice*)
Jeffrey P. Weingart (*pro hac vice*)
MEISTER SEELIG & SCHUSTER PLLC
125 Park Avenue, 7th Floor
New York, NY 10017
Telephone: (212) 655-3500
Facsimile: (646) 539-3649

Patricia L. Peden, SBN 206440
DeMarcus B. T. Williams, SBN 329756
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, CA 94114
Telephone: (415) 895-2940
Facsimile: (415) 895-2964

*Attorneys for Plaintiff*
Lynwood Investments CY Limited

Dated:  April 20, 2026                    MORRISON & FOERSTER LLP

By:  /s/ *Benjamin J. Fox*
Joseph R. Gratz, SBN 240676
Cooper J. Spinelli, SBN 299299
425 Market Street
San Francisco, California 94105
Telephone: (415) 268-7670
Facsimile: (415) 268-7522

Benjamin J. Fox, SBN 193374
Mark D. Marciszewski, SBN 344240
707 Wilshire Boulevard
Los Angeles, California 90017
Telephone: (213) 892-5200
Facsimile: (213) 892-5454

*Attorneys for Defendants*
F5 Networks, Inc., NGINX, Inc. (BVI),
and NGINX Software, Inc.

STIPULATION AND ~~PROPOSED~~ ORDER FOR FURTHER EXTENSION OF PHASE 1 DEADLINES
CASE NO. 3:20-CV-03778-MMC

Dated:  April 20, 2026      KING & SPALDING LLP

By:  /s/  *Shane Brun*

Shane Brun
50 California Street, Suite 3300
San Francisco, California 94111
Telephone: (415) 318-1200
Facsimile: (415) 318-1300

Bruce W. Baber (*pro hac vice*)
Ellen Y. Min (*pro hac vice*)
1180 Peachtree Street NE, Suite 1600
Atlanta, Georgia 30309
Telephone:  (404) 572-4600
Facsimile:  (404) 572-5100

*Attorneys for Defendants*
Maxim Konovalov, Igor Sysoev,
Andrey Alexeev, Gleb Smirnoff,
Maxim Dounin and Angus Robertson

6

## ~~[PROPOSED]~~ ORDER

The Court, having considered the Stipulation for Further Extension of Deadlines to Complete Phase 1 Discovery and File Phase 1 Dispositive Motions, and for good cause appearing, hereby **ORDERS** that the Stipulation is **APPROVED**.  The case schedule is **AMENDED** as follows:

1. The deadline for the completion of Phase 1 Discovery is hereby EXTENDED from June 26, 2026, to October 26, 2026;

2. The deadline for Initial Phase Dispositive Motions to be filed is hereby EXTENDED from July 27, 2026, to November 30, 2026;

3. All oppositions to Initial Phase Dispositive Motions shall be filed within forty-two (42) days after service of such motions and all replies in support of Initial Phase Dispositive Motions shall be filed twenty-eight (28) days after service of oppositions to such motions;

4. The Initial Phase Dispositive Motion hearing is hereby rescheduled from September 11, 2026, at 9:00 a.m. to ~~February 26~~ March 5, 2027, at 9:00 a.m.;

5. The Parties shall not engage in additional discovery beyond Phase 1 Discovery until after the Court decides any Initial Phase Dispositive Motions;

6. All post-Phase 1 deadlines and dates set in the Pretrial Preparation Order, including the cut-off dates for non-expert discovery and expert discovery, the final pretrial conference date, and the trial date, are hereby VACATED; and

7. Within fourteen (14) days after the Court's ruling on Initial Phase Dispositive Motions, the Parties shall file an updated joint case management statement that includes a proposed schedule for such further proceedings as may be necessary in this action.

**IT IS SO ORDERED.**

Dated:    April 20, 2026

HONORABLE MAXINE M. CHESNEY
Senior United States District Judge

## SIGNATURE ATTESTATION

Pursuant to Civil Local Rule 5-1, I, Eric D. Vandevelde, attest that all signatories listed herein, and on whose behalf this filing is submitted, concur in this filing's content and have authorized this filing.

By:    /s/ Eric D. Vandevelde
Eric D. Vandevelde

STIPULATION AND ~~PROPOSED~~ ORDER FOR FURTHER EXTENSION OF PHASE 1 DEADLINES
CASE NO. 3:20-CV-03778-MMC