United States District Court
Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LYNWOOD INVESTMENTS CY LIMITED,

Plaintiff,

v.

MAXIM KONOVALOV, et al.,

Defendants.

Case No. 20-cv-03778-MMC

**ORDER DENYING MOTION FOR RELIEF FROM NON-DISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE**

Before the Court is plaintiff Lynwood Investments CY Limited's ("Lynwood") Motion, filed August 28, 2026, for "Relief from Nondispositive Pretrial Order of Magistrate Judge," challenging Magistrate Judge Kandis A. Westmore's "Order Regarding 6/24/2026 Discovery Letter," filed August 14, 2026.

The Court having fully considered the matter, the Motion is hereby DENIED, for the reason that Lynwood has not shown the subject order is clearly erroneous or contrary to law. See 28 U.S.C. § 636(b)(1)(A) (providing district court may reconsider magistrate judge's order where it has been shown to be "clearly erroneous or contrary to law").

To the extent Lynwood is relying on events occurring after Judge Westmore's order was filed or on any disagreement as to the meaning of that order, such disputes are properly raised for consideration by Judge Westmore.

**IT IS SO ORDERED.**

Dated: September 2, 2026

MAXINE M. CHESNEY
United States District Judge